Pro Se 1 (Rev, 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
District of Columbia  ☑

Case: 1:26-cv-01139   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 4/2/2026
Description: Pro Se Gen. Civ. (F-DECK)

"Pro Se"

St. Stefan Michalopoulos.
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Senator Adam Schiff.
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

FTCA Act 1946 Allows Jury when Problems.

Jury Trial: *(check one)* ☑ Yes ☐ No

5 Lawsuits without Jury
ended up 5 USC 702.

" Continuing Violations
Doctrine."

★ Simply siding with defendant
always allows the misconduct to
continue. Fucking Obvious.

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name St. Stefan Michalopoulos
Street Address 1725 Lincoln RD NE #214
City and County WASHINGTON DC,
State and Zip Code DC 20002
Telephone Number 305-315-6926
E-mail Address Stmichal01@gmail.com

RECEIVED

APR 02 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

' Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name — Senator George ADAM SCHIFF

    Job or Title *(if known)* — Senater

    Street Address — #112 HART SOB # 112.

    City and County — WASHINGTON DC, 20510

    State and Zip Code — DC, 20510

    Telephone Number — (202) 224 - 3841

    E-mail Address *(if known)* — Not known.

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. Arbitrary + Capricious Government actions.
2. Cruel and Unusual Punishment. "Extrajudicial"
3. Eighth Amendment.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the
State of *(name)* _____

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* ADAM SCHIFF , is a citizen of
the State of *(name)* WASHINGTON DC, USA . Or is a citizen of
*(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

U.S. Attorney General MISCONDUCT.

HPSCI Investigation.

3.   The Amount in Controversy Court Fraud By Bondi, OVER $ 18 Trillion.

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

→1. Fraud Forfeited $ 18,370,501,250,000.

2. $ 3,720,000,000,000. Reason: Morally hideous + Disturbing $1 billion per hour.

III.   **Statement of Claim**    3,(C) ADHERE TO PROCEDURAL DUE PROCESS CLAUSE.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4 DISPUTES for Judicial Resolution: (Renee Good case)
1. DOJ Investigators who got fired Jobs back immediately.
2. FBI + DOJ "Purges" 1900 victims of "Stupid Bullshit." Jobs back immediately.
3. Immigration (A) grandfather 73,000 Ex post Facto laws.
   (B) Criminal Procedures immediately.

IV.   **Relief**    4. Initiate investigation for 5 Impeachments + Jail.
HPSCI.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

5. Death Sentence for Donald Trump. 18 USC 249.
                                      18 USC 241
                                      18 USC 242
18 USC 241 = American Convention on Human Rights, 1969. Federally Protected, Causing Death Federal Clause.                           + Torture.

HEARING REQUIRED FOR # ~~0000~~ 166.

⁎Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _____. March 31, 2026.

Signature of Plaintiff

Printed Name of Plaintiff    St. Stefan Michalopoulos

B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# BODY OF ADAM SCHIFF "NEGLIGENCE" COMPLAINT ALLOWING ALL THIS SHIT TO HAPPEN, DERELECTION OF MINISTERIAL DUTY

A reminder to Adam Schiff that every single numbered paragraph must be answered. I am expecting answers from a Harvard Masters, not a crack head like Bondi in the past 450 days of "answering" anything. . I have no Tolerance for stupidity and that's maturity, nothing else. Sincere and extremely serious cases and many deaths, extreme injuries to hundreds of thousands. You have lost your minds and are absolutely out of control with all your fucking injuring people and then Cover Ups and Villainizing Victims. I've had enough harassment. This is not a tool for attacking nor a tool for harm of anybody but the biggest "fuck you" stop harassing me messages that I can possibly give to the United States in the future.

My new toy "princess" will be China's microwave satellite destroyer. Does absolutely nothing except send the strongest fucking microwave into the air from my house. When I get pissed off enough, deploy princess. And go fuck yourself. The FBI can keep their bed bugs away from me and fucking stink sprays to make me smell bad. When I build my house they will be far away from me with their substances and criminal harassment. Princess is my own peace of mind. I'm sick and tired of harassment and traumatized from the level of harassment. The meaning of being American is to enjoy the rights and freedoms our democratic society provides, and the opportunity our functioning government provides, which separates the percentage of poverty from other countries with more resources and much less population. I'm not having being American taken from me any more. I've had enough. There's nothing more American than princess. Rights and freedoms are enjoyed, it's an act of enjoyment. Without them, you're not having a very good fucking time and kill for them again. I admit I've passed that killing point for my life on January 24, 2026. When I got traumatized from this case. I'll fucking easily kill and burn all your bodies and enjoy it. I'll shoot 58 bullets into all your heads each. Until you have no head on your bodies. Because 43 bullets is not enough. Righteous indignation is powerful, but I passed that many years ago. Traumatic Stress is real, you just don't respect it that's all because you have no idea what traumatic stress really is.

Donald Trump belongs on the child rapist list, child sex offenders list. And everybody on that Epstein list. Federal Registries for sex offenders is fucking mandatory and not "selective sex offenders". ALL SEX OFFENDERS.

1//.    THE HEARING FOR THIS CASE WILL BE THE LEGAL ARGUMENTS AND JURISPRUDENCE OF #166 OF THIS DOCUMENT. Bias-Motivated Hate Crimes, "Selective Justice" and Ad-Hominem Laws, "Personal Attacking" used as American Laws and Criminal Defense by United States, Federal Agencies. "Transparency is mandatory because they are Law Enforcement" and without, Law and Order is Impossible. "Fair Administration of Justice is what the DOJ is, and without, they are useless pylons. Bondi "selective justice" is Traumatizing to all of us victims. Villainizing the victims for cover ups when humiliating lawlessness injures people. "Accountability" is always mandatory, impossible to "govern the governed" without

accountability. Without accountability it's called a Cover Up Operation, Trump, Bondi and Patel have infected Washington DC and the story of their lives. Neural-data technology is too powerful for all the people going to jail for this case. The are all (1) too immature (2) too irresponsible (3) no ethics (4) no professional responsibility (5) thy have a serious indifference to reality and truth. These people require to be separated from the public for public safety and crime prevention. After all the crimes they committed, it's a fine line between law enforcement and breaking laws, therefore being a criminal. This neural-data technology is too powerful for these people and have demonstrated too much immaturity to work with it and are seriously Terrorists. 18 USC 2331, and 6 USC 101-(18) we will dissect during this case. Also 18 USC 2332a, and 18 USC 2441. I will explain everything with these Political Hate Crimes violence committed in all these cases, especially my case. Political Hate Crimes violence over money, humiliation, lawsuits, and evasion of criminal charges. Politics I'm learning are all about articulation and accountability, and transparency. The ad hominem attacks need to fucking end. My case is not a political debate. My case is criminal laws. You Judges must adhere to the criminal laws and serve justice. Even when the preferential treatment goes to the FBI and DOJ over any Victims. What about George Floyd? You will learn on my case I am George Floyd and that's how Congress has treated me. Kill that nigger. 1

2//.    ANY DELAYING OF THIS LEGAL MANDATE BY THE JUDGES, IS A DIRECT VIOLATION OF 5 USC 706, Administrative Procedures Act. And Procedural Due Process Clause. NAKED VIOLATION OF THE JUDICIAL CODE OF CONDUCT. Nobody gives a fuck about that any more. Or ethics or professional responsibility. You're all fucked in the head. This is a Federal Cover Up Operation. I'm expecting lying throughout this process and obstruction of justice and problems with the Jury as well. "Everything possible to personally attack me" behind my back like my ex wife. I thought my ex wife was bad, Bondi is true trailer trash, and been doing this all her life to get what the stupid bitch wants. Bondi puts Jerry Springer to shame, and infects everyone around her with "stupid bitch" syndrome. Then add her delusional schizophrenic homosexual shit she orders the FBI to do to me. As hominem laws arguing personal attacks rather than the criminal conduct, and how this stupid bitch is the Tort Liability Darwin Award winner and Special Olympics gold medalist for incompetence. Truly the United States biggest mistake was hiring her and entrusting this cunt to be responsible with American lives. Literally just a criminal stupid bitch. (Introduction). I'll be honest, this is a 10 week trial case just like the John Gotti case. "Not a one time event". And exposing all reality of Federal Operations like never before. It's actually more, but I might be able to squeeze this trial into just 10 weeks of Court Days. This case and federal misconduct is much too great to do a full legal jurisprudence in less than 10 weeks. If you want the true Torturing, review my bleeding to death February 2025, and "Terrorism on airplane" attempted murdering with chemical weapons on airplanes in February 2025. Then all the attempted extrajudicial killings January- March 2025 when Wilma A Lewis saved my life. These stupid people are manipulating you all. And 100% lying to you. 2

3//.    Myself, FBI Agents, DOJ Investigations are all caught up in these literally insane people's pathological lying. Nobody needs nor wants this shit in their lives. It's extremely immature and has destroyed, killed and injured thousands of

American people with an extreme indifference to human lives. These criminal defendants people just have a compulsive and impulsive need to break the laws like they are above the law. There's no reason nor logical explanation for it and Cover Ups is their only choice and Retaliation against Victims for the purposes of covering up the injuries their lawlessness caused. Then they throw the DOJ and FBI Investigators under the bus for obeying their unlawful orders like the Renee Good case. Retaliations on all Victims, Judges and Congress that stand up to them. And Cover Ups of the ICE Agents Misconduct. "Absolute Immunity" they have made up for themselves and the ICE Agents. Making up their own laws, immunities and retaliations. "Qualified Immunity is not a question of "Presidential Power". It's a question of Discretionary Deviations from Ministerial American Laws, Procedures and Constitution. Same as all Federal Employees and Congress themselves. This is our main genuine issue of material fact in this entire totality of these circumstances. These deviations are a direct naked violation of 28 USC 2680a. This is the law for "I was just doing my job" and also the law for "I was not just doing my job" and I acted outside my discretionary powers and immunity and I'm a fucking criminal. AKA "above the law". I have the exact same Federal Immunity as the President and so does all the other Americans and Immigrants. Federal Clause. When I violate any 18 U.S. Codes the Criminal Procedures are mandatory to be used on me. Same with the President as it's a violation against the United States, not for the United States. People are mistaking presidential power with tort liability and qualified immunity and sovereign immunity. Also mistaking "American insulation" and what Trump and JD Vance have "made up on their own" the concept of "absolute immunity" because it's not law, so it's just a concept and misinterpretation. AKA "hear say" laws, when people hear it and repeat it without knowing what the fuck they are talking about. These are not concepts, they are written and clearly defined American law. We will discuss this in our hearings for clarification. 3

**{{[[[While no single, widely cited case specifically from the year 1789 explicitly established the right to self-defense against a federal agent, the legal doctrine governing this issue in the early American republic was based on English common law, which did allow for resistance against unlawful acts by government officials. Historical Context and Legal Precedent (1789-1800s): Adoption of Common Law: Following the 1789 Judiciary Act and the ratification of the Constitution, American courts adopted English common law, which allowed citizens to resist unlawful arrests, sometimes even to the point of killing the officer if in immediate danger. English Precedent (Adopted in US): Cases like Hopkin Huggett's Case (1604) and Queen v. Tooley (1709) established that if an officer makes an unlawful arrest, they are not acting in their official capacity and can be resisted. This principle held that resistance to an unlawful arrest that resulted in the officer's death was manslaughter rather than murder. The Whiskey Rebellion (1794): While not a "case," the 1794 rebellion showed that citizens challenged federal tax agents (collectors) who were seen as acting outside of their legal authority, which directly tested the limits of federal power and personal resistance. General Warrant Limitation: The Fourth Amendment (ratified in 1791) was specifically intended to prevent federal officers from using "general warrants"

(unlawful, broad, or nonexistent warrants), thus making such an action by a federal agent a trespass, which could be resisted. Later Affirmation of Early Law:

The Supreme Court later clarified this early common law position in Bad Elk v. United States (1900), which confirmed that the right to resist an unlawful arrest by a federal officer with reasonable force existed at common law. Common Law in the United States however was not introduced until 1868 with the Equal Rights Protections Clause when Lawyers and Courts wanted those equal rights to other rulings and cases. 1789, a year which marked the inception of the federal court system and US Marshals (via the Judiciary Act of 1789), setting the stage for these legal conflicts, rather than a single seminal case of armed resistance in that specific year.]]]}}**

4// Renee Good had the right to do everything she did because the ICE Agents had no Warrant and Miranda Rights. Miranda v Arizona, 1966. Renee Good acted in self defense (legal precedent dating back to 1789) and literally had the right to run over the ICE Agents if she wanted. But she was just running for her life and got fucking murdered. Reasonable suspicion (just a hunch) of immigration laws violations is not probable cause for jurisdiction into any personal rights and freedoms. Welcome to reality. "Qualified Immunity" comes with that warrant which is ministerial law. It's called qualified immunity because they must qualify for it. Once again, reality. We can all thank J.D. Vance for clarifying that the 1900 purges case had "absolute immunity" and Federal Protections with the use of their warrants and adhering to all criminal procedures. Thanks. 4

5//. If the FBI and DOJ even touch my paperwork while I'm writing it or printing it or filing it or after I file it on Pacer, that's court fraud and I automatically win this case. Fraud Forfeit. Over $18 Trillion has been Fraud Forfeited already. This one is for another $3.72 Trillion to be Fraud Forfeited. HPSCI must investigate this Court Fraud and the paperwork filed, for the purposes of Cover Up. Fuck with my paperwork and it's getting investigated for Fraud. It's getting investigated already anyways. I would behave if I was all you FBI and DOJ, there consequences now for your barbarism. Why am I a criminal defendant and an extreme criminal without being accused of breaking any laws and no criminal record. Adam Schiff has extreme explaining to do that sounds like a sober person explaining it. The FBI and DOJ went out of their minds on this case. This is a hard fucking lesson on the Fourth Amendment. I still don't blame Trump, that's all expected of him, I blame Congress and all Judges for Tolerating his lawlessness. I blame a useless U.S. Attorney General because it's all her fucking fault for serving Trump, not American laws and her Agencies. She's been doing nothing but fucking over her Agencies for 13 months. Even the humiliation of Immigration Operations is her fucking fault. 5

6//. All of my injuries will be determined by medical doctors and testing. Proper medical attention and surgeries from head to toe including liver and kidneys transplants are a mandatory requirement of the United States. Neurological stem

cell treatment anywhere in the world will be paid for by the United States. All my medication will be provided immediately by the United States. I'm not fucking around, this is not a fucking joke or any fucking games like you all treat this to be. 6

7//.    This case is humiliating with pathological lying and making a mockery of Counterterrorism. The FBI and DOJ Investigators being ordered to lie about me in every way as I sue and pursue criminal charges. Then when shit goes down, they get blamed for it and lose their jobs just like the Renee Good case and get criminally charged while the criminal defendants keep doing this bullshit to all the FBI and DOJ Investigators. We. Are all victims of these corrupt Political crimes. Can Adam Schiff explain to me why the Unabomber got humane treatment and humane jail and all his rights and freedoms and due process respected and not me? I get Extrajudicial Killed for 100% false accusations with no fucking evidence of any crimes. And no fucking criminal record after 23 years of intense surveillance. And how this is not criminal harassment. Adam Schiff can fucking answer this fucking paragraph in detail. Adam Schiff and his fucking Harvard Masters degree better sound like he has a fucking Harvard Masters degree and not smoking crack when he fucking answers all these paragraphs one by one. 7

8//    I require to clarify that this case is a Negligence case for Adam Schiff to not have these cases investigated by the HPSCI Internal Affairs as required at this point as Donald Trump Conspiracies and he controls the DOJ at this point. This entire case whether Adam Schiff, President, DHS Director, US Attorney General, FBI Directors, is the genuine issue of Material fact that I'm not arguing their powers of their position, discretionary powers are "deviation from ministerial laws". Meaning administrative laws, procedural and criminal laws are out of the question. This is my genuine issue of material fact for Judicial remedy into all these cases. Meaning "unlawful orders and knowingly following unlawful orders". President (just another federal employee the same as the purges) deviation from laws and how that can never be tolerated. 93rd Congress and the Watergate Scandal. Causing lawlessness and cover ups. Also expect "laws that don't exist" to be made up for this case and "manipulating laws" online. The FBI online powers are endless. The Federal Agencies have never gone out of their minds over one innocent person before. Just for calling them out on their own bullshit. 8

9//.    ICE Warrants for all detainments are for the guilty ones, even sidewalks and cars. And procedure due process clause are for guilty people. The criminal procedures act and the Fourth Amendment are for guilty people. Miranda v Arizona, 1966 rights are for all persons on American soil. The constitution is for all persons on American soil. 9

10//.    The FBI and DOJ Investigation on my case for the purposes of Cover Up have deleted all my work into these cases and I require all of it back. All my original voice recordings as well and all original notes and emails original and not

manipulated. They have seized all my information without seizure warrants and this court must give me a fair chance to make my case without interference of Federal Agency Cover Ups. We must have a Hearing Immediately within 10 days to Compel the FBI and DOJ to return everything they have seized from me and return all my cases back to originally filed on PACER and SUPREME COURTS for the past 450 days. This is extreme Fraud for the purposes of Cover Up. They even stole my Journal Writing and all my Angel Writing as well. This is obstruction of justice, and will never be tolerated. 10

11//.     I hope the FBI gave everybody proof that I'm crazy and that's why they did this to me. That's perfect. Crazier the better as proof of what they did to me and my injuries of being brain tortured. My heart rate of 190 bpm and going insane. Heart and lungs tortured, major parts of central nervous systems. For 1300 days consecutively in America. Also proof it's a bias-motivated hate crime. And not any criminal activity or criminal conduct by me. 100% a discrimination case. Not a criminal case by the FBI. The crazier the better. Torture and Use of Chemical Weapons are both in 18 USC 113B, 18 USC 2332a, Terrorism and Terrorism laws.  Also it doesn't matter what the FBI lies to the judges, they are only avoiding telling the truth in courtroom. They can lie outside the courts to the judges. Not in the courtroom. They are evading the courtroom for this case and I'll know when they are lying. I know my entire case. They don't. 11

12//.     Everybody knows (1) my Torture case (2) the Immigration case (3) the Purges case. It's time for resolution into all these cases and the cover ups of Trump Administration cover ups of all these Deaths and Attempted Murders. Starting with the FBI and DOJ to accuse me to my face the sober sounding reasons why they are Extrajudicial Killing me to my face not behind my back. Trump retaliations and appetite for revenge has caused all these cases. Any act of tyranny is an act against Liberty and that's a procedural issues we require to seriously talk about and Trump Discretionary Function Exemptions to Ministerial Procedures and Protocols. We also require to talk about Adam Schiff Conspiracy with Trump to ensure Trump illegal conduct is protected from anyone advocating against him in the Court Systems and protecting Trump from HPSCI Internal Affairs Investigation into his criminal conduct against Americans.  Kamala Harris and Joe Biden and others are my Witness Testimony for my case. Seriously a Political War Trump dragged me into. Where Trump is the only delusional schizophrenic patriot out of all of us patriots fighting daily  for the wellbeing of Americans. My fight is literally my "silent war neural-data and internal pain of poisoning" WW3 against Trump Agencies with Hybrid Warfare/ Chemical Warfare. "Silent Killer". Irregular Warfare and Guerrilla Warfare used against me in my fighting for the influences of American People to Stop the Violence on this extreme Political War against me. Literally killing me for my interests in Presidency as well like Nelson Mandela was mocked and Martin Luther King for fighting as well.  You're going to have to research the differences between all those warfares and where neural-data fits in. Hybrid Warfare and Information Technology. Adam Schiff is just as useless as Pamela Bondi and serving Trump. Just bend over for him but Trump likes them young and Bondi is too old for Trump and Adam Schiff still protects Trump interests. Not sure how much money is involved. I tried complaining to Adam Schiff over 20 times and escorted out by Capitol Police 8 times from his office, and

the other 12 -15 times in Adam Schiff office to make complaints booking appointments with his office, online, by emails and phone as well. Trying to get 1 meeting with Adam Schiff to prevent all the deaths and escalating violence and a series of Attempted Extrajudicial Killings Trump ordered his Federal Agencies to kill me this past 6 months since October 28, 2025. Adam Schiff too fucking coward to talk to me and protecting Trump. My case is the most controversial and Internal Political case in American History. And yes, Kamala Harris is my witness Testimony that she wanted to take accountability for my discrimination Torture case. The DOJ Investigators on Renee Good case calling her a Terrorist and personal attacking her all got investigated and fired. In my case the DOJ Investigators are calling me a Terrorist as a Trump Cover Up to kill me and poison me. OBVIOUSLY A TRUMP COVER UP WITH CRIMINAL CHARGES TO TRUMP HIMSELF. 12

13//.    Never mind the money or anything else. Please compel these FBI and DOJ Investigators to stop the frequencies targeting my penis and testicles and prostate and cranking the voltages and nerve agents to the maximum I can handle before unconsciousness. It's literally rape and sexual torturing me. Let's take baby steps and get the DOJ Investigators to stop sexually abusing me and sexual cruelty and sexual assaulting me first. Literally the elements of rape laws. Leave my testicles and penis alone for a change. That's a small step for man, a huge step for mankind. Space monkey shit and I'm seriously changing mankind when I do this and the future of the United States as we know it. Another psychological torturing me is them at these fucking people worship Angels and then neural-data proves I am a reality Angel and they want to kill me and literally dead for it. They will have to tell me their problem with Angels to my face as well when they love their transgender FBI Agents because they don't discriminate. 13

14//.    Somebody want to answer why Bondi and Noem are unlawful ordering the DOJ Investigators to cover up the Renee Good case and All the Minnesota killings and shootings and the DOJ Investigators are taking the heat for it and getting fired for following unlawful orders but Bondi and Noem never get in trouble for all their lying under oath. Refer back to Watergate Scandal, 93rd Congress. Must be the Trump, Bondi, Noem and Patel "absolute immunity" they have made up for themselves obviously. Then they can order all illegal shit for no reason and no explanation and cover it up and kill people. Then the FBI and DOJ Investigators cover it up and get fired for it. Once again, refer back to watergate scandal and why the DOJ Office of Inspector General was founded and the reason this office of inspector general was made in the first fucking place. Anybody fucking notice how all these DOJ Investigators are getting fired for these cover ups but the ICE Agents are still not getting in any trouble nor losing their jobs for warrantless killing people. Literally murder. You don't have the right to "plead the fifth" on this lawsuit. Every numbered paragraph must be answered or else it's default and default judgement. I'm not fucking with you and this is not a fucking joke. Adam Schiff must have all this shit fucking investigated and answered within the 60 days for the summons or else fucking default. GO FUCK YOURSELF. The Renee GoodDOJ Investigators need their jobs back as well. You're firing the wrong fucking people, that's fucking bullshit and I'll prove this fact. The orders coming from Noem and Bondi and Trump as Trump doubles down on protecting

the ICE Agents and their made up "absolute immunity" when operating outside the laws. The DOJ Investigators operating within the laws and being fucking fired. Yes they were investigating Renee Good for Domestic Terrorism but there were no Criminal Charges on all these people. They were not even investigating for Domestic Terrorism, just got caught in a Noem and Bondi fucking outright pathological lying and Cover Up Operations. There must be criminal charges for Domestic Terrorism. DHS act. 6 USC 101-(18). And 18 USC 2331. This bullshit must be stopped. They were "ordered" to investigate for Terrorism but that's lying as well. There's no warrants with the Domestic Terrorism laws for investigation on the affidavit from these investigators. Approved by District Judges. Once again, go after the right people. ALL THESE AD HOMINEM ACCUSATIONS ARE INFECTING WASHINGTON DC. It all started with Bondi's bestie from back in the day. This will be a separate lawsuit if they don't get their jobs back for $10 billion each. I'll fucking find them no problem. We are all victims of these pathological liars and their fucking criminal marathon gold medal of the Special Olympics. The DOJ Investigators all got fired, so that the ICE Agent without a Warrant who shot Renee Good does not get into any trouble and over up that outright murder. JD Vance telling Congress and the Nation "absolutely immunity" for Federal Agents. So fuck you, next lawsuit is coming soon if you don't give their fucking jobs back like the COVID Military who did not take their shots. Answer this fucking numbered paragraph. That's why Trump, Patel, Bondi, Noem are ordering unlawful orders to be followed. When shit goes down the agents take the heat for the illegal shit. Same with my case. That's why my case nobody will get charged for my Torture and Attempted Extrajudicial Killings. There must be consequences for these fucking trouble makers. Adam Schiff must stop this lawless fucking impunity immediately. Answer why has he allowed this to happen and refused to see me for 5 months of me constantly harassing him to prevent all the violence. 14

15//.    I should be able to as my "right from misconviction" use this neural-data technology to tell the truth in a Court for any case. Even if I was misconvicted of a rape where we had a good time the night before and had sex. I looked over after a night of drinking and realized how fat she was and then ran out the door. She had higher hopes and cried, then charged me for raping her. I should able to use this technology to prove myself to be innocent in any courtroom. The Courts guarantee freedom from miscarriages of justice, and for 450 days, 7 Judges have ultimately failed me. Law Enforcement failed me and my own country injured me intentionally for no reason nor explanation for it. Not any sober one anyways that doesn't sound like a reason from a person that just smoked crack all night then ran out of crack and smoked hallucinogenic peyote. As a Substantive Due Process Claim and with my consent to neural-data technology to be used for this case in a courtroom setting. The evidence of this neural-data to be used with all the Judges literally listening with an ear piece to all my thoughts and feelings and levels, the truth and what exactly happened the exact truth of all events in question on my entire life as the Judges ask me any questions they want for as many court days until they are satisfied with the case to make Judicial Remedy decisions and not the criminal defendants making US Supreme Court Judgements for all the Judges. The Analysts talk as well and interpretations of live thinking and truth telling or lying. These ear pieces are used by the Field Agents of the FBI's JTTF when on shift 24 hours per day in my case and will be listening

with all the Judges as well. I require to use this neural-data technology for the truth as this is a cover up operation. The Judges can listen to all my thoughts and feelings and all the comments of the Special Investigations with an ear piece just like the field agents on my case. This is very simple to be arranged as a trial for "today's polygraph machine". Where the traditional polygraph is outdated and useless. This one is a guaranteed 100% accuracy tied to the person's Central Nervous System. I have the right to a polygraph when in Court with the United States is actually a preferred initiative. The United States and all prosecution literally demands polygraphs for the truth and in my case advanced polygraphs are even better with neural-data technology. I am requesting with my consent for this neural-data evidence to be used for my evidence and the United States evidence against me as well. Put my entire life on trial and either prove my life to be 100% innocent or 100% guilty like the FBI and DOJ Investigators claim I am. Time to fucking face their bullshit to the Judges. Then we can put Patel and Bondi on this shit and do them next. We can investigate with the Judges ear pieces Bondi and Patel and one in my case and their embezzlement of $100 million dollars. And then cover ups for all these cases. Then Trump and how much those little 13 year old girls turn him on. Who's the guilty one, me or them??? Then we should never have a problem with this. Failure on Patel and Bondi and Trump is admitting guilt and fucking pay the lawsuit then. Judges can ask me all the questions they want all day every day with neural-data and an ear piece for the truth and thoughts and feelings on everything. This case is finally the case where all federal agency employees went fucking out of their minds and schizophrenic where living an active and healthy lifestyle is dangerous and they need to poison me for the purposes of extreme estrogen conversion and muscular dystrophy. Attack and poison my body because it's dangerous to live an active and healthy lifestyle. Law Enforcement have finally gone absolutely schizophrenic over this "calling everyone Terrorists". I need liver and kidneys transplant and head to toe surgery on my spinal discs, cartilage on my knees, hips replacement, shoulders, elbows and whatever else we find at the doctors, because they did to me what they did to Ronnie Coleman. I require my medication like insulin for diabetics immediately the FBI stops me from taking. They switch it for nerve agents to inject into my body. We all require to see with this neural-data technology if Bondi and Patel and Trump are falsely accusing me on purpose to kill me or they truly have schizophrenia and are having a true delusional breakdown. There's not one thing that is not "cover up and fraud" and police perjury in my entire case except my neural-data that they cannot change. Absolutely everything in my entire case in the past 450 days is absolute cover up and fraud. Acquittal and jail misconviction. Makes me wonder "what's the FBI and DOJ employees personal problem with me" and why they are Conspiring to murder me when they are not even criminally charging me for anything and no warrants. And no criminal record. Makes me want to kill them. After I kill them I will win during my criminal trial when I am a criminal defendant for breaking laws. 15

16//.    My name is Stefan Michalopoulos and trained by the best and ready to face Harvard Masters and extremely intelligent people. First of all, all of JD Vance "Absolute Immunity" speeches to Congress and the Nation and DOJ and Trump defenses for all the ICE Agents lawlessness, Miranda Rights (Miranda v Arizona, 1966) and Warrantless Killing

Americans will be used for my 1900 FBI and DOJ Purges case while adhering to all criminal procedures, so keep defending the ICE Agents never getting in any trouble and being told the great lawless job they are doing for Trump. While serving Trump intentional Conspiracy to Deprivation of Rights, and Cover Ups when people are shot, killed and injured. Attacking the Victims, Retaliating on Victims for Advocating for Justice. Great Job Everyone. The evidence is all tied to warrants against Good and Pretti, against me and all victims. "Terrorist" is impossible without warrants and criminal charges you fucking retard. Even the Unabomber was not charged with "Terrorism". He was criminally convicted of 10 other things but not Terrorism. Kristy Noem is out of fucking control making up her own laws and definitions and punishments for Terrorism in the stupid bitch's delusions schizophrenia and fucking "dumb bitch syndrome". Reality Terrorism case is United States v Torres, 1984. This "dumb bitch syndrome" is infectious and spreading quickly and we need to contain it before it becomes the next pandemic. Pamela Bondi has been extremely infected and requires to be separated from the public for severe mental illness treatment because they are all a hazard to the public safety and for the purposes of crime prevention these "dumb bitches" need to be separated from the public and locked up. To all the space monkeys who sacrificed their lives for the space program, we salute you. 16

17//.      Obstruction of Justice to not investigate this case, 18 USC 1503 to the victims. It's illegal to not investigate this case. Conspiracy Against Free Exercise or Enjoyment of Rights 18 USC 241. Deprivation of Rights Under Color of Law 18 USC 242. 100% violation of the Equal Protections Clause, Fourteenth Amendment to the victims to not investigate the cases of their assaults. To not investigate these crimes is "Conspiracy to the crime". Conspiracy to the criminal conduct. Enabling, aiding and abetting. The FBI discretionary decision to investigate was based on probable cause and jurisdiction with a warrant approved by Judiciary. If it was "personal reasons" then Judiciary would deny their weird ideas. 17

18//.      I require a professional and sincere answer for the summons for all numbered paragraphs separately within 60 days from the date of service. Yes, my case is long and may pages, but this is not a one time event and makes the Warergate Scandal and the John Gotti case look like Mickey Mouse. Seriously would take me 10 weeks like the John Gotti case for a legal Jurisprudence on this entire circumstances of these cases. I'll be happy to do this Administrative, Procedural, Criminal, Legal, and Constitutional Jurisprudence any time. HPSCI will have to investigate this case by law at this point. Would be better if they investigated "as I did my entire legal jurisprudence" in Court. Or just tell them to investigate all my Neural-Data from January 1, 2026- present day. The files are a cover up and do not match the Neural-Data whatsoever. There's something called "voluntary cessation doctrine" to moot a case. Where the Agency stops its conduct to moot the case, then it's just a court issue. Then the United States can commit all the court fraud they want but the safety of the victim was protected. This case became a cover up and due to continuing violations doctrine and Equal Protections to the United States were taken a shit on, spitting on the constitution, fucked me over in every way and tried to murder me for

being a victim. Like a raped woman, the rapist kills her to stop her from complaining to the police. And if she is autistic, it's even worse, now it's disturbing. 18

19//.    450 days of trying my hardest to be heard and see 1 fucking Judge with FBI and DOJ Obstructing Justice. Lying behind my back to cover up the truth because they are 100% fucking guilty criminal defendants. The first thing you Judges must do for this case is literally study the United States v Torres, December 10, 1984. Study the Elhady v Kable, September 4, 2019. Study the Bivens, Federal Bureau of Narcotics, January 12, 1971. There's a 1 hour and 20 minutes audio of that hearing. Please review it. The Fikre v FBI, 2024 case is a case where the FBI Lawyer completely lies to the Judges throughout the entire case and the Plaintiff won the case anyways. There's also audio on that one and just listening to that FBI Lawyer Joshi, I laugh because every second word is an absolute lie to the Judges. The Adam Schiff January 2025 Oversight and Judiciary Committee Hearing on my case will be the very first thing reviewed. The video of the entire hearing as proof of over ups and 100% lying about me to murder me as a Terrorist. Extrajudicial Killing me. There's nothing more feminine than the 38 year old FBI male agent attacking my penis, prostate, testicles and muscles. It's truly sick and disturbing transgender shit. This 38 year old male FBI agent sexually abusing me all day every day needs fucking serious mental illness medication. I fucking beg all day every day to stop the sexual cruelty. Adam Schiff is going to have to explain where the law enforcement in this exists. I want to hear this sober logical explanation of his. I just watched a mountain climber jump 6 feet and lift himself with one arm with his strength. If I was to even try to go to the gym, I get literally murdered because they say "he's crazy" so we gotta poison his testicles for testosterone and estrogen conversion instead of testosterone. I require a sober and intelligent explanation for this from Adam Schiff because it's the most faggot shit I've ever heard. I need an answer for this that does not sound like crack head answer. What is exactly the reason why I'm not allowed to live an active and healthy lifestyle without getting poisoned by Adam Schiff. I require a sober reason that does not sound like it just came from a crack head who smoked crack all night, then found peyote to smoke. And how this law enforcement without enforcement of laws. 19

20//.    First of all, the reason for (1) transparency (2) fair administration of justice and (3) accountability. The reason for such things is that the United States is law enforcement and you don't lie. And if you make a mistake, Congress realized a long time ago that's the nature of law enforcement mistakes will be made and provide a course of action for Judicial remedy and Justice. Trump wanted to kill the victim plaintiff instead. What was a $500 million dollar lawsuit and procedural error easily corrected in the first lawsuit. Turned into 5 more lawsuits and criminal charges and life imprisonment, hopefully death penalty for Donald Trump on this case. I am using my case to initiate investigations into the ICE Agents Cover Ups as well. The DOJ is out of control with all these death and shootings and torture cover ups. Also the cover up for the Capitol Police Murders and then retaliation with "purges". 20

21//.      I am going to make some paperwork for Adam Schiff as an opportunity to mediate this case prior to Court Trial for $3.72 Trillion. Adam Schiff can thank his retarded employee "TIM" who is literally a transgender space chimpanzee for this lawsuit. Fucking hilarious how he turns around denying events when lawsuit comes for his ignorance and stupidity. More acts of cowardice, when shit goes down, lie and point fingers and commit criminal conduct for cover ups. This will be a "Alternative Dispute Resolution" and mediation. If the FBI and DOJ Investigators change this paperwork like all cases for the past 450 days you are setting Adam Schiff up for failure in court. I am not going to worry about anything if you change the paperwork. I will however tell them that you changed the paperwork and made mediation decisions for the Senators with Harvard Masters (Adam Schiff) and 100 OTHERS WITH HARVARD MASTERS. You are making Congress decisions for them. Your choice to fuck with this. This is not about the money, I got 200,000 ICE Videos and lawsuits warrantless violence and the 1900 purges lawsuit coming for another $2 Trillion Dollars. No money can ever justify the sick and morally hideous and demented, disturbing shit was done to me. Only death sentence to all of them, and still will never justify what was intentionally done to me just for a "COVER UP" OPERATION. First of all, I am under "illegal intense surveillance". Trump sued for $230 million for neural-data despite his 91 criminal charges from it. Illegal surveillance of a Plaintiff by the defendant with neural-data technology, and that's a direct violation of 5 USC 706, Administrative Procedures Act. Also a direct violation of Fourteenth Amendment Procedural Due Process Clause. Fourth Amendment and Fifth Amendment direct Violations. The Defendant cannot have the Plaintiff under illegal surveillance and Mind Reading Technology to win their cases. KAMALA HARRIS, JOE BIDEN, ELON MUSK, DISTRICT JUDGE WILMA A LEWIS. ARE MY WITNESS TESTIMONIES TO THIS ENTIRE CASE AND THE COURT FRAUD FOR $18,370,501,250,000. Biden Administration especially Kamala Harris wanted Accountability for the $500 million dollar lawsuit filed October 02, 2024 California Eastern District we were fighting about with Retaliation to the Victim Plaintiff. CAT, 1984. Article 13. THIS CASE IS FOR THE RETALIATION FOR THIS LAWSUIT BY DONALD TRUMP ADMINISTRATION AND-COVER UP OPERATIONS OF 450 DAYS. All of my Court Documents have been online and modified, stolen by the FBI and DOJ Investigators on my case for the past 450 days of Court Battles and cover ups operations and impossible to make any sort of legal arguments for the court, then they obstruct me from seeing any Judges. If my paperwork is returned to the U.S. Supreme Court, and this paperwork not touched for these entire cases any more and all my emails returned to me as originally written and all my previous court cases returned to "originally filed", I will not be criminally charging the FBI and DOJ Investigators on my case. "Everyone who touched my case" here in Washington DC since October 20, 2025 until today. Crimes Against Humanity Act, 2010. #5 18 USC 2340. And Conspiracy. Human Rights Enforcement Act, 2009. Page 2, middle page "Attempt & Conspiracy". Defined in California Penal Code 182 for this case. I have extreme Traumatic Stress started on January 23, 2026, from "making paperwork" and the FBI and DOJ changing and deleting all my legal arguments. Manipulating the Dockets on all my Court Proceedings and court cases, manipulating the PACER Documents and all the cases so far in the past 450 days. Changed all cases completely than originally filed. The cases are not even the same whatsoever than originally filed. Also deleting all my emails and notes, voice recordings and even personal journal writing. Literally stealing all my paperwork from my residence for all these cases. Just because I'm a civilian these FBI and DOJ think they can treat me this way and do whatever

they want to Cover Up this case. Then kill me is the ultimate goal "Stop me from Complaining". Conspiracy to Murder by stopping me from Complaining about this Torture Case and First Degree Attempted Murder by Extrajudicial Killing me. I'm having an extreme nightmare from the FBI and DOJ neural-data Investigation also killing my brain like acid, and I will require surgery from head to toe after this case is over and liver and kidneys transplants. Like Ronnie Coleman and what they did to Ronnie Coleman and Mathew Perry as well just before he was killed. This is the purpose of calling me a "drug target" falsely accusing me when I don't do any drugs and never will do any drugs. Kashyap Patel has a DEA Drug Addiction Cocaine Record from New York 40X more than anything I've ever done my entire life. Criminal Investigation is Mandatory by HPSCI Infernal Affairs for the FBI and DOJ Investigators First Degree Attempted Murder and all the other Criminal Conduct. These are all violations against the United States not me and MANDATORY CRIMINAL PROCEDURES ACT. CRIMINAL PROCEDURES. CRIMINAL INVESTIGATION. Even all the laws online I'm using for this case have been intentionally changed and manipulated in this case by the FBI and DOJ so that "when anybody searches" they will get a manipulated versions of these laws and procedures and regulations I'm using. Congress and Judges are all being manipulated, I'm just used to it after 6 years of this happening every single day to me. 17 years of email games, phone obstructions and obstructing my life entirely because it's a game for them to destroy my life and they fucking get off on it. And destroying me. 21

22//.      All these cases are 18 USC 1503, 18 USC 241, 18 USC 242. 18 USC 249. Felony Obstruction. Police Perjury. (1) Immigration 34 Shootings and 11 Deaths just from the 17 Car Shootings Cover UPS. 7 Americans Deaths (2) Trump cancelled all the Immigrants Asylum Applications for 73,000 Foreign Nationals legally in the United States and made them illegal to kick them out without Procedural Due Process Clause "Aliens and Deportation" section. (3) Motive is Racism and Deprivation of Rights. Intentionally Ordering all of Immigration Operations to literally not use Criminal Procedures intentionally when they 100% aware and fully know with the intent to not use Federal Procedures including Federal Rule of Criminal Procedure 41 "Search and Seizure" THIS IS THE MOST EXTREME COVERUP AND LYING TO CONGRESS (4) 5 Capitol Police Deaths Cover UPS (5) Stefan Attempted Extrajudicial Killings many occasions but fucker won't die. And "Cover Up". ALL THESE CASES ARE VERY SIMPLE TO ARTICULATE BUT MADE EXTREMELY COMPLICATED BY THE FBI AND DOJ LYING AND COVERING UP EVERYTHING INCLUDING THE EPSTEIN CASE AND DONALD TRUMP HAVING ALL HIS OWN EPSTEIN EVIDENCE AND FILES. Not just myself with neural-data and intense surveillance but all of Congress are literally under intense surveillance of Trump's DOJ and Federal Agencies to Cover Up all these cases. 22

23//.      This Totality of the Circumstances of this entire case is literally a Political War that needs to end without death. The Trump Administration with the U.S. Attorney's General and their Agencies have literally Congress under intense surveillance currently and all their electronics, communications and emails and phones and texts and social medias illegally intense surveillance to get the upper hand on all of them and play them like fools. I require to see Judges because this

one-sides behind my back bullshit needs to end so I can tell the truth about all these fucking cases including mine. Like every other case the criminal defendant will try everything possible to win their cases. Donald Trump only allows Illegal Neural-Data lawsuits for himself against the United States like his Neural-Data lawsuit in October 2025 when Bondi had the $230 million dollars check made before the lawsuit was even filed. And his new $10 billion lawsuit for "Releasing Financial Information". If it does not serve Trump, all Victims are Retaliated upon by Federal Agencies. Good thing Adam Schiff has his Harvard Masters. I am Google Master, with YouTube University, I watched the first 7 seasons of Suits and the Pablo Escobar mini series. So I know everything. One thing I noticed however is that Harvey Specter in Suits was always Ethical and Honest, or else it gets you in trouble quickly. Pablo Escobar was not Ethical and Honest, got himself in trouble when he could have retired after his first $20 Billion easily and lived happily ever after. No matter how much money Pablo Escobar threw at Politicians and Law Enforcement, it's his corruption and dishonesty and indifference for human life that got him killed in the end. This Negligence lawsuit is equal to the Parkland School Shooting lawsuits v FBI with Robert Stein, Miami Lawyer. Also equal to the Larry Nassar Gymnastics girls v FBI lawsuit for Negligence with Attorney Jane Riley who represented the Nassar Gymnastics girls. United States Accountability and Fair Administration of Justice and Transparency has turned into Conspiracy and Police Perjury and Legal Fraud, Court Fraud and Fraud Upon the Courts under the Trump Administration for all Dead Victims and Survivors of Trump Lawlessnesses. "Cover Ups" is a Trump "story of his life" with court battles and lawyers his entire life. Being President he is not working for himself, but ensuring the word of the law is followed and fair administration of justice and all of Congress, and Administration and his Agencies have Ultimately failed for the past year. This is all due to the U.S. Attorney General serving only the President and not the American People. It's not the stupid bitch DOJ and does not belong to Bondi for her personal "Selective Justice", she is just a Federal Employee and so is Trump with the exact same Discretionary Function Exemptions as any other Federal Employee. This is called "Qualified Immunity" and they must qualify for it. They have invented "Absolute Immunity" which does not exist for themselves and their Agencies. Senator Adam Schiff opposition to investigating these cases and refusal to abide by procedures and American laws is literally Conspiracy pursuant to Human Rights Enforcement Act, 2009. Page2, middle page. Attempt & Conspiracy. Also equals to Conspiracy California Penal Code 182. All points. Senator Adam Schiff is guilty of the Opposition of 8 CFR 208.18, 28 USC 509B. 28 CFR 35. Human Rights Enforcement Act, 2009. Opposition of the CAT, 1984. Opposition of Convention on the Rights of Persons with Disabilities. Article 15. Senators Adam Schiff rejection of doing his legal obligation and ministerial duties to have these cases investigated by HPSCI caused all the shootings and deaths, National Catastrophe of violence, and Torturing and attempted Extrajudicial Killings. Senator Adam Schiff is also 100% responsible for allowing the "cover up" of the Capitol Police Officers Murders of January 6 Trump riots. Intentionally allowed the "illegal purges" to take place and destroyed 1900 families as "Trump Retaliation". Just a criminal retaliating on law enforcement for 91 criminal charges. And pussy hurt because of neural-data technology and FBI discrimination on Trump for all the little girls sex and how much he liked it. Senator Adam Schiff and Donald Trump working together in this case to "Cover Up" all the Victims and ensure Trump Interests are Covered Up and all his illegal and Unlawful Agency Orders are followed by all his Federal Agencies. Senator Adam Schiff (1) intent (2) knowledge and (3)

motive to "Cover Up" Operations of all these cases especially my case and have me Federal Agency Killed. Killed for "Cover Up" Operations. Why are these insane individuals that work for the Federal Government lying about anything in. Their place of employment. Compare this to the 1900 FBI and DOJ "Purges". Who were Investigating 5 Capitol Police deaths with Warrants and adhering to Procedures and American laws. When this case is over I'll have 1900 families write me letters to thank me for sacrificing myself for their wellbeing. Put those 1900 families in a big room and have them write me letters to thank me. 23

24//.     Senator Adam Schiff wants me dead Conspiracy with Donald Trump and his Agencies. Without any criminal charges and without any criminal record. That makes me 100% Innocent, not a fucking Terrorist like Adam Schiff and Donald Trump "FALSE ACCUSATIONS". This case must be all investigated by HPSCI Investigation if Senator Adam Schiff denies any of the following due to his involvement with Stefan Michalopoulos CAT, 1984 January 2025 Judiciary and Oversight Committee Hearing, where a Plaintiff and Victim was Extrajudicial made Domestic Terrorist without criminal charges and no criminal record, and collusions with the FBI and DOJ Investigations on these cases already making sure they are all "Cover Ups" and protecting Trump Interests. This case relies on Adam Schiff and the review of the January 2025 Hearing on my case with Adam Schiff Active Participant in the "Cover Up Operation". Everything on Video Evidence. Attempt & Conspiracy Evidence, and Cruel and Unusual Punishment by Senator Adam Schiff. California Easter District Court case No. 24-CV-01169. Filed October 02, 2024. Kamala Harris and Biden ordered Judiciary Hearing on November 23, 2024 wanting accountability for this Discrimination and Torture case. The United States already Defaulted numerous times in FAILING TO ANSWER SUMMONS" then had the case thrown out of court illegally 5 USC 702. This time they require to answer every numbered paragraph and all matters in all the paragraphs. 24

25//.     The Judges require to ask these federal employees "what is your sober explanation for all this lawlessness". And injuring people intentionally. What is your sober reason. First of all, are you sober? Then explain your sober explanation for all this lawlessness. Also Dr Linda Davis is exactly a "Monell Claim". The great thing about "falsely accusing people" and "cover ups" is that dishonesty causes everything, lying and deception, corruption causes everything in my case. This lawsuits is 100% the reality of having to face their problems and murdering me is not the solution to their problems either. The worse part is the disturbing lying happening behind all of us plaintiffs and victims backs. And Judges and whoever believing the criminals and defendants and fuck over the victims and plaintifs in all court proceedings. There's an 80 year old woman that was required to defend herself "I'm not a Terrorist" when she was attacked and beaten up by ICE Agent on the second week of March, 2026. This is an extraordinary conspiracy against all the victims and plaintiffs and retaliations on us all. Calling all of us Terrorists to win court cases and protect the Federal Agents who were instructed to conduct illegal operations. Not just illegal operations but cover up operations as well. "Anybody illegally serving Trump". ONLY THE VICTIMS GET INVESTIGATED AND NEVER THE CRIMINALS. TO FIND A WAY TO BLAME THE VICTIMS BY LYING ABOUT THEM

AND FRAMING OPERATIONS. Why did nobody ever hear about the extra 2 clips on Alex Petti. Not until March 27, 2026. These people are planting evidence. I'll have to investigate this matter. My case is nothing more than hate crimes from the beginning until today. I'll explain. No procedures followed allowed these hate crimes to happen. These Federal Employees and their weird fucking Warrantless ideas will only realize they are lawless psychopaths when they are in jail. Only then will they have the insight how fucking disturbing and sick in the fucking head their conduct was. 25

26//.    Senator Adam Schiff Cover Up with Kashyap Patel over all these cases. Political Hate Crimes, Conspiracy to deprivation of Rights with Donald Trump and Christopher Wray in January 2025 oversight and judiciary committee hearing on my case and also from October 20, 2025 until present day and ongoing. Adam Schiff Conspiring against all of us victims with Trump and Bondi and Patel. Who's opinion matters on who's a terrorist or not when to be a terrorist, there must be an arrest and criminal charges. The Judges opinion doesn't matter any more? We are not innocent until proven guilty in a court of law any more? What was the date this changed? There's something called evidence, or else you're just talking shit behind people's backs. Senator Schiff is "the ring leader" with Trump working together on all of these "Cover Ups". Adam Schiff Conspiring with Bondi on the Epstein Files cases. And Patel Conspiring to Deprivation of Rights. Felony Obstruction and Legal Fraud, Fraud Upon the Courts, and Court Fraud. Deprivation of Rights Under Color of Law and Conspiracy to Murder, Torture, Use of Weapons of Mass Destruction on Americans. Conspiracy to injuring over 100,000 Americans and Foreign Nationals and over 20 deaths by Federal Agents from just shootings alone and their "cover ups" when illegal unlawful orders to conduct their operations illegally and without procedures. All this since September 12, 2025 until today. 26

27/.    Everybody knows all 3 cases. But are literally being lied about. All of them for a cover up operation of all of them. The purges case is a cover up for the Capitol police murders. They are all cover ups. Has nothing to do with law or law enforcement. Just "who serves Trump". And he retaliations on everyone who opposes him including judges, and Congress. For me it's murder. Funny Martin Luther king did it wrong and got himself shot at 39 years old. I'm 45 and overdue for that fucking bullet LOL. I'm advocating in court for fuck sakes. The President has never lost his mind like on me. Bondi and Patel as well. Venue for this case is an obvious one. Be an adult not a child and fucking grow up. This 450 day incident happened in (1 California (2) Virgin Islands and (3) Washington DC. Jurisdiction for all my cases are John Doe v Exxon Mobil, 2024 Tortures in Indonesia. 103, US 11,17. (1881) Jurisdiction law. Also CAT,1984. Article 5, International and Universal Jurisdiction into any court in the world. Subject Matter Jurisdiction will always be Federal Clause, Article 28, ACHR, 1969. Fucking read it, fuck you Harvard. Go YouTube university. The FTCA Act, 1946. Law Enforcement Proviso of 1974. Allows me to sue for all illegal Intentional Conduct and the insulation of United States Tort Liability is mandatory and predetermined by Congress. The United States is directly responsible and liable for (1) production of chemical nerve weapons (2) acquisition of chemical nerve weapons (3) storage of chemical nerve weapons and (4) the use of chemical

nerve weapons on innocent American civilians. AKA "the American public". This case is a Direct Violation of the Chemical Weapons Convention and Weapons of Mass Destruction used on Stefan Michalopoulos for the purposes of Torturing. For a 450 day Cover Up Operation of a $500 million dollar lawsuit And Neurological Aggravated Mayhem. Nerve Torturing, Daily Attempted Extrajudicial Killings. 18 USC 2332a, 18 USC 113B, section 2331. Direct Violation of DHS Act. 6 USC 101-(18). 27

28//.     If you Judges are not interested in the Enforcement of Laws and our great Constitution, this case is not for you and you're useless. It's March 20, and the FBI and DOJ and DEA don't have to wonder whatsoever why exactly they are being criminally charged. All of them who touched my case. I want them to cry about it, then whine about it to each other. Retaliate with more fucking FBI and DOJ Investigators Terrorism on innocent Americans. Then fucking kill me hopefully because all I want right now is to take their lives and their souls and torture them for eternity. The sooner I'm killed the sooner I can start killing them. Not sure what their expectations were from creating this death game. I am a reality of a divine human being and born this way, Yes I am a "Reality Messenger of God", I'm a Reality Angel with "never seen before neural-data" I am being killed for by Donald Trump and his Federal Agencies. We need to talk about "Angel Discrimination". This neural-data evidence includes "telepathy" and "feeling my Angel wings", which is simply It just defies the rules of physics. This neural-data experience has proven it. There are many of us out there to do gods work and look out for humanity and best interests. To hate on me and be jealous, go out there and out do me then. Don't destroy my testicles and attack my penis and prostate to destroy my body and poison me for it. You have the opportunity to be better and make more money than me and do whatever you want and I wish you the best. Leave my penis alone. There's no reason why we should be closet angels and fear death if people find out. Gays and transgenders went through the same thing. People don't go around saying "I'm gay" when they are not. Angels won't have that problem either. I never believed in god or angels nor knew anything about it until the day I felt my wings literally coming out of my upper back and felt them like my arms and legs. And the world changed for me and reality on "what is reality" of the world we live in. Not that it opened up my eyes to god, but an extreme WTF moment. Especially when I am meeting other Angels in Washington DC and starting to piece together the reality of Angels of American History in the 450 angels statues in Washington DC all over the place. The divine intervention and all these cases happened to me and I asked for none of anything happening in all these cases including my case. 28

29//.     First of all, I am I am here for Justice and nothing other than American Justice. So if you Judges are not interested in Enforcement of American Law, then recuse yourself from this case. I have not had Equal Treatment to the United States in 450 days and 7 Judges so far of Court Proceedings. So either treat me as an equal or go fuck yourself. Obviously there's a fucking problem with the defendant and being guilty as fuck. Obviously the guilty defendant is going to talk shit behind my back. I require to make this clear that my lawsuit is directed at only Adam Schiff for not doing her job. Negligence in

meeting with me and taking my case of great importance. Negligence in getting this entire case investigated by HPSCI when that's exactly her job and procedures. Causing extreme injuries nation violence and deprivation of rights and 10 deaths from shootings alone. FBI and DOJ Investigators are doing a "Cover Up" Operations on all these cases. Trump Administration Conspiracy to Deprivation of Rights, Deprivation of Rights Under Color of Law, Bias-Motivated Hate Crimes causing 34 warrantless shootings, 17 car warrantless shootings, 10 warrantless shootings deaths, 6 American Citizens Warrantless shootings deaths, 6 month old baby died in a van gas bombed and chemical sprayed by ICE Agent also warrantless. FUCKING COWARD MOTHER FUCKER TO KILL A BABY, I"M PUTTING THIS MOTHER FUCKER IN JAIL IF IT"S THE LAST THING I DO IN MY LIFE. And Trump, ordering his Agencies to Conduct Domestic Terrorism, Attempted Extrajudicial Killing on a innocent American for the only reason that I"m a Honorable Discharged US Navy Veteran, he wants to lie about my military service, say "he got fucked up in the war", and "he's crazy". And lie that I have a Dishonorable Discharge from the U.S. Navy. Then lies about me being a drug addict to win court proceedings for 450 days. All coward lies behind my back. No President has ever done such catastrophic ultimate failure of being a President. This means not only impeachment but jail for Trump upon HPSCI Investigation of the totality of the circumstances of all these cases. Judiciary Committee Adam Schiff literally guilty of Intentional Conspiracy. HPSCI Investigation into these Conspiracies including the 1900 FBI and DOJ purges is mandatory at this point. This is different than the "FBI Conspiracy Against Trump Administration" over one text message from Strzok and Lisa Page lawsuit for $1.2 million and $800,000 settled by the Biden Administration. Trump fucking cries when people call him out on his bullshit. This is an extreme case where he is Extrajudicial Killing me for calling him out on his bullshit and lawlessness. Keep whining you fucking coward. 29

30//.       Cause of Action for this case is about 20 of them but focusing on Bivens Action, January 12, 1971 governed by only Fourth Amendment. And "Negligence and Wrongdoing", FTCA Act, 1946 and Law Enforcement Proviso, 1974 for Intentional United States Tort Liability. And The details of this Torture case are too disturbing and extremely sickening. Too disturbing and literally intentional inhumane Federal Agency Psychopathy. Cause of Action 42 USC 12101. American Disability Act. Discrimination, Neural-data Operations and Turrets Syndrome. Experimentations on my Turrets Syndrome all day and night every day with chemical weapons poisoning to the brain and neural-data technology and extreme disability hallucinations. Convention on the Rights of Persons with Disabilities. Article 15. The most disturbing and morally hideous law enforcement case in history. Turrets Syndrome is literally a neural-data disorder. I'll explain during our hearings. That says everything about this discrimination case already. The details wil be released upon investigation by the HPSCI. The neural-data Hybrid Warfare/ Chemical Nerve Warfare and neurological aggravated mayhem and chemical and biological substances and poisons. 18 USC 2340. Illegal interrogations neural-data. Fourth, Fifth, Eighth and Fourteenth Amendments direct naked violations. Direct Violations of the CAT, 1984. Which is a directive, can only be used against the United States specifically for the United States. (Trump, Bondi, Patel, Wray, Noem). Specific course of action to be adhered to by Judiciary, Judges, all federal agents and agencies, and Congress Investigators internal affairs for Article

13, 14. There's no Judgement for this Torture case, it's a predetermined outcome by Congress dependent on the prompt and impartial investigation by HPSCI. Case is over at that point with Criminal Charges and "as full rehabilitation as possible". Which will be surgery from head to toe, all spinal discs surgery, knees, hips, shoulders surgery, neurological stem cell treatments, pay for all my medication starting immediately for medication required. Lungs damages, surgery and liver transplant, kidneys transplants. Immediate doctor's attention required. Nerve Agents are the most poisonous and toxic "silent killers". Chemical Weapons Convention. More than lethal doses every 4 hours every day all day and night administered on me by Trump. For the past 450 days. MAKING ME A DRUG TARGET WHEN I DON"T DO DRUGS NOR WILL I EVER DO DRUGS. Kashyap Patel has a New York DEA Drug record for cocaine addiction 40X what I've ever done in my entire life. Bondi has her own DEA Drug Record. Patel is nothing more than a cocaine addict who Trump got him a job and lies about his past work experience. Patel was just an unemployed lawyer working for the Trump Campaign who could be relied on for the "Purges". Patel claimed to be an intelligence advisor when what intelligence officials require advice from an unemployed lawyer who never worked in intelligence. I saw online Patel stated lately he had 20 years experience in the FBI. The bullshit just flies out of his mouth. 30

31//.        My name is St. Stefan Michalopoulos, with the suffix St Michalopoulos, the fact I was born into it. I am just a little different than St. Valentine who was murdered in I have been a successful oil rig worker and supervisor for 20 years before this Torture destroyed my life, my children's lives and family and killed my sister. I'm 45, white working man and family man. Suppose Cory Booker has a black 17 year old daughter and Elon Musk decides he will do this to her. Mind reading, sexually assaulting, chemical warfare, neurological aggravated mayhem and nerve torturing. Nerve Warfare, Neurological Aggravated Mayhem and Tormenting, And attacking her heart with voltages and impulses and frequencies and cardiac arrest for 1 hour. How much of a lawsuit is that to Elon musk for one hour? 10 billion? I got 36,000 hours in the United States. We can review the discovery for every hour. That's fine. $10 billion at a time. I'm not sure about "the reaper" or the Angel of death, but "this reaper" has been truly fucking insulted with sexual assaulting and sexual cruelty, and sexual abuse by the FBI and DOJ intentional attacking my testicles and penis attacking. The angels of 2500 years ago, the angels of today, and the angels of tomorrow. A person can be violated in every way but I've never felt insulted the way I feel today. "Nobody has ever been Tortured this way and lived". These Washington DC have successfully given an archangel true life traumatic stress with panic attacks. my Traumatic Stress Started January 23, 2026, about 10:00pm. I remember the exact moment when I crossed the line into Traumatic Stress from this Federal Agency maltreatment. You're all making fools of yourselves in this case all of congress are following Bondi all year as she makes a fool of herself. I'm not dying because some dumb bitch. Congress will let me die for criminally charging Adam Schiff and his Obstruction of Justice, and Extrajudicial Cruel And Unusual Punishment without criminal charges and no criminal record to me of January 2025 Congress Hearing on my case. I've been thinking a lot today about yesterday's experience on March 6, 2026 and how just yesterday is what the 1700 soldiers experienced early 1940's. There were 240 survivors from that Nerve Agent attack and

they made nerve agents a weapon of mass destruction. I get it every day. March 7, 2026. Neurological Aggravated Mayhem every single day. Feels like acid in my brain and CNS. I am literally going to kill all of the Agency employees that disturbing sexually tortured me and brain tortured me, turn myself in and then during my criminal trial I will defend myself based on their disturbing conduct. Pursuant to a HPSCI Investigation into my case. 31

32//.     I told these sick and disturbing individuals every single day 10 times per day to ignore my penis, testicles and prostate but they refuse to stop sexual cruelty. If I was a 17 year old black girl the Federal Agency Employees would tell Trump to go fuck himself with his psychopath unlawful orders, but because I'm 45 year old white working male "everybody is game for Torturing the fuck" out of me in every disturbing fucking way despite my innocence. Everyone gets off on Torturing the fuck out of me. Fuck them, I'm killing all of them who disturbing Sexually Tortured and did this to me. This is self defense and there's a difference between raping a woman once and 15 guys tying up a woman in a basement and raping her every day for 6 months. Then she goes and kills them. 32

33//.     I require obvious safety and Judicial Protection from Discrimination. Article 25, American Convention on Human Rights, 1969. Clearly states Judicial Protection from Law Enforcement when they refuse to respect my rights. Article 5, "Right to Humane Treatment". Article 5-1, 5-3. Federal Clause, Article 28. For Subject Matter Jurisdiction of this entire case. Also Article 23, Federal "Right to Participate in Government". And ALL CASES ARE FEDERAL "Right to Reply". Article 14. For being called Domestic Terrorists for all Victims as the Agencies Ad Hominem Laws Defense. This is not an acquittal because there's no criminal charges whatsoever. This is the "Right to Reply" and Advocate for Justice for all the cases we will initiate an HPSCI Investigation for the criminal charges and criminal procedures due to the nature of the criminal defendants being President, US Attorney General, DHS Director, and FBI Director. It's impossible for a criminal investigation by the Washington DC Office of Special Counsel, DOJ or the DOJ Office of Inspector General. While they are under direct instructions by the Trump Administration. (Criminal Defendant). Trump Criminal Conspiracy in my case for 450 days already using his Federal Agencies to lie about me behind my back. 100% falsified information orchestrated by Bondi, Noem, and Patel and Wray. Already 5 Court Proceedings with continued violations doctrine. Conspiracy and Cover Ups Operations. I require Equal Protections Clause Jurisprudence against the President and his Federal Agencies and equal protections in the District Court. 33

34//.     I have also recently told Donald Trump he's a piece of shit for Torturing me "only reason being" that I'm a Honorable Discharged US Navy Veteran. He lied about my military service and Tortured me and said "he's crazy", "he got fucked up in the war". And Dishonorable Discharge from the U.S. Navy as intentional unconstitutional methods to have me Tortured and killed. Vague accusations of "he's crazy" with no criminal value whatsoever nor accusations of doing

anything whatsoever and everything 100% behind my back accusations. For what Trump Actions and demonstration of cowardliness and lawlessness I said he will get hanged like Epstein, his girlfriend. Like the movie Thelma and Louise they will hold hands, hanged the same manner, they both will be hanged for what they did and expect a bullet in the head. Trump has ordered his Federal agencies to "Extrajudicial Kill" me. And Federal Agency Attempted Extrajudicial Killings in March 20,21,22,23,24, 25,26,27, 2026. Weaponization and retaliations for lawsuits and criminal charges to Trump. Felony Obstruction and Obstruction of Justice to stop his own criminal charges. 34

35//.        All reality Domestic Terrorism cases are equal to UNITED STATES V TORRES, 1984 case. WITH CRIMINAL CHARGES. Take 1 hour to study this case. Why am I being Extrajudicial Killed when I am not resisting any sort of arrest and I'm not being criminally charged with anything but they are killing me because "I'm a Terrorist" when I committed no crime and there's not even Warrants for my case for the Federal jurisdiction. I don't even have a criminal record but they call me "FBI America's most wanted"!!! They would turn around Aircraft Carriers if I was in the Virgin Islands and send SEAL teams after me if they ever lost me. Patel, Bondi and Noem are out of their minds. They put me on the International Terrorist Watchlist, Domestic Terrorist Watchlist, made me a "World Wide Target FOR LIFE", Domestic Target "FOR LIFE", and extreme "DRUG TARGET" to be killed. Without me doing any drugs.  Made me an extremely dangerous person for no reason, and no evidence of me committing any crimes. And Washington DC, US Supreme Court Security all over me yesterday thinking I'm Assassinating the President, and had a Security U.S. Supreme Court Emergency Response Shut Down when I was there to see the Clerk about my case. 25-7002 case I filed at the U.S. Supreme Court. These people are absolutely out of their minds and out of control with their delusional schizophrenia and Federal Agencies. A REMINDER THAT "FOR LIFE" MEANS "UNTIL MY SHORT LIFE IS OVER" FROM THIS OR "UNTIL DEATH". This is all just to stop me from Complaining in all US Courts to investigate them for criminal charges and obstruction of Justice Cover Up Operations against me. I'm literally being poisoned to death currently. 35

36//.        This entire Adam Schiff case "CAUSE OF ACTION" is FTCA Act, 1946. "NEGLIGENCE", (administrative and procedural ministerial laws) and "WRONGDOING" (criminal laws, obviously ministerial) while working within the scope of their employment. Presidential and All Federal Employee Discretionary Function Exemption direct violation of 28 USC 2680a. To be clear, this entire CIVIL LAWSUIT CASE IS AGAINST SENATOR ADAM SCHIFF FOR INTENTIONALLY NOT INITIATING HPSCI INVESTIGATION INTO ALL THESE MATTERS. Not allowing me to make a Complaint over 20 Failed Attempts and Intentional Evasion of meeting with me to make any sort of Complaint at both of her Washington DC Offices. (1) Intent (2) Knowledge and (3) Motive to Not allowing me to make a Complaint for the 1900 FBI and DOJ "Purges Case", Discrimination Torture Complaint and ICE and Immigration Federal Agency Criminal Procedures Complaint Causing Extreme National Catastrophe of Violence, hundreds of injuries, Warrantless 34 shootings, Warrantless 17 car shootings, 10 deaths from Warrantless shootings alone, 6 Americans deaths from the Warrantless shootings alone, one 6 month old

baby death, for HPSCI Impartial Investigation and Pursuant to Human Rights Enforcement Act, 2009, Page 2, middle page. Attempt & Conspiracy, not allowing a Federal Complaint is Conspiracy to the Violation being Complained. In my case being 18 USC 2340, and 18 USC 1113, and 18 USC 1117. Also Adam Schiff actions in the Oversight and Judiciary Committee Hearing of January 2025 in my case for Extrajudicial Cruel and Unusual Punishment. My Extrajudicial Killing case was supposed to be over 450 days ago when Kamala Harris wanted to take Accountability for my Convention Against Torture, 1984 Complaint filed October 02, 2024. Eastern District of California No. 24-CV-01169. Trump Transfer of Power said knowingly and with the intent and motive "NO", we will kill the Victim Plaintiff instead. Dereliction of ministerial duty, procedural requirement for Adam Schiff to Oversight of these Federal Agency Misconduct and Resolution. My Federal Right to Reply and all others from being stigmatized as "Terrorists" when we are all victims advocating for justice. Hundreds of Victims being called Domestic Terrorists including 80 year old Islamic woman, American Citizen beaten by an ICE Agent, Including Martinez, Renee Good, and Alex Pretti. They are dead, but Renee Good brothers are advocating for Justice for her for accountability on her murder, and the families of all the killed need their Justice including the most recent 6 month old baby killed by ICE Agents threw a smoke bomb and sprayed a baby with chemical agents and killed the bay in a van. No Warrants, no Miranda rights, no criminal procedures to even be there. No Jurisdiction, and no cause. Are you all starting to see the importance of Qualified Immunity and adhering to Federal Procedures and American Laws. Without a Warrant they are not enforcing any laws nor do the Federal Agencies have any Jurisdiction in the case for any actions by the Federal Agents. Whether Terrorism laws or Immigration Laws. Relief for this case in the amount of $3,720,000,000,000. Yes, $3.72 Trillion Dollars for the Negligent actions refusal to Remedy this Federal Problem that led to these following injuries by Lawless, Arbitrary Federal Agency Actions from October 28, 2025 until present day. Prompt and Impartial HPSCI Investigation is a mandatory requirement at this point. This is a "Cover Up Operation" by the DOJ Investigators and FBI with Neural -Data Operations. This is what Senator Adam Schiff was supposed to do but Ultimately Failed. This is not a joke and Innocent American Lives Matter especially in Discrimination cases such as this one. Criminal Harassment and Torturing and Tormenting. Literally Federal Agency Domestic Terrorism on innocent Americans according to 18 USC 113B, section 2331, 2332a. Also DHS Act, 6 USC 101-(18). This is a case where an extraordinary repetition of intentional injuries day after day is significantly more severe than a onetime incident. Unlawful Orders by Donald Trump and Agency Following Unlawful Orders being Weaponized like a police dog being sent after an innocent person walking on the sidewalk. Maybe next time don't order Federal Agencies to Extrajudicial Kill an Innocent American, which has literally never been done before by any President in American History as he Pardons Cop Killers and Cartel Drug Traffickers and Convicted life sentences. I believe the FBI and DOJ have been weaponized, they did a great job at torturing the fuck out of me but history proves that I am still alive today because the FBI and DOJ Investigators refuse to kill me on Trump, Bondi, Noem, Patel Orders. My case is literally a neural-data operations case and has tortured me and kept me alive at the same time. There's a term used in the neural-data and special investigations community and that's ""100% Innocent"" which does not happen very often, especially for a 45 year old male. Where nothing in his past amounts to even one night in jail he has ever done. Not only innocent today, but innocent my entire life, when neural-data investigations, your entire

life is at trial. I am that 100% Innocent American. Demonstrated events this past 450 days have proven that they are willing to injure me while being weaponized but not kill me despite orders from the President and FBI Director himself. The FBI Agents have no interest in injuring innocent Americans, this is not a spy movie. They are interested in how their days are going with their families and getting off work early to go pick up their kids from school because the wife is busy with her friends that day. Nobody needs Trump, Bondi and Patel fucking spy movie bullshit in their lives. These people are fucking delusional schizophrenics. My case is literally a record breaking case on "internal controversial case" that has ever existed between the FBI Agents, DOJ Investigations and their superiors. HPSCI need to fucking take care of business and stop this bullshit. 36

37//.      Nobody fucking trusts Trump, Bondi and Patel and Noam. So you actually believe that the DOJ and FBI fucking keep them completely informed, completely respected especially after all the "purges". These agencies know what not to involve these clowns in and keep them and have treated especially Patel like an "outsider" that cannot be trusted. They are stupid people and lawless and everybody knows this, especially investigators that know everything about everyone. BY THE WAY, TRUMP HAS AN EXTREME FILE ON HIS OWN INVOLVEMENTS WITH THE EPSTEIN CASE. MAKE THE TRUMP UNDERAGE SEX FILES. Everyone has their own files that follow them forever. And it's all fucking digital, computerized and the best AI systems in the world. it's not fucking 1954 with paper files. 37

38//.      Senator Adam Schiff is guilty of Felony Obstruction, Obstruction of Justice, Intentional Legal Fraud, Opposition of Convention Against Torture, 1984, 8 CFR 208.18, Opposition of 18 USC 2340, 28 USC 508B, and Human Rights Enforcement Act, 2009 by Obama used to free the CIA 119 post 9-11 Muslims Tortures. Attempted Extrajudicial Killing on my case and Cruel And Unusual Punishment, Eighth Amendment for my case. Arbitrary and Capricious Government Actions. Eighth Amendment. Pursuant to January 2025 Oversight and Judiciary Committee hearing. All the Attempted Extrajudicial Killing Evidence is a direct violation to the state, all 18 US Codes, requires immediate criminal procedures and a Criminal Investigation initiated immediately by HPSCI for the Nature of the Criminal Defendants.  38

39//.      The FTCA Act, 1946 holds the government at the same level as any other litigants, using Federal Rule of Civil Procedure 26 for all disclosure and discovery of all exculpatory evidence, investigations only evidence and any and all classified evidence. Despite 100% false Agency assertion of privileges. Even though nothing in this case is "classified", not even the Terrorist Watchlist. Terrorist Watchlist is NOT CLASSIFIED DESPITE AGENCY ASSERTIONS. Discovery is also mandatory pursuant to "Every Man's Right to Evidence", Sixth and Fourteenth Amendments. (When the Executive Refuses to Respect the Victims Rights, the Court Refuses its Services to the Executive"). Discovery for this case entirely is pursuant to Fourteenth Amendment Procedural Due Process Clause #785 "when government actions seriously injure". And is

enforceable by Congressional Action. And the discovery and disclosure of directly in this case pursuant to "Brady v. Maryland, 1963". Congress Judiciary Committee 1963 Ruling "Brady Rule". For 100% Government Transparency for all criminal cases. This is not a concept, this is "Legal Precedent", before Common Law, Equal Protection of Common Law, 1868. Fourteenth Amendment. "Agency Privilege to information is a thing of the past, before Brady v Maryland, 1963. And then only for FOIA requests, until DOJ US Attorney General Merrick Garland set the standards for 100% Transparency even with FOIA requests in March 15, 2022. There needs to be a correction in the Procedural Due Process Clause of the Fourteenth Amendment from 1868 stating any sort of government privilege to information until it got extremely abused in the second half of the 1900's leading to Judiciary Committee rulings of 100% Transparency. THE ANSWER TO THE SUMMONS IS MANDATORY FOR EVERY NUMBERED PARAGRAPH. PURSUANT RULE 8, GENERAL RULES OF PLEADING. FAILURE TO REPLY TO ALL MY NUMBERED PARAGRAPHS WILL RESULT IN ENTERING FOR DEFAULT AND DEFAULT JUDGEMENT. Admitting all liability to the Plaintiff. I'm not wasting my time so answer all numbered paragraphs. 39

40//.     This lawsuit and criminal charges to Senator Adam Schiff is directly pursuant to the January 2025 Oversight and Judiciary Committee Hearing on my case that Kamala Harris and Joe Biden ordered on November 23, 2024. We will be reviewing this Extrajudicial Killing case for Domestic Terrorism in court as "THE EVIDENCE" for my entire case. Where Christopher Wray intentionally lied under oath about my case because he was the criminal defendant. Police Perjury and "Testalying", Felony Obstruction and Obstruction of Congress. Legal Fraud, Court Fraud and Fraud Upon the Courts with the U.S. Attorney General, DHS Director as well. 40

41//.     This lawsuit and criminal charges to Senator Adam Schiff is directly pursuant to her dereliction of ministerial duty for my protection and initiate a HPSCI Investigation into this Donald Trump Conspiracy to Deprivation of Rights. I have in recordings the "evasions of meeting with me" over 20 times and recorded attempts to meet with Congresswoman to stop this Extrajudicial Killing case. And initiate HPSCI investigation into the 34 ICE Shootings, 17 ICE Car Shootings, 10 Deaths from these ICE Shootings, 6 American Deaths, and my Extrajudicial Killing by Trump using Neural-data technology, Hybrid Warfare and Chemical Nerve Warfare. Calling all of us "Domestic Terrorists" when we are all victims. After they lawlessly injured all of us and lawlessly killed 10 of us victims. I am advocating to initiate this HPSCI Investigation into the Trump Administration for this Conspiracy to Murder, Conspiracy to Deprivation of Rights, Deprivation of Rights Under Color of Law, First Degree Murder, and Attempted First Degree Murder, Bias-Motivated Hate Crimes by Donald Trump, Pamela Bondi, Kristy Noem, Christopher Wray, and Kashyap Patel. 18 USC 241, 18 USC 242, 18 USC 1113, 18 USC 1117, 18 USC 249, resulting in 10 deaths, 6 shooting deaths being American shootings by ICE Agents. Cloning "Full Agency Immunity" to warrantless shoot people in their cars. And Extrajudicial Killing me. Initiation of Conspiracy to Murder Investigation by HPSCI is mandatory by this District Court immediately. Obstruction of Justice is more than transparently

clear and obvious with the DOJ as Trump and Bondi, Patel, Wray and Noem are in fact the prime actors in this Conspiracy to Murder case. 41

42//.    Everything keeps getting deleted from my notes. Keep deleting and I'll keep re writing it. My case of Extrajudicial Killing is dependent on the January 2025 Oversight and Judiciary Committee hearing ordered by Biden Administration and Kamala Harris. November 23, 2024. Where Christopher Wray lied under Oath about my case entirely knowing that my case was a Torture and Discrimination case and I have the exact proof of it. The Trump Administration knew about my case since November 2024 when he was elected President. He was following my case after his investigation into my case in November 2024. Biden, Harris, Wray, and Garland are responsible for the approval of settlements over $1 million, FTCA act, 1946 law. Just like Strzok and Lisa Page lawsuit for $1.2 million and $800,000. For "FBI Conspiracy Against Trump" over one text message. The Lisa Page and Strzok lawsuit was settled by Wray and Biden Administration. 39

43//    Trump Administration. US Attorney General, DHS Director and FBI Director Conspiracy to lawless violations of the Criminal Procedures Act with all Immigration Operations telling all of them to not use Warrants (Federal Rule of Criminal Procedure 41), or the Miranda Rights, Miranda v Arizona, 1966. BIVENS ACTION, 1971. And the U.S. Attorney General does not have the power to make any Warrants Deviations from the criminal Procedures even for National Security. U.S. District Court v United States, 1972. U.S. Supreme Court Ruling 8-0 "It's a direct violation of the Fourth Amendment". Conspiracy to deprivation of the entire Fourteenth Amendment Procedural Due Process Clause for Aliens and Deportation, and Equal Rights Protections Clause Jurisprudence. Civil Rights Act, 1871, 42 USC 1983 civil action. 43

44//    There's no watchlist for "Domestic Terrorism". Only suspected terrorist. And there's no punishment for this. Everybody is being added to this list and being called a Domestic Terrorist in court and telling the Judges they have full immunity to shoot them and mistreat people's rights and injure people. Literally adding to the Conspiracy to Deprivation of Rights. A direct violation of HSPD-6. First page. Also a direct violation of the Procedural Terrorist Screening Dataset Guidelines for Watchlisting. All victims now are automatically "Domestic Terrorists". Trump wants me Extrajudicial Killed now with my clothing being used as a weapon. Tasering me and my sciatic nerve and heart. It's more than clear the intentions now in my case when Trump has over 300 lawsuits against his Administration and he's blaming me for his lawlessness and all the lawsuits. There's no such thing as a list for Domestic Terrorism. Only Suspected Terrorist. And there's no punishment for this, it's not even American law. Just an "agency list, and might end the person up on the no fly list". In my case this is exactly Cruel and Unusual Punishment by Trump. I'm the only one telling Trump to his face to go fuck himself. Every victim from ICE lawlessness, even 80 year old Islamic women are Terrorists as a defense for their lawless injuring people without warrants or criminal procedures. This is called "extrajudicial punishment". The federal

25 | P a g e

agencies are absolutely out of their minds and out of control with calling people terrorists for their lawless conduct and injuring people. There must be criminal charges and a criminal trial for any DHS Act Domestic Terrorism charges. Without the criminal charges they cannot call anybody a Domestic Terrorist. This is out of control and they are all out of their minds with this. The date is March 24, 2026, and my case has turned into a neurological aggravated mayhem and tasering to my nerves case to attack my heart and lungs. Using my shoes and clothing and bed as a weapon to taser me with 1500 volts and much more than lethal doses of nerve agents every 4 hours to my CNS and brain. 44

45// My case is now a Extrajudicial Killing case. March 24, 2026. Orders from Donald Trump to have me Extrajudicial Killed as a Terrorist without any criminal charges and without a criminal record. Trump is pardoning drug cartel members and Cop Killers and has over 300 lawsuits against him, but he blames me for all his lawlessness and everyone calling the Federal Government on their bullshit. ITS ALL MY FAULT. NOT THEIRS. I'm just bluntly calling them out on their own bullshit and being killed for it. They have created a death game in my case. Using my clothing and shoes as a weapon to taser my nerves with over 1500 volts and sometimes over 50,000 volts. 45

46// Probable cause standard is more than "just a hunch" of immigration. They require more than this and a warrant to approach any persons on the streets. Can't just arrest people based on just a hunch or harass Mexican looking people or Muslims. All the violence this is all causing, without warrants, everyone has the right to fight back in self defense against arbitrary government actions, violations of the fourth amendment, criminal procedures and an act of tyranny. Every single person detained is fighting back because they are being attacked by the Federal Government Agents and Agencies illegally and have 100% right to their self defense, and this takes back to 1789 legal precedent and first Congress. Technically if I killed the president today I can argue this in court. 46

47// Trump cancelled immigration kicked everyone out. And all the "overstayers" that were applying for their green cards are no longer legal with their papers. All the violence caused by these arbitrary illegal actions by the President down to its agencies some call it "Barbarism". I call it "National Federal Agency Trailer Trash". That's exactly what's being demonstrated. Lawless trailer trash and humiliation. Then they get mad at Americans because they are humiliating themselves and the Americans are the bad guys. 47

48// The warrant clause protects the homes, person, papers and effects. And the person on the sidewalk as well and in their cars. Violations of immigration laws is "just a hunch" and the federal agents cannot ask for their ID nor their immigration paperwork. They require a warrant for that and respect Miranda v Arizona, 1966. "Miranda Rights". And Criminal Procedures, this is a Federal Right, same Federal Immunity as the President himself. Federal Clause Article 28.

And Article 5-1, 5-3. "Nobody shall be extended punishment other than the criminal". The Criminal Procedures Act itself. And Right to Privacy. Federal Rule of Criminal Procedure 41. And all the rest of the 267 pages of the criminal procedures act. I did not study all of it. Federal qualified immunity protects the people and federal employees the same. Our "rights and freedoms" is in fact our American qualified immunity. American Convention on Human Rights, 1969. 48

49// This is a clear Conspiracy to deprivation of rights, 18 USC 241,242. Causing 6 American Deaths, 34 shootings, 17 car shootings, 10 deaths total, and my Extrajudicial Killing case with neural-data, Hybrid Warfare/ Chemical Nerve Warfare. Irregular Warfare and Guerrilla Warfare with remote chemical weapons in my eye sockets and 1500 volts- 50,000 voltages and nerve agents to my brain. Intentionally telling all the agents nation wide to not use warrants. Causing all the violence and due process violations across the nation for 160,000 people. And over 170 Americans in detention currently. What Trump did was cancelled immigration and left all the applicants for their green cards are now "overstayers" and that's ex post facto laws. It was never an issue before. These immigrants are federally protected from these laws and that's the same immunity as the president. Federal Clause. That's a conspiracy to deprivation of rights and deprivation of rights under color of law. These are protected rights and freedoms. Same with the purges. And my case especially. All of the ACHR, 1969 including mental slavery for my case. The procedural due process clause for Aliens: entry and deportation is a clear texted directive and non discretionary law to the executive that must be adhered to and any dereliction of duty is a clear violation of ministerial duty. And a clear violation of the presidential discretionary function exemption. 28 USC 2680a. Same as the US Attorney General, Director of DHS and FBI Directors in all these cases the same. All federal employees the discretionary function exemption is exactly the same as to American laws. Ministerial non discretionary laws must be adhered to and deviation from these laws opens the United States to Tort Liability, and the federal employees to personal criminal liability for any criminal violations against the United States. Such as any 18 USC Codes violations. 18 USC 241, 242 in the immigration case, purges case and my Extrajudicial Killing case. 18 USC 249 which applies to me and the immigration case as well. Racism comes in many forms and for aliens as well. Muslims and antisemitism as well. 49

50// ICE Director Todd Lyons was the one who told Congress to their faces that "ICE has full immunity" to shoot Renee Good in her car. I have the video. Todd Lyons is the one that was telling ICE to not use warrants intentionally. Kristy Noem, Pamela Bondi under the direction of Trump. DHS Director and U.S. Attorney General are in charge of the Trump immigration executive orders from January 20, 2025. Trump was the one who cancelled all immigration making all the people applying for their green cards "illegal overstayers". And then going after them. 50

51// I'm not arguing the President "SOVEREIGN IMMUNITY". There's nothing wrong with the President Executive Order for immigration initiative of January 20, 2025. Files in the Federal Register 11:15am, January 28, 2025. Executive

Order 14159. I am currently in the next few days or by Monday for sure have ready my 3 cases for the U.S. Supreme Court to be filed by the Clerk. 3 Mandamus to the United States. (111111) Direct Intentional Violation of Ministerial Executive Order 14159. FR Document 2025-02006. January 20, 2025 by President Donald Trump. Filed Federal Register January 28, 2025, 11:15am. Attorney General Must Directly in charge of Operations. Direct Violations of same executive order with removal proceedings. No Fifth Amendment Freedom Clause mandatory due process hearing. Direct Violation of entire Presidential Directive violating all the lawful enforcement of immigration laws. Administration does not qualify for "QUALIFIED IMMUNITY". Warrants for Immigration Operations intentionally telling the Federal ICE and all immigration operations to disregard all warrants. 18 USC 241,242. Criminal negligence resulting in 14 deaths. Innocent Americans and Foreign Nationals, mostly women. September 12, 2025- February 22, 2026. 28 USC 2680a violations by Administration, U.S. Attorney General and FBI Director. (222222) Direct Intentional Violation of Ministerial Executive Order 14147. Ending Weaponization of the Federal Government. FR Document 2025-01900. January 20, 2025 by President Donald Trump. Published Federal Register January 28, 2025. Using ad hominem laws to Purge all the 1900 FBI, DOJ and OSC. Administration does not qualify for "QUALIFIED IMMUNITY". purges case, personal attacking and political intimidation, political attacking, retaliation of a criminal (Trump) on FBI for the Trump neural-data discrimination for Tiffany and Katie Johnson case, settlement in 2016. Telling the 13 year old girls "knowledge is King" in the investment world and sexual cruelty. Virginity of 13 year old Katie Johnson. And 91 felony charges, 4 indictments in 2023 across separate criminal cases. Trump, Administration, US Attorney General and FBI Director Negligence, 28 USC 2680a violations by Administration, U.S. Attorney General and FBI Director. 18 USC 241,242, 1503. Literally fired law enforcement and pardoned the criminals after Judicial Conviction. Did not purge the Judges who approved the warrants, and Convicted based on evidence tied to the warrants. This is a case where 28 USC 2680a works both ways against Administration and for protection of FBI, DOJ and OSC. Federal Protections from what happened to allow Agents to do their jobs to fullest potential without fear of what happened and being purged. Qualified Immunity and the Agents qualified in this case 100%. and (333333) Direct Intentional Violation of Ministerial Executive Order 14147. Ending Weaponization of the Federal Government. FR Document 2025-01900. January 20, 2025 by President Donald Trump. Published Federal Register January 28, 2025. Administration does not qualify for "QUALIFIED IMMUNITY". 400 days since January 2025. My case Attempted Extrajudicial Killing. January 23, 2026. And February 16, 2026. By the United States. 28 USC 2680a violations by Administration, U.S. Attorney General and FBI Director. 18 USC 241,242,249,1503, 1117,1113. 2332a, 2331, 2441. Political attacking, guerrilla warfare, irregular warfare, hybrid warfare, chemical warfare. Totality of the circumstances is Domestic Terrorism to all cases collectively. Legal Fraud, Court Fraud, Fraud Upon the Court for $18,370, 501,250,000. By the United States. Fraud Forfeit easy case in writing. It's in writing already. It's all the cases themselves. That's an easy case. Using ad hominem laws to win cases with judges behind my back. This fraud case is not a lawsuit. It's a direct violation against the United States. 18 USC 241, 242. 249. And all the rest of the 20 laws for torture, terrorism, attempted murder. Conspiracy to Murder, Weapons of mass destruction and whatever else. Police perjury and obstruction of justice. And everything else. 51

52// Evidence for immigration overstay is tied to a warrant. Not to the person. And jurisdiction to arrest and detain the person. Just a hunch and reasonable suspicion is not probable cause whatsoever. 52

53// It's procedurally impossible to make me any sort of "suspected terrorist" for "thinking". That's the neural-data evidence, also "he thinks he's a navy seal" without accusation of doing anything. ELHADY V KABLE, September 4, 2019. Where the FBI lawyer insisted the 19 Muslims were in fact terrorists. But District Judge Anthony Trenga realized "he's the defendant". And ordered discovery. Then ordered the 19 Muslims to be taken off the watchlist. For the reason "in no way do these 19 Muslims constitute terrorists". 53

54// Warrants are mandatory for Federal jurisdiction. No warrant, no jurisdiction to do anything to the person. At this point without a warrant for jurisdiction they are not enforcing any laws, only breaking laws and committing criminal offenses. Criminal procedures are mandatory for a reason. Because immigration laws violations are in fact a violation against the state same as any 18 U.S. Code. Also DHS Act, 6 USC 101–18 "domestic terrorist". Requires criminal charges. And "not after they get shot in their cars without warrants". And no, nobody has full immunity. ONLY QUALIFIED IMMUNITY. Full immunity does not exist and the DHS is straight lying to Congress. I have the video of Renee Good's hearing on the ICE Agent who shot Renee Good. Blunt lying to Congress saying "he has full immunity" to "shoot people in their cars" without warrants or probable cause for anything. These federal agents committed murder and attempted murder of 17 car shootings without warrants. 9 deaths. Plus the death of Dr. Linda Davis in Georgia, caused by no warrants as well. The Linda Davis case is a classic Elements of Monell Claim. As a casualty, and Civil Rights Act, 1964 for excessive force and Civil Rights Act, 1871 for intrusion in this case as well I am using. 54

55// The Renee Good, Marimar Martinez, and Alex Pretty. shooting, the federal officer does not have "absolute immunity". That does not exist in American law. They must be held accountable. It's qualified immunity, and the law enforcement proviso, 1974. Predetermined by Congress. Federal Tort Clams Act for intentional torts. The DHS are absolutely lying. Warrantless, had no jurisdiction and no authority to even approach the victims who were shot. Nor ask them for any paperwork. They threw the law-book out the window and absolute lawlessness and shootings. Also ICE attacking high school kids and brawl at the high schools lawsuits. 55

56// Need a court ruling for the further enforcement of the executive orders for immigration and for Weaponization. Just like Brady v Maryland, 1963. "Brady Rule" Supreme Court ruling. And United States District Court v United States 1972. Ensuring equality, the meaning of being American, equal rights clause, 1868. And the procedural due process clause,

and the federal clause, and the criminal procedures act. Article 5-3. This is a "Right to Judicial Protection" article 25. for when federal agencies and law enforcement refuse to respect our rights. ACHR, 1969. Enforcement of the reasonableness standards for government intrusion of the fourth and fourteenth amendments. Liberty. The balance between privacy and government interests. Civil rights act, 1871, for intrusion and civil rights act of 1964 for excessive force. These federal agents must be investigated and the Administration, DHS Director, FBI Directors and U.S. Attorney General is responsible for "FELONY OBSTRUCTION" and OBSTRUCTION OF CONGRESS FOR THESE INVESTIGATIONS AND THE EPSTEIN CASES. Also my case for 450 days when Kamala Harris wanted accountability for my $500 million dollar lawsuit 450 days ago. And decision for "Extrajudicial Killing" instead of accountability and "made us all terrorists" against procedures and without criminal charges (required) not just me. Got caught making terrorists the shooting victims of Minnesota. 56

57/    This court ruling will require to adhere to criminal procedures act. (As required). Violations of immigration laws are a violation against the state not a person and impossible for administrative procedures. It's still civil laws but criminal procedures must be adhered to. The probable cause standard is the same as any other violation against the state. This is being confused with "mental health laws and procedures" which are administrative procedures and they have their own laws and procedures because it's not a violation whatsoever. That's state laws not federal. And no jurisdiction to federal. And no warrants required because it's only for treatment not punishment whatsoever. And detention in its own facilities separate from criminal procedures. 18 U.S. Codes can be a violation to a person but it's also a violation to the state. And on this case it's both and criminal procedures are mandatory to be adhered to. Immigration laws are only a violation to the state and not to a person whatsoever. 57

58//    When they are after "a fugitive" they still require that warrant for entering the home and for the arrest warrant a certain amount of hours as soon as possible within a day or two. They are not exempt from warrants whatsoever. They require to gather the evidence and the warrant information and adhere to the warrant clause and Federal Rule of Criminal Procedure 41. 58

59//    Federal procedures do not include state laws and cannot "ask for ID" on the street for the few states that allow it. And all the others not at all. That's state laws and no jurisdictions to state laws and federal regulations must be adhered to for immigration operations. 59

60//    The mob, all Italian mafia, all cartels, all gangs "got nothing on Donald Trump" for breaking laws and killing people. With the Trump gang. The biggest military and federal gang in the world for killing people and letting convicted

felons out of jail. Literally cop killers out of jail. From their life sentences. For killing capital police. Great gang you all are a part of. Keep up the good work hurting and killing people lawlessness. Unlimited money and he makes Billions from it and suing the United States as well for $230 million and the new lawsuit for $10 billion. 60

61//     There's too many fucking lawyers running law enforcement that know nothing about fucking law enforcement. Hire from within for directors from now on. These fucking people are fucking clueless. 61

62//     Trump only threats are little girls he raped and honorable discharged veterans who he had tortured coming after him with American laws. That's the biggest national security threat this country has ever seen. And hundreds of millions of federal resources and agencies free for Trump to obstruct this justice. Let's all talk about classified assignments in court. And the biggest national security threats from these "terrorists" to Donald Trump. 62

63//     The purges had the exact qualified immunity as Donald Trump, so I can't wait to argue and challenge this one in court. He let cop killers out of jail. 5 deaths of Capitol Police. 63

64//     Absolute indifference for American law and indifference for American lives and their safety. This is an extreme public safety issue. 64

65//     I'm going to get a "no discrimination on angels" ruling at the U.S. Supreme Court as it's a first amendment protected right and we have no rituals whatsoever. We don't prey to any god. Don't be jealous of us. Don't be haters for going to heaven and having wings and shit later. It just defies the rules of physics. This neural-data experience has proven it. There are many of us out there to do gods work and look out for humanity and best interests. To hate on me and be jealous, go out there and out do me then. Don't destroy my testicles and attack my penis and prostate to destroy my body and poison me for it. You have the opportunity to be better and make more money than me and do whatever you want and I wish you the best. Leave my penis alone. There's no reason why we should be closet angels and fear death if people find out. Gays and transgenders went through the same thing. People don't go around saying "I'm gay" when they are not. Angels won't have that problem either. 65

66//     For terrorism cases the immunity does not change whatsoever. It's never "full immunity". That's made up. When they fuck I'm so badly they are "making us all terrorists without criminal charges". When that's procedures. No laws whatsoever being enforced and no procedures being adhered to whatsoever. They are lying to congress faces. And telling

congress "full immunity" to shoot people in their vehicles without warrants and without probable cause whatsoever. Just reasonable suspicion. They do not know the difference and lying to everyone. Too many lawyers in charge of these agencies and Congress are no better. None of them have law enforcement experience. 17 car shootings, 9 deaths and one "Agency Terrorism" case on an innocent American for 450 days using neural-data hybrid warfare/ chemical warfare neurological torture case. Nerve and brain, heart and lungs torturing. All of us victims seeking justice and being called terrorists after the fact when advocating for justice to felony obstruction of being investigated for their crimes. Noem and DHS got caught by Congress lying about the 3 Minnesota shootings. But there's 15 others. 66

67// Trump cancelled immigration applications for green cards and now they are all "overstayers". Ex post facto laws after the fact and must be grandfathered into the new laws and regulations. Criminal procedures are not being used for any of it intentionally and Federal Rule of Criminal Procedure 41 being absolutely intentionally violated. Causing all the false accusations. Falsely accused Americans as well and all others being falsely accused. And the agency trailer trash across the nation of lawlessness by federal agents. Others call it barbarism but I call it trailer trash violence. This is all a conspiracy to deprivation of rights leading to 9 deaths and17 shootings and a sick and disturbing torture with sexual assaulting. 67

68// This is all caused by taking away criminal procedures and procedural due process. And liberty and citizenship. Literally taking away American freedom, American liberty and the meaning of being American. Fourteenth amendment. Literally. All in the fourteenth amendment completely and this country today is no free country at all. You would have to study the fourteenth amendment for 5 hours to know what I'm talking about. Not only that but this particular amendment all of it is enforceable by congressional action. Procedural due process #477. Also for this case of the 18 of us, #785. Which also in itself enforces congressional authority. 68

69// Myself and the President obviously have personal fucking problems to be resolved in court. So during his criminal trial we will resolve this matter. Same with all of the rest of you. We will resolve our issues at your criminal trials. 69

70// What's happening in our court systems is not just happening to me. Instead of being reactive like this be proactive and go enforce laws not break them. Solutions not problems. I'm arguing that the Agencies don't need an erosion of standards to catch crimes and do their jobs. I want investigators to tell me otherwise in court. We do however require to make procedures just a little more practical for what the United States has already decided to do and tell them to do. So make it legal then, constitutionally and legally satisfy Judges and Congress. Figuring this shit out is U.S. attorney

general job. But the bitch too fucking busy embezzling money. Cover up of the Epstein case. It's too fucking obvious. These fucking people don't care who they hurt. 70

71// Here's an example. When 5 police officers are going after an average American. They have no warrants, no jurisdiction, no investigation, no crime committed, no criminal record. Not even being accused of doing anything and the 5 police officers are literally calling the American "mental health" and injuring the fuck out of him. (1) how is this not personal (2) who has serious mental illness. 71

72// Nerve Agents are a chemical weapon. What makes it a chemical weapon? It's on the chemical weapons convention. What makes it a weapon of mass destruction? All chemical weapons are weapons of mass destruction. What makes my clothing a remote chemical weapon? The exact definition is in the chemical weapons convention. (1) more than lethal doses are used on me every 4 hours. (2) electric frequencies and pulses to my heart and brain and lungs and testicles and penis and prostate. Mainly my sciatic nerve to Torture me with worse pain than broken bones and bullets. The bleeding was last year. This case is a 450 day event. There were much worse days than others. The death brain pain was too much. So what they did was "numbing my entire head" like the dentist. 72

73// You can all stop drugging my brain and causing what you're demonstrating to everyone first. I have a 100% normal brain. Absolutely nothing wrong with me. Stop drugging the brain equals normal results. This entire case reason was literally only because I'm an honorable discharge US navy veteran and they wanted to mock me and lie about my military service and say I'm not a honorable discharge US navy veteran. It's hard to believe the Federal Agencies all the way to the President of the United States did this. The 2 FBI Directors, the DHS Director, and the U.S. Attorney General. This is the hardest to believe case in American history. Question to the court (1) whose great fucking idea was this? (2) all my cases would have been simple without the obstruction (3) why is everyone so keen on breaking laws? What's your problem with adhering to American law and our constitution that protect our way of life. (4) these FBI and DOJ on my case are not only against me, they are against the Capitol Police that lost their lives and the 1900 FBI and DOJ who were purged. They did everything to stop me and obstruct me from making legal paperwork for the U.S. Supreme Court to stand up for them. Deleted everything in my phone, my emails, Then stole the paperwork from my home, then stole the paperwork from the U.S. Supreme Court itself. (5) a reminder that this is only a criminal case and no money involved. The lawsuits will come after all the criminal trials. 73

74// U.S. Supreme Court Case NO. 25-7002. Docketed March 11, 2026. DONALD TRUMP FELONY OBSTRUCTION AND OBSTRUCTION OF CONGRESS CASE. OBSTRUCTION OF JUSTICE IN 6 COURT PROCEEDINGS AND FOR CURRENT CRIMINAL

PROCESS. I have a criminal case against Trump in the U.S. Supreme Court for life imprisonment. The investigators on the case are obstructing justice and lying to the Judges about the cases for a cover up operation. Felony Obstruction and Police Perjury and Legal Fraud. Also the Neural-Data case of an Angel Cover Up literally gods messenger. Cover Up operations and neural data operations. Tortured this Angel for the past 450 days in Court Battles, to win court proceedings because of his neural-data is different than normal people with telepathy and he sees things differently than normal people do. Lately the Angel told Trump that he was going to hang him like Epstein. That doesn't help the FBI Neural- Data Torture. With Hybrid Warfare/ Chemical Nerve Warfare, Irregular Warfare and they keep stealing all the Angels Writing and all his documents illegally. ALL THE DOJ AND FBI INVESTIGATIONS ARE BEING DONE ON THE VICTIMS NOT THE FEDERAL AGENTS AND THE INCIDENTS ON HOW TO CALL US ALL TERRORISTS. Nobody cares about what happened, just "how to blame the victims". That's called a Cover Up. The U.S. Supreme Court Case is 34 total shootings,  17 car shootings by ICE Agents, 5 Americans, and 11 deaths. Including 6 American deaths. Plus the 450 day Torture of an Angel because of his neural-data is different than normal people with telepathy and seeing things differently. "Retaliation to lawsuits against the Administration by Donald Trump". The FBI and DOJ Investigators are 100% police perjury and legal fraud about these cases. ""COVER UP OPERATIONS"". The Angel is trying to get a Court Ruling to stop Discrimination on Angels. This case is literally the Angel advocating for the 5 deaths of Capitol Police and "Trump released all the COP KILLERS". And advocating for the 1900 purges of the FBI and DOJ. This sounds like a lot to argue but it all comes down to qualified immunity, the president sovereign immunity is not at question, but this is an ICE Agents and President both QUALIFIED IMMUNITY CHALLENGE. When they are claiming they have "absolute immunity". This is delusional and schizophrenic nonsense and power tripping.  I need to ask face to face what their problem is with Angels and Gods Messengers doing Gods work. The investigations into the "Angel Torturing", is a Cover Up operation to felony obstruction of criminal charges to Trump, Noem, Bondi, Wray, and Patel. They are 18 USC 2340 (2,a,b,c) to provide demonstrations of falsified neural-data results to demean this Angel. Like the Renee Good investigators who were fired for their falsified cover up for the ICE Agents. Saying "full immunity". And no criminal charges to the ICE Agents and calling Renee Good a Terrorist. These FBI and DOJ are doing the exact same thing in "calling me a terrorist" and falsifying the entire investigation for this US Supreme Court. And a "hate list" of 150 false accusations behind my back of my ex wife nature. Nothing illegal whatsoever. These Investigators are not only lying about me but literally Torturing the fuck out of me with the neural-data technology to get the desired demonstration of neural-data. Torturing the fuck out of my visual cortex 24/7 and my brain entirely. This is "life imprisonment" for all the FBI and DOJ Investigators on my case. The FBI and DOJ are only worried about blaming victims. Literally ad-hominem laws. We all need our justice for all the shootings, deaths and Torture of an Angel just for being an Angel. These people are making a disturbing mockery of counterterrorism, which is important for national security but they are making a mockery of national security. And a mockery of the federal agencies and a mockery of the Judicial Systems. Absolutely shameful dishonesty and incompetence, hypocritical behavior that involves severe mental illness by the FBI and DOJ. Trump literally pardoned convicted life imprisonment cop killers, drug cartels, and many others. You're all out of your minds. 74

75// This entire case only "keeps going" and keeps escalating because you're supposed to protect the victim first. Then investigate. By the time you don't protect the victim. Then you're involved in torturing as well and then the victim gets lied about once again. It's been 450 days of this already with 100's of you investigators making the same mistakes. (1) we require to separate these criminal investigators from the public, for public safety reasons and crime prevention. (2) if you don't and you're protecting Trump, Bondi, Noem, Wray and Patel. Then I'm criminally charging all of you the same life imprisonment. And you'll have to kill me to stop complaining. (3) my case just keeps escalating with continuing violations for the past 450 days and is a never ending case of "we fucked up too badly" and the only way out is to kill the Victim, kill the Plaintiff in all these Court Proceedings and stop him from Complaining because we fucked up too badly already. This is the classic Bonnie & Clyde, who needed to keep killing and killed 10 people in 1934 until they were gunned down by law enforcement while resisting arrest. 75

76// March 23, 2026 I went to Rick Crawford office and warned them of ridiculous lawsuits for not investigating this case. NEGLIGENCE, FTCA Act, 1946. Ministerial non discretionary duty to investigate this case. This is good for the mandamus to force Rick Crawford to investigate this case from October 02, 2024 - October 20, 2025. 1 year. And the fraud Forfeit of $18,370,501,250,000.. HPSCI case. Only a HPSCI Investigation can explain this case. Nobody on my case even opened my file and read my file. It's too long for them and they are too lazy and have no idea what's even going on in my case. Their entire investigation is "hearsay", and just spreading rumors about me. They all heard from another, and then that's all this case is but nobody knows the truth, nobody has even read my files. Too fucking lazy. That's why HPCSI requires to investigate my case once and for all. Honest and reliable persons. Integrity, professional responsibility, and ethical conduct for a change. The FBI and DOJ are just a circus monkeys that have a huge indifference to American laws and American lives. They don't give a fuck whatsoever and are "just bodies", literally useless. 76

77// There's over 300 lawsuits right now against the Administration and I'm getting retaliated upon to the death and nobody else. This is personal for Trump. 77

78// Being President represents the Constitution, does not place him above it or any American Law. That's called the Discretionary Function Exemption. AKA Qualified Immunity. 78

79// No president has pardoned all the cop killers from Capitol Police, and other life sentenced drug dealers and cartel. And tortured an innocent American over a $500 million dollar lawsuit. As retaliation. For 450 days. Print list of pardons. DOJ Website. Then turned around and sued for $230 million same lawsuit as me in October 2025 for neural data when he had 91 charges in 2023 for 8 months of neural data and I had no criminal charges from my neural data for 3 years at the

time in the United States alone. Literally in my case tortured a honorable discharge US Navy Veteran just for being a veteran. Lied about my military service just to say I'm a dishonorable discharged US Navy Veteran. There's serious mental illness in this from any FBI Directors, US Attorney General and President all together lied on purpose about all this. Then tortured me for it. Pardoned cop killers and many other life sentences convicted felons. All I can say is "WTF". No president has ever done anything like this, this is a first and a first president to go to jail. 79

80// They will have to review the watergate scandal, Nixon, Bill Clinton and Monica Lewinsky, and the ICE 34 shootings, 17 car shootings, 10 deaths, and 6 Americans dead. Plus my discrimination torture case. Intentionally being told to not use criminal procedures when they knew they required criminal procedures. Then cancelling immigration so that all the applicants are now "overstayers". And kicking them out without due process. Print the fourteenth amendment procedural due process of 1868. Aliens and deportation section. Post the 1798 laws he is using to deport the immigrants without due process. To guarantee the due process. We were all made domestic terrorists after they were shot and after I made my Convention Against Torture, 1984 complaint on October 02, 2024. They knew 100% my case was a discrimination torture case. Kamala Harris wanted accountability and ordered the January 2025 oversight and judiciary hearing on November 23, 2024. Christopher Wray lied under oath about my case entirely. And made me a domestic terrorist Extrajudicial. With no criminal charges when required by procedures. Same with all the shooting victims from ICE. Including Renee Good, Martinez, and Alex Pretti. 80

81// JD Vance is saying ICE has "absolute immunity". That's a lie. Blunt lying to Congress when the president himself does not have this nor JD Vance. Welcome back to reality. Not delusional schizophrenia. March 24, 2026. 81

82// Blunt lying to Congress saying that ICE has 100% immunity to shoot those victims when that's a blunt lie. I have the video. This is a conspiracy to deprivation of rights, causing death and torture and shooting victims. 18 USC 241,242. On all of us victims seeking justice. Renee Good is dead but her brothers are seeking justice and criminal charges as well. Being told the will not investigate the ICE Agents who murdered her without warrants to even ask her for ID. No probable cause only reasonable suspicion. "Just a hunch" is not probable cause for ICE agents. Huge difference. Miranda rights being absolutely violated. Criminal procedures and procedural due process being absolutely intentionally violated. Starting with Federal Rule of Criminal Procedure 41. Search and Seizure. 82

83// Freedom from ex post facto laws. American Convention on Human Rights, 1969. Same federal immunity as the president has. Federal Clause. They require to be grandfathered into the new laws to cancel the immigration after the fact. There's a fair warning standard to ex post facto laws. Print this fact. 83

36 | P a g e

84//      All these cases are a direct FTCA Act, 1946. Discretionary Function Exemption challenge.  President is the same. I'm not arguing his sovereign immunity, nothing wrong there. For Negligence (administrative and procedural ministerial laws like the fourth amendment and federal rule of criminal procedures and procedural due process clause) and Wrongdoing. (Criminal US Codes). While working within the scope of their employment. And under color of law standard, DOJ Interim Decision #3990. Law Enforcement Proviso, 1974 by Congress. For intentional torts and tort liability. Criminal liability is not insulated by the United States. Those are direct criminal charges for any criminal U.S. Codes. Those are violations against the United States, not violations against people and criminal procedures are mandatory. Just like police officers who assault people. They get criminally charged.  84

85//      Retaliation on my case CAT, 1984. Article 13.  Violation. CAT, 1984 can only be used against the United States and never a person. Ministerial Directive with specific course of action to be adhered to. 8 CFR 208.18 is a 1999 law to enforce it. 18 USC 2340 is 1994 law to further the CAT, 1984 with the under color of law standard. My case would be a 28 CFR 35 and 28 USC 509B. And Human Rights Enforcement Act, 2009. Obama law used to abolish the Bush CIA Enhanced interrogations memo and free the 119 Muslims. Tortured from 2002- 2009. Literally the birth of neural data technology for the CIA to use overseas in 2008. With the required technology of the I phone. 85

86//      I'm an angel, so I'm not sure what the fuck you're looking at with neural data and Torturing my visual cortex, never seen before shit. Stop drugging my brain because my brain is 100% normal. Demonstrations of 18 USC 2340 to everyone already. 86

87//      We require to talk about Angel discrimination. I'm not hiding in the closet nor should I be made to feel ashamed of the way I was born. 87

88//      And the purges get their jobs back. If not then we sue ridiculously and I'll start immediately on that one. With Hampton Dellinger. His first $2 Trillion dollar lawsuit. We don't fuck around. Plus the purged 3 witnesses from the Patel lawsuit in October 2025. Who sued him. They are credible witnesses. Dellinger is working as a lawyer in Washington DC. Won't be hard to see him. 88

89//      My case I'll get investigated by HPSCI until present day. You're not winning anything by torturing me now and moving forward. HPSCI Investigation into my case for the 1 year and that's it. That's a matter of "what the fuck for". Why even go there when it's not required for anything. I'll tell the Judges as well. And I'll play the recordings of HPSCI not meeting with me and Adam Schiff  as well. 89

90//    This is a job for them to investigate. The DOJ obviously can't criminally charge those defendants. 90

91//    Trump tortured me for 450 days as retaliation for court proceedings. He's retaliating on everybody including Congress for simply stating American laws. And his lawless behavior. Not saying nothing about my case other that "it's a torture operation". Neural data, hybrid warfare/ chemical warfare. Neurological aggravated mayhem. Conspiracy to murder, first degree attempted murder. Terrorism, weapons of mass destruction, criminal harassment. Warrantless operations, negligence, discrimination, crimes against humanity, cruel and unusual punishment, sexual aggravated mayhem. Sexual assaulting, sexual abuse, sexual harassment. Poisoning, nerve torture, psychological torture, mental torture. Mental slavery, physical torturing, obstruction of justice, felony obstruction, fraud, fraud upon the courts, court fraud, police perjury, legal fraud, obstruction of congress, lying under oath to congress, and whatever else. War crimes, irregular warfare, guerrilla warfare, retaliation to making a torture complaint in the U.S. District Court. Information warfare and using agency technology to steal all my information for the purposes of obstruction of justice. Unlawful orders to kill me. Attempted extrajudicial killings, intentional unconstitutional methods to make me a terrorist. Unconstitutionally vague accusations, ad hominem laws behind my back. No due process. No equal treatment. No privacy. No humane treatment. No judicial protections, 100% false accusations, all behind my back and not illegal whatsoever. Bottom line is (1) no criminal charges and (2) no criminal record. (3) that makes me innocent American not a terrorist. Can't make believe terrorism. 91

92//    Can't poison me every day and torture the living fuck out of my brain every day then say I look like shit and why am I not working. And what happened to my family. When the FBI obstructs my communication with my children. 92

93//    My first lawsuit was because I don't constitute a suspected terrorist. It's procedurally impossible for the reason "he thinks he's a navy seal". And "he's crazy". And "he thinks he's an angel". It's literally procedurally impossible. 93

94//    You want nothing from my pain and suffering. Do you expect me to feel sorry for anything? Do you expect me to feel sorry for you when I put you in handcuffs? I'll pour gasoline on you and set you on fire. I gave you a choice tonight and you chose your futures. 94

95//    You have a sickness. You're the most inhumane people on the planet and I'm putting you in prison where you can only hurt yourselves. I want you to cry about it.. whine to each other and retaliate with more of your terrorism. I'm

never stopping putting you in jail where you can't hurt people. You all have a sickness in the head. A serious one. I'm putting you in jail and fucking cry about it now. 95

96// I'm going to separate you from the public so you can't hurt innocent people any more. You're all sick in the fucking head. You seriously need to be separated from the public to not hurt innocent Americans ever again. I'm going to make sure of that. 96

97// THIS IS ABOUT ALL THE VIOLENCE AGAINST ICE AND IMMIGRATION OPERATIONS. Legal precedent, going back to 1789, whereby a defendant can claim self defense against an agent of the government if that act is deemed a defense against tyranny, a defense against liberty. That means a violation of the fourth amendment. "Warrantless operations" or illegal warrants. Dating back to 1765. Entick v Carrington. And the Warrant Clause of 1791. Or more recent, Bivens, 1965. Or Bivens Action and Bivens Cause of Action, January 12, 1971. By the great lawyers of the Federal Bureau of Narcotics. 97

98// A court decision or precedent is overturned when a judiciary rejects the result of a prior court proceeding. Higher courts may overturn the decisions of lower courts. Supreme courts can also overturn precedents established in previous court decisions. 98

99// Can't numb my entire head and brain like e dentist and fucking do experiments. Let me have the pain if you're going to hurt me. It's better that way. Watch the pain you cause. You're all fucking pussies. Give me the fucking pain or don't do it at all. You're all fucking losers. You can drill a hole in my head and I would not feel it right now. 99

100// So fucking quit numbing my body and head. Give me the pain if that's what you want to do. You're stupid. I told you to protect the victim. And if you want torturing. You have 1 year ago for that. And the past 90 days . You have the past 450 days to review. All of Jan, Feb, March 2025. And December, January and February and all this month 2026. Why are you torturing me now. I don't deserve any punishment. 100

101// There has never been such a failure in investigations as this case for 450 days of investigation failure. All caused by ultimate dishonesty for no reason or explanation. Injuring people to do it. Literally lied themselves to life imprisonment.

Impulsive and compulsive requirement to break every law in the book and then injure people and cover it up for no reasons or explanations. Calling us all terrorists to cover it up. As though that makes it better or an excuse. Terrorism has rights in the United States. United States v Torres, 1984 case. We all need to have a serious talk on "who the terrorists are". What changed is this false accusations behind people backs. Coward and malicious actions of the federal agencies. 101

102// For terrorism cases the immunity does not change whatsoever. It's never "full immunity". That's made up. When they fuck I'm so badly they are "making us all terrorists without criminal charges". When that's procedures. No laws whatsoever being enforced and no procedures being adhered to whatsoever. They are lying to congress faces. And telling congress "full immunity" to shoot people in their vehicles without warrants and without probable cause whatsoever. Just reasonable suspicion. They do not know the difference and lying to everyone. Too many lawyers in charge of these agencies and Congress are no better. None of them have law enforcement experience. 17 car shootings, 9 deaths and one "Agency Terrorism" case on an innocent American for 450 days using neural-data hybrid warfare/ chemical warfare neurological torture case. Nerve and brain, heart and lungs torturing. All of us victims seeking justice and being called terrorists after the fact when advocating for justice to felony obstruction of being investigated for their crimes. Noem and DHS got caught by Congress lying about the 3 Minnesota shootings. But there's 15 others. 102

103// Trump cancelled immigration applications for green cards and now they are all "overstayers". Ex post facto laws after the fact and must be grandfathered into the new laws and regulations. Criminal procedures are not being used for any of it intentionally and Federal Rule of Criminal Procedure 41 being absolutely intentionally violated. Causing all the false accusations. Falsely accused Americans as well and all others being falsely accused. And the agency trailer trash across the nation of lawlessness by federal agents. Others call it barbarism but I call it trailer trash violence. This is all a conspiracy to deprivation of rights leading to 9 deaths and17 shootings and a sick and disturbing torture with sexual assaulting. 103

104// This is all caused by taking away criminal procedures and procedural due process. And liberty and citizenship. Literally taking away American freedom, American liberty and the meaning of being American. Fourteenth amendment. Literally. All in the fourteenth amendment completely and this country today is no free country at all. You would have to study the fourteenth amendment for 5 hours to know what I'm talking about. Not only that but this particular amendment all of it is enforceable by congressional action. Procedural due process #477. Also for this case of the 18 of us, #785. Which also in itself enforces congressional authority. 104

105// Myself and the President obviously have personal fucking problems to be resolved in court. So during his criminal trial we will resolve this matter. Same with all of the rest of you. We will resolve our issues at your criminal trials. 105

106// What's happening in our court systems is not just happening to me. Instead of being reactive like this be proactive and go enforce laws not break them. Solutions not problems. I'm arguing that the Agencies don't need an erosion of standards to catch crimes and do their jobs. I want investigators to tell me otherwise in court. We do however require to make procedures just a little more practical for what the United States has already decided to do and tell them to do. So make it legal then, constitutionally and legally satisfy Judges and Congress. Figuring this shit out is U.S. attorney general job. But the bitch too fucking busy embezzling money. Cover up of the Epstein case. It's too fucking obvious. These fucking people don't care who they hurt. 106

107// It's time for your list of "crazy" to be accused to my face in court and watch it all be redirected at all of you. All of it, every single accusation. (1) you don't need to drug me this way and torture me to mind read me. (2) you don't need to anything to mind read me. This is not about anything other than framing my brain. And it no longer matters because I'm an angel and you're drugging me. 107

108// We will have a court ruling to stop discrimination on Angels. Obviously required. Just in case nobody has noticed that my Torture case and Attempted Extrajudicial Killings "has nothing to do with American Law". It's a 100% HATE CRIME. 108

109// We are living in a broken system. We all require to recognize, fix the problem and move forward. We can't just live in a broken system and allow any sort of erosion of standards. This is only happening because there's too many lawyers with no experience in charge of Law Enforcement. We need to promote from within. Argue me that Patel does a better job than an internal with 20 years experience "FBI Favorite elected by the FBI" and the Purges would have happened?. Argue me that Pamela Bondi talks better to Congress, Senator Whitehouse and Jasmine Crockett and is more responsible. Has self governance without external influence (the most important characteristic of the U.S. Attorney General job to criticize her Agencies) than a District Judge promoted to US Attorney General. Elected by all the District Judges and nobody else. We all got what we expected from Trump, our mistake was that we all let him get away with being lawless. That's expected of Trump but not Congress Oversight and Judiciary. Too many things worked together to allow such a deprivation of rights to so many people on American soil whether foreign nationals or American born. Communication is key and when there's a direct violation of the President's Discretionary Powers that ends with Ministerial laws and Procedures. Oversight is required to celebrate his successes and communicate his Abuses of Power which is expected. Abuse of Power is a key

Element of Democracy, and when this happens something is seriously wrong and requires to be addressed to prevent any sort of disruption to our systems and an erosion of standards. Argue me that the FBI and DOJ require "help" in catching crimes and doing their jobs. Argue me that these Federal Agencies require to break the laws and procedures, require an erosion of the probable cause standard for (1) crime prevention and (2) conventional crimes and investigations. (3) these lawyers in charge of law enforcement require to be replaced. Next we will all be putting lawyers in charge of the army, marines and coast guard. Turn it all into a Jerry Springer show, keen to "win cases" and not govern the governed whatsoever. We require a court ruling at this point for a change as stated due to all the violence being caused equivalent to the Brady Rule, from Brady v Maryland, 1963. To prevent abuses, fix the problem and move forward. Not doing so is the mistake, the classic Einstein Insanity definition from the mid 1970's. Doing the same thing over and over again expecting a different result. Or in other words, continuous improvements as it's always been a part of our democratic society and why America has such higher opportunity and less poverty than other countries with more resources. That's American freedom, the opportunities our functioning government provides to its people. Not lawlessness and humiliation of Federal Agencies. 109

110// There's nothing wrong with our procedures and American Laws and Constitution provided by Congress. Criminal Procedures Act are American Convention on Human Rights, 1969. Article 5-3. Fucking use it as it's a Federal Requirement. 110

111// The Obstruction of Justice, Legal Fraud, Court Fraud and Pacer Fraud, and Fraud Upon the Court of $18,370,501,250,000 HPCSI investigation between February 20, 2025 and October 20, 2025, Virgin Islands St Croix District Court, Virgin Islands St Croix Supreme Court. By US Attorney General Bondi and FBI Director Kashyap Patel, and Trump Administration. That's a "FRAUD FORFEITURE" based on HPSCI Investigation of this conspiracy to deprivation of rights, deprivation of rights under color of law. 18 USC 241,242. If they wanted to argue the amount, the court was there and Judicial Remedy, but they chose fraud and illegally defraud the court systems. To use their positions to break laws and "win cases" not govern the governed. 111

My "Federal Right to Participate in Government". ACHR, 1969. Article 23. Order a HPSCI Investigation into these cases. Criminal Procedures Act Requirement. Straight from Congress Hate Crimes, Congress.gov::: Although cases interpreting "under color of law" generally focus on law enforcement and corrections personnel,149 a broad range of individuals may act under color of law, including both federal and state officials.150For instance, courts have concluded that an aide at a state-run hospital,151 state commissioners of elections,152 and a county public defender,153 among others,154 have acted under color of law in the context of § 242 prosecutions. Private citizens may act under color of law as well,

particularly when engaged in a typical governmental function—as in the case of private security guards employed in jurisdictions where they are "vested with policemen's powers."155 In addition, private persons with no government functions or duties may act under color of law when they act in conjunction with government personnel.156 For instance, in United States v. Price, the Supreme Court held that private citizens acted "under color of law" when they joined state officers in the assault and killing of three men.157

Second, to prove a § 242 violation, the government must show that the defendant's conduct was willful,158 a requirement subject to some ambiguity.159 The seminal authority on the statutory meaning of "willfulness" in § 242 is the four-justice Supreme Court plurality160 opinion in Screws v. United States.161 The Screws plurality interpreted "willfully" to require proof that the defendant acted with "a specific intent to deprive a person of a federal right," "open defiance," or "reckless disregard of a constitutional requirement."162 Evidence that the defendant had a generally bad purpose may be insufficient to establish willfulness in § 242, absent proof of specific intent to deprive another of a federal right.163 It is not entirely clear from Screws, however, what suffices as specific intent to deprive another of a federal right or to recklessly disregard constitutional requirements.164 The plurality opinion in Screws notes that a defendant has the requisite intent if he has the "purpose to deprive the [victim] of a constitutional [or federal statutory] right," but it is immaterial whether he was "thinking in constitutional terms."165 Taken in conjunction, it is possible to interpret these statements in several ways as application of the Screws willfulness analysis by lower courts varies.166 For example, some courts have broadly interpreted the Screws intent language to mean that "[t]here is no requirement . . . that a defendant recognize the unlawfulness of his acts."167 In contrast, at least one federal court has narrowly interpreted Screws to mean that willfulness "implies conscious purpose to do wrong and intent to deprive another of a right guaranteed by the Constitution, federal statutes, or decisional law."168 Legislation in the 117th Congress—the George Floyd Justice in Policing Act passed by the House in 2021—would resolve the judicial disagreement over Screws with respect to § 242.169 In particular, the legislation would amend § 242 to require only a knowing or reckless mental state, in effect codifying the view of courts interpreting Screws more broadly.170 According to several sponsors of the proposal, lowering the mental state requirement was intended to increase the accountability of law enforcement officers, as it is "extremely difficult to prosecute" officers under § 242 current willfulness requirement.171

112//    The Fourteenth Amendment

The Fourteenth Amendment dates to the Reconstruction era.435 In relevant part, the Fourteenth Amendment provides that "[n]o State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."436 Section Five of the Fourteenth Amendment grants Congress the power to "enforce, by appropriate legislation, the provisions of this article."437

The scope of Congress's authority to enforce the Fourteenth Amendment has varied over time due to the Supreme Court's evolving interpretation of whether the Amendment reaches private conduct or just state action.438 However, in 2000, the Supreme Court in Morrison concluded that "the Fourteenth Amendment, by its very terms, prohibits only state action."439

State action may come in a number of forms. For example, official state conduct, such as the enactment of legislation, qualifies.440 State action may also occur when the conduct of a private individual or company involves state activity.441 As Justice Frankfurter explained in the context of the Fifteenth Amendment, state action requires, at minimum, that "somewhere, somehow, to some extent, there be an infusion of conduct by officials, panoplied with State power, into any scheme" denying protected rights.442

113// Congress has seemingly used its authority under Section Five of the Fourteenth Amendment, sometimes in conjunction with other sources of authority, to pass numerous hate crime provisions.443 Case law examining the limits of Congress's Fourteenth Amendment power in the context of these statutes is scarce, however.444 This may be because federal courts have sometimes declined to address Fourteenth Amendment challenges to hate crime statutes and have instead resolved them under other constitutional provisions such as the Thirteenth Amendment.445 It could also be because the government has sometimes avoided Fourteenth Amendment arguments in defending federal hate crime statutes from constitutional challenges, seemingly due to the difficulty of satisfying the state action requirement with respect to conduct undertaken by private individuals.446.   113

116// The FBI and DOJ glorify ego and performance. The characteristics of their true inherent dignity, with no worth of the human person proves more than how they treat those people they can exploit. Especially those American citizens with disabilities. These people thrive on crossing boundaries, on crossing the lines they interrupt. They insult with a grin, act dismissively to assert control. And are always looking to exploit weaknesses, and we are just expected to grin and bear it. I am constantly for 23 years being criminally harassed by these toxic people, not anymore when you've had enough of being disrespected. 116

117// FBI Director openly admitted to "Ordering me to be Tortured for Terrorism". And how it was the "Internal Political Instability" at the time of the FBI and DOJ "Purging" in January 2025. How it's a bad time for a corruption Torture lawsuit. Christopher Wray admitted to ordering my "Torture for Terrorism" in January 2025. I filed that too. Full confession. Torture until the end of my short life. "For Terrorism". 117

118// It's impossible to dismiss a claim "due to subject matter jurisdiction" due to the (1) administrative claim (2) the Convention Against Torture, 1984 establishes automatic universal jurisdiction and subject matter jurisdiction (3) any and all human rights complaint in any court in the United States establishes automatic subject matter jurisdiction. Pursuant to the Federal Clause. Article 28, American Convention on Human Rights. 1969. This is an obvious one, any Human Rights Violations is automatically Subject Matter Jurisdiction in any court in the United States. I thought that was common knowledge, I knew this in high school. 118

119// ***if the FBI would have stopped torturing me instead of retaliating against me with death torture. January 2025, And then "cheated me out of a lawsuit". It's just a lawsuit at that point. Not "Conspiracy to Murder". Stopping the violations to moot the case "voluntary cessation doctrine" instead of "continuing violations doctrine". 119

120// But they Tortured me more instead and blocked me from the Courts to save my own life. That's exactly "Conspiracy to Murder". 120

121// If I lose this case, I'm dead. I am not OK. If no restraining order, I'm dead. I'm losing my hair more and more, my body rotting from the inside being poisoned. I'm used to it, been 67 months already. But this year was the worse. 121

122// Surviving Torture is the best because you love life and don't need anything to be happy. Just to be alive. When the United States goes retarded and decides to Torture you for discrimination, for 1500 consecutive days and you are now the richest person on earth. It's even better. 122

123// The United States better smarten up about what their law enforcement does "under color of law", which is "within the scope of their employment". These lawsuits will keep coming. They are never going to stop until you give me my fucking restraining order. This is a Conspiracy to Murder for fuck sakes. 123

124// The Terrorist Watchlist is 100% discrimination. It was inevitable for the FBI to take it too far eventually. This was all expected to happen one day. This is what happens when there's a deviation from society norms, our Constitution and American laws. 124

125// All this to just "call me CRAZY" behind my back, Without even any sort of professional diagnosis from anybody. You're all stupid as they come. How in the fuck have all of you survived this long? How do you stand up straight and walk with your level of stupidity. It's a great thing the United States entrusted you people with extraordinary discretionary powers to make them chase lawsuits. You all have to change your trouble making mentality. When you stop going out there looking for trouble with people that don't want no trouble, you'll stop being sued ridiculously. 125

126// The FBI almost stopped looking for trouble with black people. Now they are learning their lesson with causing trouble with disabled people as well. 126

127// The most ridiculous thing about this whole case, the FBI requires this mind reading technology to discriminate upon me, because without this mind reading technology, nobody even knows I have a disability. The FBI literally must drug my brain with poisonous chemical weapons to do things they say my brain does. 127

128// Stop fucking around with disabled people. Until the FBI has jurisdiction over this case, and has a crime to investigate. You will be sued ridiculously for the harassment. 128

129// You Judges don't know the person that I am, but set aside that I've been destroyed by 68 months of Torture, I love who and what I am and hate who and what the FBI troublemakers are and why they want to destroy me. 129

130// I have a long road of recovery ahead of me. At least 5 years of intense rehabilitation and medical attention. Like being hit by a speeding truck. Poisons and Chemical Weapons eat you alive from the inside out. 130

131// Conspiracy to fucking Murder you coward mother fuckers. Fucking pay then. You think this is a fucking joke. Fucking laugh now you fucking coward. Your kindergarten attitude and immaturity is unacceptable and unwarranted. Give me my fucking restraining order for the biggest criminal harassment case in American history. 131

132// How fucking sickening, morally hideous is this fucking case. 132

133// Unwarranted, grossly disproportionate, unjustifiable assault and abuse, Experimentations with Disabled person, Criminal Negligence, Criminal Harassment, Conspiracy, FBI Terrorism, Hate Crimes, Chemical Warfare, War Crimes, 1300 counts First Degree Attempted Murder, Poisoning,  Cruel and Unusual Punishment. Mind Reading, Criminal Equal Protection Clause, Criminal Warrant Clause, Criminal Reasonableness Clause, Criminal Federal Clause, Criminal Substantive Due Process Clause, Criminal Violent interference Procedural Due Process Clause Jurisprudence. I have not received my restraining order yet, been 10 months, 60 filed motions and documents, and 3 lawsuits trying to get my rights respected, while being Tortured and daily First Degree Attempted Murder with Chemical Nerve Weapons. And no restraining order from "Torture until my short life is over" and Conspiracy to Murder. This Conspiracy to Murder is the reason I have not received the restraining order against this Conspiracy to Murder. 133

134// The FBI and DOJ are at the point of sabotaging my whole case on the internet. On Pacer everything I have filed and my 3 previous cases are all sabotaged. Everything I am filing is useless garbage now. The Judges still refuse me my safety from the FBI. Completely sabotaging my case and sabotaging me to the Judges. 134

135// FBI, DOJ and Judges "Failure to protect me from Torture" and issue me my restraining order. My "right to judicial protection", Article 25. American Convention on Human Rights, 1969. States. Restraining orders are for law enforcement as well. Convention Against Torture, 1984. Article 13. Protection from all ill-treatment. 135

136// The Judges are acting like drunk high school girls, allowing themselves to be lied to by the defendant and manipulated behind my back. This is 100% Police Perjury behind my back. AKA "Testalying" to convict a person. Let's keep doing this and see how many lawsuits it takes for the Judges and DOJ to follow the American Directive Convention Against Torture, 1984. Signed in New York City. A ministerial law. 136

137// The FBI, DOJ and Judges are absolutely out of their minds. Completely out of control. When did American District Judges become such shameful, corrupt criminals. There are many other Terrorism District Court cases against the FBI. Why is mine any different. 137

138// I am helpless without seeing my Judges. The FBI are manipulating the whole case behind my back. Literally lying about me being an extraterrestrial that came down in my spaceship and I eat brains. I hunt little girls and eat their brains. And the fucking Judges believes the FBI even though they have never arrested me in 23 years for anything and I

have absolutely no fucking criminal record whatsoever. Why in the living fuck are the Judges allowing themselves to be manipulated by the FBI like drunk high school girls and the FBI wants to sleep with them. Put the fucking crack pipes down everybody and see the fucking truth. 138

139//        When I rape a woman, she is out of luck. When Elon Musk rapes a woman for 631 days straight, every day, she is now the richest woman on the planet. When the United States decided to Torture and attempt to kill me for 1300 days consecutive I am now richer than that woman. 139

140//        Keep saying fuck you Stefan and I'll keep saying fuck you pay more. Good thing the United States entrusted these individuals to not make them chase lawsuits. 140

141//        A "suspected terrorist" is just a stupid FBI list that any FBI can go on their computer and add me to the stupid fucking list without me even requiring to do anything. I'm surprised it's not an app on their phone where they can just add anybody they feel like it, because they can and do. I will explain everything in gear detail. When in court. This is why I need a hearing date. 141

142//        A woman lawyer in Cold Lake, Alberta. Canada, was my lawyer for my abusive relationship with my ex wife. (I lived and worked there for 7 years). Ex wife  had called the police and said I hit her when I did not. The lawyer had my charges dropped. She later became the Judge in the town. The Canadian Security and Intelligence Service (the equivalent American DOJ and FBI combined) and Special Prosecutors (drove in from 3 hours away) were trying to falsely accuse me of something I did not do. That woman Judge told them to their faces in court "you're making a mockery out of my courtroom". She then had the charges dropped right in front of their faces. 142

143//        Why did the Judge say "you're making a mockery out of my courtroom"? Because they weee making a mockery out of her courtroom and she did not let it happen. Not in her fucking courtroom. That's a real fucking Judge. 143

144//        Easy to falsely accuse me behind my back, but reality in the courtroom. 144

145// I was in a gas station in Wisconsin years ago, and my keys got locked in my car. The gas station lady called the police and sheriff. Within 15 minutes, the police showed up with a kit to break into my car and opened my vehicle for free. Told me to have a good day. The FBI have their priorities mixed up, their purpose mixed up somewhere. 145

146// Everything that happened in this whole case for 23 years to me. Happened only due to FBI deviation from American Laws and our American Constitution. There's laws for everything the FBI are accusing me of. The question in this whole lawsuit is: "if you are accusing Stefan of anything, why were the laws not followed". "Where are the warrants". "Where are the Criminal Charges against Stefan". Looks to me like he is 100% innocent. No criminal record whatsoever. In America, even if Stefan killed a man in front of a police station, he is innocent until proved guilty in a court of law. Looks to me like this case is personal. Opinions of the FBI based on his disability. 146

147// How do all of you not expect ridiculous lawsuits. 147

148// When my heart stops, that's MURDER. When my heart does not stop, that's ATTEMPTED MURDER. AND CONSPIRACY TO MURDER. 1500 counts of attempting to kill a man of disability just for having Turrets Syndrome. Every count gets an investigation. Every single day gets investigated separately as "1 count of Attempting to Kill. From March 2022 until present day. 148

149// I doesn't matter what anybody says now. Prompt and Impartial Investigation, Protection from all ill-treatment Pursuant Convention Against Torture, 1984. Article 13.  28 USC 509B. Criminal Procedures Act. 149

150// Convention Against Torture, 1984 Complaint against the United States. My Right to make a Complaint Article 13. Yes it applies to my case and the DOJ have been lying to all 7 Judges so far in 400 days that it does not apply to my case when in fact it does. I know the Ratifications #1. And CAT Article 16.  MY BRAIN IS 100% NORMAL. 150

151// Internal lists falsely accusing me behind my back when he is committing domestic terrorism. According to the DHS Act 6 USC 101-(18) and 18 USC 113B sec 2331. This is a 100% personal case between me and Donald Trump. 151

152// The psychological torture and mental torture is 1000X more traumatic than any pain in the world. The psychological torture and trauma of being 100% falsely accused. Drives a person insane especially my circumstances being

falsely accused behind my back like this. That's what this entire case is since the beginning. Not just no due process rights but no human rights whatsoever since the beginning of this case. All of the ACHR, 1969. All of it including mental slavery which we will talk about. Substantive Due Process Claim. That falls within the Civil Rights Act, 1871. And 1964. Electrical frequencies to target the brain 24/7 even when trying to sleep. And cranking the voltages from the chemical weapons in my eye sockets. Eye Torturing and visual cortex torturing 24/7. Electrolysis to the brain without consent for the purposes of Torturing the human brain and cause and creation of human insanity. Insanely creation of hallucinations and intentional brain hallucination. Combination of extreme destructive hormonal torturing. Sexual abuse, sexual assaulting and penis torturing, testicles torturing and prostate torturing. 24/7. Disability torturing all combined is the sickest most disturbing rape case in history every single day. Literally the elements of raping and rape laws on a 45 year old white male. They would never do this to any 17 year old female. This discrimination case is the sickest most disturbing case morally hideous case in American law enforcement. Especially January and February 2026. My testicles and penis torturing all day and night. Prostate torturing all day and night literally being raped intentionally by the frequencies and voltages to target my penis especially and prostate. The sickest pain in the world for a man to have to endure. Psychological trauma and traumatic stress for a 45 year old male to endure of raping and sexual assaults with a remote weapons. Being controlled by the FBI and DOJ Investigators. While I cry about the sick and disturbing pain all day every single day and they do it more and stronger the more I begging to stop. This is all for the creation of insanity to demonstrations and videos for showings of "CRAZY" to win lawsuits behind my back to all the judges as I am being utterly raped and demented brain tortured and demonstrations of 18 USC 2340 to all of Congress and all Judges. 100% falsely accused me of "crazy" when the most disturbing and demented torturing happening in American history. Blaming me for "chasing the FBI for money" when they ripped me off from a $500 million dollar lawsuit 400 days ago and tormented me to hell while trying to advocate for my life. And obstructed from all Judges without even one hearing to be heard to save my life. Then Trump turns around and sues for $250 million for the same thing I was suing for and Bondi had the check for $250 million ready before the lawsuit was even filed in October 2025. What a fucking piece of shit to do this to me intentionally. 152

153//        These country singers are pretty good sometimes. Don't commit the crime if you can't do the time. I don't remember laws stating ""depending on how much money you have or depending if you're a dumb bitch"". It doesn't matter. They committed this crime and they will do their time for this. I would expect to go to jail if I was President and I did this to an American. The man went out of his fucking mind, then sued for what I'm suing for . It's ok for him but not me. This is 100% a personal attacking an innocent American. Collectively criminal charges to the criminal defendants of 18 USC 113B, section 2331. 2332a, 2441 elements of guerrilla warfare and political attacking me trying to influence the American Population war against the Administration. Hybrid Warfare/ Chemical Warfare. Irregular Warfare. Literally stopping me from all United States Courts Systems. February 2026 finally became murder but they know they are being watched by Internal Affairs. The Canadians, the Administration and other Agencies on their own when I harassed their

websites. You don't think the CIA and other agencies hide shit from these dumb ass Presidents? "Just around for 4 years and don't know dick fuck about anything". You don't think the FBI and DOJ thinks Patel and Bondi is a fucking loser and hides shit from Patel and Bondi? 153

154// The criminal defendants do not know the differences between "suspected", "known" terrorists. "Domestic Terrorism", and " Terrorism". Or the differences between the DHS Act Terrorism, Domestic Terrorism, "Targeting", and "Drug Targeting". So what they did was 100% falsely accused, indicted me and convicted me Extrajudicial Conviction and made up their own Punishments for "mental health laws" that have no punishments of the death penalty without any criminal charges. This is called "Constitutionally Vague" accusations. And "Intentional Unconstitutional Methods". To win lawsuits they all took 100% personally instead of their professional responsibility for 400 days since the lying under oath in the January 2025 Oversight and Judiciary Committee Hearing. During the Internal Political Instability of the "Purges" when Washington DC went out of their minds. The entire 7th floor of the Edgar Hoover Building was "Purged" by the same criminal defendants illegally that same week. It's expected that they didn't give any sort of regard to my life. It's expected that while there was a "surge of purges" and all lawbook thrown out the window, they lied about me too as they were lying about the purges as well. Especially as a defendant of a $500 million lawsuit and the Oversight and Judiciary committee said to the defendant "go ahead and start trashing the Plaintiff behind his back". And don't lie because you're 100% trustworthy. Instead of the "impartial investigation" of Article 13 required. Like my ex wife they unleashed the personal attacking of "everything that was my 100% rights and freedoms" and nothing illegal. To manipulate Congress into Extrajudicial Killing me. January 2025 Hearing on my case. Congress wanted me dead after the "behind my back personal attacks of 100% falsified information and lying about me". By Christopher Wray. 154

155// Personal attacking and weaponization have infected Washington DC since the criminal defendants were entrusted with their positions and became the United States record holders for financial liability and criminal liability in United States history in just one year. This case EVIDENCE 100% COMES FROM THE INVESTIGATION. I ONLY REQUIRE THE COMPLAINT. I HAVE THE RIGHT TO MAKE A COMPLAINT. CAT Article 13. The merits of my complaint comes from the FTCA Act Administrative Claims Process where I must Complain to the FBI Los Angeles Legal Unit first and they MUST GIVE ME PERMISSION TO FILE ANY LAWSUIT. This is for the purposes of elimination process of false claims flooding the Courts. Printed letter enclosed by FBI Los Angeles Legal Unit. 155

156// California Eastern District Judge Christopher Baker is an ex DOJ Lawyer that should have recused himself from my case but did not. Procedural Due Process, Fourteenth Amendment. He (1) had the intent (2) knowledge of my innocence (3) motive to rule against any sort of Judicial Protections. This constitutes Conspiracy, pursuant to Human Rights

Enforcement Act, 2009. Page 2, middle page. Attempt & Conspiracy. 18 USC 2340. 8 CFR 208.18. And 28 USC 509B. 28 CFR 35. 156

157//        Virgin Islands Senior District Judge Wilma A Lewis allowed the DOJ to lie to her about my case and she regrets this as the catastrophic failure of her career after an extremely successful career in Washington DC as the only Judge ever in her position in Washington DC in charge of 700 lawyers doing auditing of all sorts. She was lied to and allowed the FBI and DOJ to take advantage of her and she regretted it completely. Coercion to commit a direct violation of 5 USC 702, and a direct violation of 5 USC 706, Administrative Procedures Act when the United States as a defendant. The DOJ broke their trust with her and she was furious with them. The CAT, 1984 does in fact apply to my case and Wilma A Lewis regrets not giving me any sort of hearing and allowed herself to get lied to by the defendant in a ridiculous case. District Judge Wilma A Lewis got the DOJ her own friend to interview me for a day and find out the real truth. If this Court would like this I am happy to do anything these Judges want. It's a small island. And Emile Henderson is gay and throws his gay parties. 157

158//        A party is in "default" if it has failed to plead or otherwise respond in a timely fashion to a pleading seeking affirmative relief against the party. See Fed. R. Civ. P. 55(a). When a summons and complaint has been served on a defendant, who then fails to respond to the complaint within the allotted time, the defendant is in default. See Fed. R. Civ. P. 12(a)(b). Entry of default in an interlocutory order — entered in anticipation of a final judgement — formally recognizing that a party has failed to plead or otherwise defend. See (United States v. $23,000 in United States Currency, 356 F.3d 157, 163 (1st. Cir. 2004)). Entry of default formalizes a Judicial recognition that a defendant has, through its failure to defend the action, admitted liability to the Plaintiff. See (City of N.Y. v. Mickalis Pawn Shop, LLC, 645 F.3d 114, 128 (2d Cir. 2011). Entry of default occurs when the clerk of the court makes a notation of the party's default on the clerk's record of the case. See Fed. R. Civ. P. 55 (a); Dow Chem. Pac. v. Rascator Mar. S.A., 782 F.2d 329, 335 (2d Cir. 1986). Entry of Default happens within 10 days of the defaulted date. Once the clerk has entered a default on the docket the requesting party may file a motion for Entry of Default Judgement. I should ask for a default within 10 days of the defendant missing the deadline to respond. This is not a requirement but a common practice the 10 days. Once a default is entered, it signifies that the defendant has failed to respond to the complaint within the required time, has forfeited their right to respond to the lawsuit and is therefore unable to file an answer. See Fed. R. Civ. P. 55. Proceeding pursuant to Fed. R. Civ. P. 55 (b)(1). Supporting documentation has been filed in Docket # 1,2,17,21,23. My California Eastern District case 24-CV-01169. This is a very complex case, a sticky matter within the DOJ and FBI. Also I require 5 days of court time to complete a full cross examination of this whole case with all question answer. There must be a hearing with a full Legal Jurisprudence on this whole case. My right to be heard by the Court in a meaningful time and a meaningful manner. See Procedural Due Process, Fifth and Fourteenth Amendments. 158

159//      The claim against the defaulting party is for a sum certain today $3,72 Trillion Dollars, and for "as full rehabilitation as possible", totaling $1.250 Million Dollars, plus starting April 22, 2025 $10 Billion Dollars per day until the FBI and DOJ stop drugging my brain and causing further brain damages with Chemical Weapons. Or until this Court respects my Right to Judicial Protection and issues my Restraining Order requested to save the American Taxpayer money and from intentional opening of United States Tort Liability by the DOJ and FBI. See American Convention on Human Rights, 1969. Article 25. The totality of the lawsuit money has been added up and accumulation of United States Tort Liability for continuing violations in the circumstances of this 450 day cover ups operations and all the lawsuits in this case. All Judges have refused to and rejected me my "right to Judicial Protection" and allowed this case to explode from $500 million to over $20 Trillion in Tort Liability in 450 days. There's no limit on money for this case. It's too fucking disturbing and all intentionally done for "cover ups purposes" of Adam Schiff, Cory Booker and Trump and their Federal Agencies working together against Senior District Judge Wilma A Lewis from March 25, 2025- October 20, 2025. 159

160//      The defaulting party is not an infant, an incompetent person, or in the military service of the United States. The extent of the damages caused by the party in default; I, the Plaintiff will not be claiming an incurred cost above the sum certain amount. The defaulting party will not be subject to a Judgement by Default unless the default is for failure to appear. See Fed. R. Civ. P. 55(b)(1). 160

161//      My Criminal Harassment rights to a hearing have not been respected "Hearing for TRO". 5 VIC 1474,1475 state: "a hearing will be scheduled no longer than 10 days after your petition is filed, and you and the abuser will have a chance to present evidence to the Judge and tell your side of the story". 161

162//      Docket #16, case # 24-CV-01169. "Opposition to TRO", the Defendant did not contest nor deny any of my Complaint or any claims. To deny any claims, the Defendant must admit to the rest of the Complaint. NO ANSWERS FROM THE UNITED STATES IN ANY COURT PROCEEDINGS FOR 450 DAYS OF AGENCY "COVER UPS" OPERATIONS. 162

163//      (Rule 8. General Rules of Pleading) #4: "Denying Part of an Allegation" —"""A party that intends in good faith to deny only part of an allegation must admit the part that is true and deny the rest.""" #6: "Effect of Failing to Deny" — """An allegation is admitted if a responsive pleading is required and the allegation is not denied.""" 163

164//      "The court must accept as true all factual allegations in the complaint". When deciding such a motion as 12(b)(1) and 12(b)(6), "specifically, when deciding such a motion, the Court assumes all factual allegations contained in the Complaint to be true, giving the Plaintiff the full benefit of the doubt". 164

165// The DOJ and FBI did not contest my factual allegations, and the courts listed thus assumed their truth. See Fikre v. FBI (Jan. 08, 2024), Gibbs v. Buck 307 U.S. 66, 72 (1939); 5C C. Wright & A. Miller, Federal Practice and Procedure sec. 1363. P. 107 (3d ed. 2004) ("The General Rule" for rule 12 (b)(1) motions challenging subject-matter jurisdiction is to take allegations "as true unless denied or controverted by the movant"). We do the same. 165

166// This Court just like the Court in California is denying me my right to a hearing of any sort and denying me my right to make a Torture Complaint for 450 days, 60 motions, over 4,500 pages filed at the courts complaining about illegal conduct by Federal Agency. Making me the only person in American History to get killed instead of my "right to reply" since there's no criminal charges for an acquittal from 100% false accusations of nothing even criminal value. Everything I'm being accused of are my American Rights and Freedoms. 166

167// The U.S. Attorney General is the most important key player in our Federal Operations and Bondi Ultimate Failure has caused Agency Nation Trailer Trash of lawlessness and Violence. This "stupid bitch" has only caused aJerry Springer Agency Trailer Trash across the nation. This stupid bitch lawyer is only serving Trump and nobody else. With a District Judge replacement, will stand against any Administration and ensure the word of American Law and criticize their Agencies accordingly. Not intentionally order them to act and operate lawlessly. We will be comparing Bondi DEA Record for Drug Addiction with my own DEA drug record. I'm not perfect and proud of it, but Bondi is much worse than I ever was. Obviously this woman is too fucking immature to be entrusted with powers to be responsible with Americans lives, and nothing but a criminal liability to the United States. The biggest financial liability the United States has ever entrusted. By far the biggest mistake the United States has ever made was hiring this woman. Adam Schiff works side by side with this fucking circus monkey in their lawlessness and criminal operations as Judiciary Committee and Oversight of their Judicial Conduct and lawlessness. Letting these criminals get away with whatever they want because of my case and the dirt they are being blackmailing Congress on my case for 450 days. These internal political blackmailing has caused the Tolerance of lawlessness by Congress. Fucking pay the lawsuits now you stupid mother fuckers. Agency and Congress lawlessness and extrajudicial convictions with no fucking due process whatsoever and "making up" procedures and "just winging it" in my case where even Cory Booker decided to be a fucking coward in my case. This is the United States where if anyone has a problem with me, a Judicial Warrant is required as a legal safeguard from their weird fucking ideas and then they can knock on my door and articulate their problem with me based on my criminal conduct not the Federal Government criminal conduct and I'm dying for their fuck ups. Blame the victim as cover ups. Pay the fucking lawsuits now. 167

168// We require oral hearing for explanations into all these criminal charges to Trump, Bondi, Noem, Wray and Patel. Criminal Statutes Of This Case. This Will Be A Hearing Required For Oral Explanations. Too Much To List and Explain. (1) American Convention on Human Rights, 1969 Articles 1,2,3,4,5-1,5-3, 5, 6,7,8,9,10,11, 12,13,14, 15,16,17, 20, 21, 22, 23,24, 25, 26,27,28, 29, 32,33, (2) Convention on the Rights of Persons with Disabilities. Article 15 (3) Chemical Weapons Convention (4) Civil Rights Act, 1871 Intrusion (5) Civil Rights Act, 1964 Excessive Force. (6) Reasonableness Standards for Government Intrusion of Fourth, Fourteenth Amendment, spitting on American Liberty (7) Fourth Amendment 1791 First Congress Warrant Clause. (8) Eighth Amendment, (9) Fourteenth Amendment 1868. (10) Criminal Procedures Act, ACHR, 1969 Article 5-3. (11) Convention Against Torture, 1984, ACHR, 1969. Article 5-1. (12) Miranda v Arizona, 1966. (13) U.S. District Court v United States, 1972. (14) Entick v Carrington, 1765, "probable cause" (15) Executive Order 14159. (16) Executive Order 14147 January 20, 2025. (17) 18 USC 241 (18) 18 USC 242. (19) 18 USC 249. (20) 18 USC 2384. (21) 10 USC 894 Article 94. (22) 42 USC 1983. (23) Bivens 1971. (24) Fifth Amendment Neural -data (25) Procedural Due Process Clause. (26) Equal Protections Clause (27). Biological and Toxins Weapons Convention (28) Human Eights Enforcement Act, 2009. (29) Crimes Against Humanity Act, 2010 #5. (30) American Disabilities Act, 1990. Experimentation (31) 18 USC 113B section 2331. (32) DHS Act 6 USC 101-(18) (33) 18 USC 2332a. (34) 18 USC 2441. (35) 18 USC 2340. (36). 18 USC 1113. (37). 18 USC 1117. (38) 18 USC 1503. (39). 18 USC 1622. (40) 18 USC 1623. (41) 18 USC 1001. (42) 18 USC 1506. (43). 18 USC 1512. (44) 18 USC 1621. (45) 18 USC 505. (46) 18 USC 1031. (47) FRCP 60 (D)(3) (48) Hate Crimes Enhancement Sentencing after George Floyd (49) Administrative Procedures Act (50) 5 USC 702. (51) 5 USC 706. (51) Brady v Maryland, 1963. (Also for Epstein Case) I YouTubed it (62) Elhady v Kable, 2019. (63) Hampton Dellinger OSC Director Purged. V Administration case February 2025. (64). Procedural Due Process Clause #785. (65). 28 USC 2680a. 168

169// This Adam Schiff case is a "Continuing Violation Doctrine" case of all these cases and Cases include: ((1)) 3rd Circuit, August 12, 2025. #25- 2158. ((2)) Washington DC U.S. Supreme Court, March 11, 2026. #25-7002. ((3)) California Eastern District case #1:24-CV-01169. Filed October 02, 2024. ((4)) Virgin Islands District Court case # 1:25-CV- 0017. Filed March 25, 2025. ((5)) Virgin Islands District Court case. # 1:25-CV- 0029. FILED July 2025. ((6)). Virgin Islands Supreme Court case # SCT- CIV -2025- 0210. My favorite case, after "Reply to Judges Orders" security said Judge wanted nothing to do with this case. Good luck in Washington DC they said. 169

170// Procedural Due Process

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or

public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. 170

Aliens: Entry and Deportation.—The Court has frequently said that Congress exercises "sovereign" or "plenary" power over the substance of immigration law, and this power is at its greatest when it comes to exclusion of aliens.463 To aliens who have never been naturalized or acquired any domicile or residence in the United States, the decision of an executive or administrative officer, acting within powers expressly conferred by Congress, with regard to whether or not they shall be permitted to enter the country, is due process of law.464 Because the status of a resident alien returning from abroad is equivalent to that of an entering alien, his exclusion by the Attorney General without a hearing, on the basis of secret, undisclosed information, also is deemed consistent with due process.465 The complete authority of Congress in the matter of admission of aliens justifies delegation of power to executive officers to enforce the exclusion of aliens afflicted with contagious diseases by imposing upon the owner of the vessel bringing any such alien into the country a money penalty, collectible before and as a condition of the grant of clearance.466 If the person seeking admission claims American citizenship, the decision of the Secretary of Labor may be made final, but it must be made after a fair hearing, however summary, and must find adequate support in the evidence. A decision based upon a record from which relevant and probative evidence has been omitted is not a fair hearing.467 Where the statute made the decision of an immigration inspector final unless an appeal was taken to the Secretary of the Treasury, a person who failed to take such an appeal did not, by an allegation of citizenship, acquire a right to a judicial hearing on habeas corpus.468

In certain cases, the exclusion of an alien has been seen to implicate the rights of U. S. citizens.469 These cases have often been decided by the lower courts and involve U. S. citizens' First Amendment rights, which the Supreme Court appeared to recognize in its 1972 decision in Kleindienst v. Mandel.470 However, U. S. citizens have also asserted that the exclusion of an alien has impinged upon the citizen's due process rights.471 In Kerry v. Din, five Justices agreed that denying an immigrant visa to the husband of a U. S. citizen on the grounds that he was inadmissible under a provision of federal immigration law (which pertains to "terrorist activities"), without further explanation, did not violate the due process rights of the U. S. citizen spouse.472 These Justices differed in their reasoning, though. A three-Justice plurality found that none of the various "interests" asserted by the U. S. citizen wife constituted a protected liberty interest for purposes of the Due Process Clause.473 For this reason, the plurality rejected the wife's argument that, insofar as enforcement of the law affected her enjoyment of an "implied fundamental liberty," the government must provide her "a full battery of procedural-due-process protections," including stating the specific grounds on which her husband's visa had been denied.474 A two-Justice concurrence did not reach the question of whether the U. S. citizen wife had asserted a protected liberty interest, but instead concluded that the consular officials' citation of a particular statutory ground for

inadmissibility as the basis for denying the visa application satisfied due process under Kleindienst, which requires only that the government state a "facially legitimate and bona fide reason" for the denial.475

171//        Procedural due process rights are more in evidence when it comes to deportation or other proceedings brought against aliens already within the country. Deportation proceedings are not criminal prosecutions within the meaning of the Bill of Rights.476 The authority to deport is drawn from the power of Congress to regulate the entrance of aliens and impose conditions upon their continued liberty to reside within the United States. Findings of fact reached by executive officers after a fair, though summary, deportation hearing may be made conclusive.477In Wong Yang Sung v. McGrath,478 however, the Court intimated that a hearing before a tribunal that did not meet the standards of impartiality embodied in the Administrative Procedure Act479might not satisfy the requirements of due process of law. To avoid such constitutional doubts, the Court construed the law to disqualify immigration inspectors as presiding officers in deportation proceedings. Except in time of war, deportation without a fair hearing or on charges unsupported by any evidence is a denial of due process that may be corrected on habeas corpus.480 In contrast with the decision in United States v. Ju Toy481 that a person seeking entrance to the United States was not entitled to a judicial hearing on his claim of citizenship, a person arrested and held for deportation is entitled to his day in court if he denies that he is an alien.482Because aliens within the United States are protected to some extent by due process, Congress must give "clear indication" of an intent to authorize indefinite detention of illegal aliens, and probably must also cite "special justification," as, for example, for "suspected terrorists."483 In Demore v. Kim,484 however, the Court indicated that its holding in Zadvydas was quite limited. Upholding detention of permanent resident aliens without bond pending a determination of removability, the Court reaffirmed Congress's broad powers over aliens. "[W]hen the government deals with deportable aliens, the Due Process Clause does not require it to employ the least burdensome means to accomplish its goal."485 A closely divided Court earlier ruled that, in time of war, the deportation of an enemy alien may be ordered summarily by executive action; due process of law does not require the courts to determine the sufficiency of any hearing that is gratuitously afforded to the alien.486 171

172//        If you claim to have warrants for my case then that's just a quick Franks Hearing, Franks v Delaware, 1978. For facially deficient warrants with no probable cause. Bring me your warrant and I'll humiliate you. US Attorney General does not have the power to make any warrant exemption either. I'll humiliate you there as well. 172

**{{[[[ In United States v United States District Court (1972), also known as the "Keith" case, the Supreme Court ruled 8-0 that the Fourth Amendment requires a warrant for domestic security surveillance. It held that the Attorney General cannot bypass Judicial Approval for wiretapping, rejecting the claim of "inherent" presidential power. CASE DETAILS: 407 U.S. 297 (1972). CONTEXT: The Nixon Administration argued that the Attorney General could authorize warrantless wiretaps

against "domestic" threats (specifically, a bombing involving white supremacist John Sinclair), citing National Security. THE RULING: The court held that while the President has the duty to protect national security, the Fourth Amendment protections against unreasonable searches and seizures are paramount, particularly when dealing with domestic, rather than foreign threats. KEY PHRASE: Justice Powell stated that th "inherent vagueness of the domestic security concept" necessitated Judicial oversight (babysitting once again) to protect civil liberties. (Weird ideas like I said many times). SIGNIFICANCE: The decision firmly established that "domestic security" is not a valid exemption to the requirement for a warrant. THE RULING: The ruling applies exclusively to DOMESTIC ISSUES, explicitly leaving open the question of the President's power regarding foreign intelligence operations. MY TAKE ON THIS: My take on this matter is that whether American or Foreign National or even visitors to the United States. The Constitution and American Laws apply to them the same. They must adhere to our American Laws and we all agree on this fact.  On the other hand, Ministerial Laws predetermined by Congress Protect them the exact same as any American Born. Whether Born or not, we all have the Federal right to citizenship. American Convention on Human Rights, 1969. What Trump did to the 73,000 Asylum Applications was in fact a Conspiracy to deprivation of Rights. 18 USC 241,242. ]]]}}**

173// Adam Schiff must answer all my numbered paragraphs one by one separately and if he does not agree with something then state the particular part he does not agree with. I'm expecting a Harvard Masters responses not a crack head. 173

174// When you are all done being delusional schizophrenics with weapons injuring innocent Americans, you will realize myself and the 1900 purges are the only ones enforcing any fucking laws. The immigration operations are not enforcing laws unless they are on a Warrant for Jurisdiction. It's the violation of federal law laws that gives law enforcement jurisdiction into the case and the legal safeguard of the affidavit signed by a District Judge to protect from weird fucking ideas. 174

175// I'm arguing against a federal cover up operation. All my paperwork from is Supreme Court case # 25-7002 was changed and was not even the same case in the docket at the U.S. Supreme Court level. All this paperwork has been changed the exact same where none of it is the same as I filed it and made it. The FBI and DOJ Investigation won't even let me do anything on any computer nor print anything for all these court cases. I was required to "just turn in and file" the garbage I had left and get it investigated by the District Court at this point. I got the Clerk to print me off the case on March 26, 2026. And none of it was the same as I filed it. Half was missing and what was left over was manipulated and changed. Bondi and the DOJ Fraud Forfeited over $18 trillion dollars from the US Virgin Islands District Court. Senior District Judge Wilma A Lewis as a Testimony Witness. This is 100% a Cover Up operation.  175

176// Compare the Watergate scandal with just the Renee Good killing Cover Up and Alex Pretti killing Cover Up. And millions of dollars embezzlements by Noem, Bondi and Patel. The embezzlements of millions are a normal thing these days. Then the firings of the DOJ Investigators on Renee Good case early March 2026 who got caught up in Bondi and Noem pathological lying about the investigations. At no point did they have a Warrant to investigate Renee Good for Domestic Terrorism nor did they ever at any point conduct such investigations. The 1900 "purges" all had Warrants approved by District Judges for exactly what they were investigating in their affidavits for the Warrants. 176

177// Everybody hates lawsuits. When you're losing a lawsuit and it's fucking pointless to go to court, it's called a settlement. Not kill the plaintiff because you have the technology to kill. I'll kill you after. Try adhering to law next time. 177

178// You are sexually abusing me still and trying to kill me. 7:00am April 1, 2026 if you are still doing this I'll charge you with life imprisonment or death sentence hopefully. Let's try this one last time. 178

179// Trump, Bondi, Wray, Patel, Noem. Conspiracy to deprivation of rights. 18 USC 241., 18 USC 242., 18 USC 249. Bias-motivated hate crimes. 179

180// Human Rights Enforcement Act, 2009. Attempt & Conspiracy. Page 2, Middle pages. The opposition of 18 USC 2340. Opposition of 8 CFR 208.18, 28 USC 509B, CAT, 1984. American Convention on Human Rights, 1969. Federal Clause. Article 28. Article 5-1, 5-3. Criminal Procedures Act. 180

181// Extrajudicial Domestic Terrorism Conviction when they knew I was innocent American, for the only purpose of Cover Up of a $500 million lawsuit in January 2025. Wray lied under Oath during Congress Meeting about my case when he knew my case was a Torture-discrimination case. The text messages are proof. Plus I served Wray and Patel all my paperwork November and December and January for my Torture Lawsuit. Committed intentional Torture. Premeditated Attempted Murder. Conspiracy to Murder. 18 USC 1113, 18 USC 1117. January, February, March, 2026. Every single day is a killing attempt. Premeditated First Degree Attempted Murder. Daily. Unlawful Ordering sexual abuse, sexual assault, and the elements of rape laws. The FBI and DOJ Investigators following unlawful orders. Every day, all day and all night. Extreme sexual assaulting to my penis, testicles and prostate. I'll explain in the hearing. 181

182// The immigration are largely Extrajudicial Deportations. Trump cancelled the asylum applications to 73,000 immigrants and if they have a hearing for deportation, they will fight that they had an asylum applications. They are all being deported without the required hearings, and procedural due process clause "aliens and deportation". And Trump ex post facto laws. They must all be grandfathered into it. And keep their asylum applications and "moving forward" laws. Being deported without any whatsoever criminal procedures act, starting with federal rule of criminal procedure 41. Article 5-3. Right to be free from ex post facto laws. Article 9. And right to nationality. Article 20-3. American Convention on Human Rights, 1969. Federal Clause, Article 28. THESE ARE FEDERALLY PROTECTED RIGHTS AND FREEDOMS. Same immunity as Trump and did not have the power to do any of this and deviation from ministerial laws. The immigrants have the same immunity as the President in this case and so do I due to the Federal Clause. This is a deviation from the 28 USC 2680a. And does not have the discretionary powers to do why he is doing. I'm not arguing presidential power or abuse of power. I'm arguing federal discretionary powers against ministerial American laws and constitution. When the president is just another federal employee and he does not have special discretionary powers to violate laws. Making him above the law. "No one is above the law" I keep hearing from Bondi, Congress, Trump, and everybody in that Jerry springer show I watch on my phone every day. 182

183// Trump using ad hominem laws for my case, calling me a extrajudicial terrorist without criminal charges and no due process to defend myself and kill me, the immigration case targeting that group of immigrants and literally bias-motivated hate crimes by cancelling their asylum applications of 73,000 immigrants then kicking them out without due process, and also for the 1900 purges case. Making personal attacking American Law. All cases are literally where "personal attacking" is being replaced with American laws. 183

184// Personal attacking is Bondi specialty for all her problems for never answering questions with Congress and also to all the victims. To personal attacking everyone. Even Noem personal attacking her ex husband releasing pictures of him cross dressing as her excuses for her affairs she gets questioned by Congress. 184

185// Ad hominem (Latin for "to the person") is a logical fallacy and rhetorical tactic where an opponent's character, motive, or personal traits are attacked instead of their argument. It is used to discredit a position by undermining the speaker. In law, this refers to targeting specific individuals with legislation. Abusive Ad Hominem: Directly attacking a person's character (e.g., calling someone a liar rather than refuting their data). Circumstantial Ad Hominem: Suggesting someone only holds a view because of their circumstances or vested interests (e.g., claiming a doctor supports health, but only because they profit from it). Tu Quoque ("You also"): Accusing a person of hypocrisy to dismiss their argument (e.g., "You can't tell me to stop smoking; you smoke too!"). Legal/Policy Context: Ad Hominem Criminalisation

and the Rule of Law: The Egalitarian Case... refers to "ad hominem criminalization," where laws are specifically drafted to target particular individuals or specific groups rather than general, equal, and impersonal legal rules.

Synonyms and Related Terms. (1) Personal attack. (2) Smear campaign. (3) Character assassination. (4) Mud-slinging. (5) Argumentum ad personam  Ad hominem is often used in political debates, legal arguments, and online discussions to distract from a lack of evidence or a weak case. 185

186//        10:33am, March 31, 2026. I made the paperwork for this case and the FBI and DOJ Investigators changed everything and I finally give up and we require HPSCI internal affairs to investigate this case and I've decided to criminally charge everyone. I told everyone that if they fucked with my paperwork they would get charged. So murder me and poison me and I'll come back and take your souls from your living bodies. That's the goal currently. Is to die doing this and then kill you. I don't know how "answering the summons" is going to work when this is not the summons due to this federal cover up operations. Adam Schiff must have HPSCI Investigate this case, get the original summons to answer, then answer the summons for this case without obstruction of justice by this federal cover up operation. Investigate the paperwork Court Fraud if the US Supreme Court as well for case 25-7002. None of the paperwork is what I have made to file them filed at the courts. 186

187//        This case is where the Courts and Judges and Congress all know about this cover up case of a $500 million dollar lawsuit and this is the case where money is more important to the United States than (1) criminal justice and (2) innocent American lives just because I'm 45 years old and white working male. So everybody is game for killing me over lawsuit money to cover ups of their guilt. This is Trump cover up because Kamala Harris wanted to mediate and accountability for the case in January 2025. 187

188//        I was in Saskatchewan in a small town close to Maple Creek in 2020, during the COVID pandemic. In the next town over was a Native American guy filling up his tank with gasoline. I was being Tortured this way at the time and being killed when I heard on the radio that the Native American guy did not want to pay for his gasoline, so he went inside the store and shot the owner of the gas station in the face. The police were looking for the Native American man. He was caught the next day and I followed his story while being Tortured to death with chemical weapons without being accused of committing any crimes. The Native American man went to jail and then his criminal trial. Must have been a good lawyer because he was sentenced to 26 months jail. He served 18 months and was let out of jail. At that point I was furious as I was still being Tortured to death every single day. Not as furious as I was because the store owner was a family man with 3 little girls and till this day they must live without a father. He destroyed an entire family and their lives. Still being

Tortured for "crazy" without being accused of doing anything. I then moved to the United States in March 2022 because I was dying and wanted to see my children one more time. Being killed for all this time, chemical torturing, Hybrid Warfare with mind reading/ Chemical Nerve Warfare on me for all this time. Seeing my children was a disaster while being Tortured and keeping my distance is the best thing until I can put these mother fuckers in jail for what they are doing to me illegally. It's 2026 and I'm almost dead from what's being done to me. This is life or death for me and a death sentence the most cruel and unusual possible punishment. 188

## SYNOPSIS ON ALL THESE 4 CASES ADAM SCHIFF CAUSED

189//        The two dimensions of the Rule of Law to elucidate the connection between that concept and the value of civic equality. In this subsection we draw an important connection between 'horizontal' and 'vertical' legality by arguing that certain kinds of governmental wrongdoing are best characterised as attacks upon the distinct 'mode of association' that the Rule of Law creates. In the first place, as Dworkin's maintains, government according to law matters.

""not merely in the sense that the law is enforced as written, but in the more consequential sense that government must govern under a set of principles in principle applicable to all. Arbitrary coercion or punishment violates that crucial dimension of political equality, even if, from time to time, it does make government more efficient.66""

My take on this is that there must be a balance of Liberty. And Reasonableness Standards for Government Intrusions, literally protected by the Equal Protections Clause of 1868 and the Civil Rights Act, 1871. 42 USC 1983. These are not only the Reasonableness Standards for government intrusions of the Fourteenth Amendment but also the Fourth Amendment literally protected by the Civil Rights Act, 1964, more for Excessive Force. Literally the Reasonableness Clause, 1791. This is a Bivens Cause of Action, January 12, 1971. Bivens Cause of Action regulates and is regulated only the Fourth Amendment. Any Federal Agency act against Liberty is an act of Tyranny, and "any act" deviating from society normal behavior or deviations from ministerial laws which are predetermined by Congress to protect Americans, IS LITERALLY A PROCEDURAL ISSUE. And the discretionary function exemption. 28 USC 2680a. The law for "I'm doing my job" or "I'm acting like a retard" and earning lawsuits and making the United States chase lawsuits because none of us know how to "act normal" any fucking more. This is called by some "barbarism" but I call it "National Federal Agency Trailer Trash", lawlessness injuring people and humiliating our Federal Agencies on a national level.

Arbitrary governmental decision making violates civic equality for similar reasons to individual law breaking. Whether operating as group agents or as collections of individuals,67 governments acting outside their legal authority substitute the behaviour law requires with a freestanding and unlicensed decisional act, in much the same way that an individual citizen might. This disrespects civic equality because it casts governments as more than the executive agents of their

people, constituted for the purposes of securing their communities of law. Rather, it implies them to be rulers in the more elevated sense of social or civic superiors, justified in issuing unilateral decrees to their inferior subjects.68 This abrogation of equal status is contrary to the horizontal dimension of the Rule of Law even though it manifests as a vertical breach of the social contract between the rulers and the ruled. Indeed, such vertical violations arguably attack the egalitarian spirit of the Rule of Law more vociferously than violations on the part of any individual citizen. As Murphy argues, all obligations to obey the law, even though grounded in the same basic set of moral considerations, are agent-relative in that their normative weight depends upon the harm non-compliance would do to government under law itself.69 Governments are uniquely placed to do considerable harm in this regard, given: (i) their pivotal role in securing the Rule of Law within our public institutions; and (ii) their relative potency vis-à-vis the personal power of most private individuals. Violations of legality perpetrated by governments also have significant expressive impact because of the trust that is necessarily placed in them by their people.70Within a community of law, such acts subvert a core purpose of government: the maintenance of civic equality through the institution of law.

In what follows, we argue that arbitrary coercion or punishment is not the only form of harm that our rulers can perpetrate against the Rule of Law: it can also be attacked through acts that take legal form but nonetheless run contrary to civic equality. Specifically, we contend that any laws engaged in ad hominem criminalisation are incompatible with the status-egalitarian foundations of legality, even if they are otherwise Rule of Law compliant. Such ad hominem laws go beyond creating inegalitarian outcomes, such as creating or maintaining unjustifiable resource distributions. Instead, they either explicitly or implicitly target particular individuals or subgroups, differentiate them as 'enemies' or 'dangerous others'71 and then instrumentalise them as a means for the security of the majority.72 This undermines the status as citizens of those affected by placing them in a tripartite, asymmetric and ultimately unjustifiable regime of criminal regulation. 184

### Ad Hominem Civic Equality

'The most fundamental objection' to instances of ad hominem legislation 'is their violation of the principle of equality that there should not be "a special rule for a particular person or a particular case"'.73 This stems, as Allan explains, from the more general proposition:

Victimization of unpopular persons or despised minorities is excluded not merely by the requirement that coercion must be authorized by general rules, but by the further requirement that those rules should themselves be justified by policies or principles consistent with the ideal of equal citizenship. This ideal of civic equality in terms of the distinct 'mode of association' established by the Rule of Law's horizontal dimension and, in the previous subsection, we further argued that particular kinds of governmental wrongdoing can undermine these (status-based) associative bonds. In this subsection, we characterise ad hominemcriminalisation as one distinctive mode of such wrongdoing, building upon the insights of

Allan and others to offer a general definition that captures its uniquely egregious violation of civic equality. On our account, ad hominemcriminalisation exists wherever law, through the use of individualised control, either explicitly or implicitly, differentiates between the status of (i) particular individuals or groups and (ii) society at large in such a way as to instrumentalise the treatment of the former for the benefit of the latter. These three elements—individualised control, differentiation and instrumentalisation—each raise distinct moral issues vis-à-vis status-egalitarianism. Moreover, when all are instantiated within the same legal directive, civic equality is violated to a uniquely egregious degree. 189

190// Individualised control, to quote Crawford, consists in 'tailoring the response and regulatory regime—the rules, obligations, conditions, support arrangements, mechanisms for enforcement and monitoring outcomes—to the circumstances of those who are the subjects of regulation'.75Whatever its other merits might be, this kind of regulation creates a formal asymmetry between those subject to it and those 'ordinary' citizens who remain regulated by non-individualised legal standards. This is problematic because, as argued above, the very status of civic equality is instantiated and expressed by a society's uniform subjection to the same scheme of governing principles. Any formal asymmetry that seemingly diverges from this mode of association condition must therefore demonstrably cohere with civic equality in substantive terms or stand in violation of that ideal. In the criminal context, particularly given the exclusionary nature of punitive sanctions, this entails that such asymmetry imposes a uniquely weighty burden upon government to demonstrate that individualised criminal regulation 'corresponds to an intelligible requirement of the public good', such that civic equality is publicly observed.76 Crucially, given the demands of civic equality, this public good cannot be 'the utilitarian "greatest good of the greatest number"' but must be that of 'an all-round association', capable of 'securing ... a whole ensemble of material and other conditions that tend to favour the realisation, by each individual in the community, of his or her personal development'.77 This means that, for individualised control to be consistent with the egalitarian foundations of the Rule of Law, the asymmetry it generates must be justified by an appeal to the security of a body politic to which the subject individual possesses equal membership (and therefore equal civic status). If no such justification is provided—or if what has been provided is normatively implausible—then the prima facieviolation of civic equality represented by the formal asymmetry of individualised control will truly undermine civic equality. Our concern is that, in the case of genuine ad hominem criminalisation, the twin vices of differentiation and instrumentalisation operate so as to implicitly deny equal status of this kind. In so doing, these vices both compound and confirm the prima facieexpression of status-inequality individualised control affects. 190

191// Bottom line about my case (1) not being accused of doing anything (2) not being charged with anything and no warrants whatsoever  (3) no criminal record and I'm 45 years old, not a 19 year old man. (4) 23 years of this bullshit intense surveillance as a terrorist, behind my back for "he thinks he's a navy seal" 100% false accusations with no criminal

charges. (5) how is this not criminal harassment (6) how is this not personal (7) how is this not discrimination (8) how is this not bias-motivated hate crimes. (9) how is Trump not a fucking Terrorist on my case and the other 2 I have here. 191

192// What is happening in my case is straight forward extremely abusing a 45 year old innocent American male. If you judges don't do anything about this case, I swear to Christ you have forced me out of my own country and I will kill you with a nuclear fucking attack. I have no money and I'm fine here. I'll leave my own country I was born in and fucking kill all of you. This is the "Pearl Harbor" scenario where I'll fucking finish you for starting trouble with people who want no fucking trouble and destroyed my fucking life. Retaliation is for small minded people, but these federal agency employees are at the point of psychopathy and require to be separated from the public for public safety and crime prevention. They need to be locked up immediately to stop injuring innocent Americans. After 450 days of Torture, Cover Up Operations by Trump, and 7 Judges, 5 lawsuits already, my Tolerance for stupidity has run out. If you Judges support their lawlessness, you're literally forcing me out of my own country and I'll kill you. 192

193// Neural-data is too powerful to be irresponsible with, and these people not only are irresponsible with American lives, but with powerful technology and an extreme liability to the United States as "the biggest mistake was to hire and entrust these stupid individuals". Without the capabilities of neural-data technology, the DOJ has "nothing on me". Before January 2020, from 2003- 2020. For 17 years of intense surveillance, not one time was "turrets syndrome" or any "crazy" mentioned in my files for a full 17 years until the neural-data started. My brain is in fact 100% normal brain. FBI and DOJ Investigations Causing extreme concussion, extreme brain seizing, epilepsy, and 100 mental illness and 100 mental disorders being cause by this Torturing of the brain. All at the same time. From symptoms of turrets, to symptoms of delirium, hallucinations, bipolarism, and 95 other mental disorders including extreme PTSD, traumatic stress disorder, and chemical substance traumatic fear and extreme allergic reactions on top of the hallucinations.  The capabilities of the demonstrations of the neural-data capable of doing this to any human being, any brain they want to. Hallucinations, drugging and poisoning with chemical nerve agents and many other substances literally hallucinating and what I call "THE BAD TRIP". 193

194// Trump could have stopped the conduct 450 days ago, but he did not. Then fucked me over in the courts to stop me from getting money for lawsuits. That's fine, at least I'm not being killed any more and can just go to work and live life. But no, the psychopath shit they did to me was "advocate in court for your life as we kill you and Torture you to death for 450 days". Then obstructed you from seeing any Judges as the only manner to save your own life, by absolutely obstructing you from writing any paperwork for court on paper as you go insane trying to make cases for court, then trash talking you behind your back with 100% lies as a cover up operation as you try every court in the country to see a Judge

as the DOJ lie to the Judges about you, and the judges listen to the defendants as they trash talk you behind your back. And the only way to save your life is to see a Judge. Then they obstruct you from the courts with all their staff in the US Supreme Court on April 1, 2026. You can't even file anything in the docket. I'm not even allowed to file anything anymore in any Courts. So before I die, be assured I'll flee the country, find one of many that want to nuclear attack the United States and fucking nuclear attack you stupid fucking bitches. I want you all dead at the same time. This is a fucked up death game the FBI and DOJ are Tormenting me with. I'll fucking kill you Judges  if you do nothing about these cases. 194

195//       Literally Federal Lawsuits for lawlessly and without warrants or illegal warrants of any kind going around shooting, killing, and Torturing and intentionally attempted murdering with chemical nerve weapons. I'm a gold mine. For $10 billion for Dr Linda Davis Lawsuit. The Victims like Good and Pretti and Martinez  are villainized as "terrorists" or attackers as a cover up for their lawlessness. Monell Claim LOL. 195

196//       EVERY SINGLE TIME I AM CALLED "CRAZY OR FUCKED UP" WHEN I AM TOLD I REQUIRE "PUNISHMENT OF TORTURE TO DEATH JUST FOR BEING BORN" BY THE FBI. BY ANY LAW ENFORCEMENT IS THE SAME AS ME CALLING BLACK PEOPLE NIGGERS AND SAYING YOU DESERVE TO BE TORTURED FOR YOUR BLACK NIGGER SKIN. 196

197//       I'M FUCKING DISAPPOINTED AT THE BLACK JUDGES ABOUT MY CASE, to complain about racism their whole lives just to turn around and discriminate upon me.  197

198//       I AM SUING THE DOJ AND FBI FOR DISCRIMINATION. FOR CALLING ME CRAZY AND TORTURING ME FOR HAVING A DISABILITY. SO THEY CALL ME CRAZY TO THE JUDGES. THEN THE JUDGES DISCRIMINATE UPON ME TOO, CALLING ME CRAZY AS WELL. NOT FOR ANYTHING I HAVE DONE. 100% DUE TO "ABNORMAL MENTAL ACTIVITY", WHICH IS MY TURRETS SYNDROME. 198

199//       THESE JUDGES HAVE LOST THEIR MINDS, COMPLETELY GONE STUPID. 199

200//       Since I filed my lawsuit #2, I would have prayed to feel the way I feel today. For the past 65 months of "the deepest depths of hell". 200

201// About 3 months ago, they have slowly been bringing my levels down to today. Lower every week. Still Torturing and tormenting me, but my levels are lower every week. I would have prayed to feel the way I feel today. I am still being Tortured, but much less Torture. The completely numb my whole head and brain, and body from the death pain also. My emotions completely blocked so that I cannot feel the traumatic stress from the Torture. Nor can I ever feel happy, excited, or feel love or even enjoy anything. 201

202// This is 100% premeditated Torture until my short life is over. With the Intent, Knowledge and Motives to Murder me. The "Mental Element" is 100% satisfied in this case. A very specific and deliberate Torture to my death. A very engineered Torture with Chemical Weapons. 202

203// For the past 75 months, my freedom, all my human rights, my way of life came under attack by government agencies because I have Turrets Syndrome. At the time it was called "Abnormal Mental Activity". That's expected when a person has Turrets Syndrome. It was a series of deliberate and attempting to murder me with serious deadly acts daily for 75 months of brain concussion, gassing me with VX Nerve Agents gasses and liquids where just 10mg on the skin kills you from Cardiac Arrest when it hugs your heart and squeezes. The victims were myself, my children who suffered with no father and my sister who killed herself because I could not take care of her when my father passed away like I had promised. I could not work due to being Tortured and could not help her like I promised. I felt like I killed her myself. All our lives were ended by evil, despicable Terror and Torment. These violent attacks with Chemical Nerve Warfare daily has filled us all with disbelief, terrible sadness, and a quiet, unyielding righteous indignation that grew stronger the more I was wronged. These acts of gross violations of human rights were intended to yield me into madness and insanity daily Tormenting me and making me overdose daily on Chemical and Biological Toxic substances intended to poison me. I will have nightmares of the brain seizuring and epileptic seizures in my sleep for ever from this attack to my brain and body and heart and lungs. The experimentations with my Turrets Syndrome I will have traumatic stress for the rest of my life and the evil and demented experiments to torturous levels every single day all day and all night for 75 months straight. So torturous my brain used 20% of my body oxygen at rest, they would torture my brain so badly it would run itself out of oxygen and I would go unconscious and a concussion all the time all day long. I have survived so far, nobody has ever survived 75 months of "more than lethal doses of Nerve Agents daily". That's the exact definition of daily First Degree Attempted Murder for 68 months consecutive. I am the only survivor ever known to survive Nerve Agents exposure for this long. The brain damages are extreme. The damages to my bones, muscles, cartilage, vertebrae and discs in my spinal column are eroded and demineralized. My digestion and organs suffer daily by the poisoning and have permanent damages. My hormones are completely dysfunctional for life, I am now impotent for life. And hair loss. My whole body has rotted from the inside out, where poisons are deadlier than bullets, and hurt more with excruciating internal pain and suffering. Nerve Agents are the same deadly as Anthrax, where the same amounts kill you. Extremely poisonous and

venomous where one drop kills 10 men. It's a weapon of mass destruction, used in the past to kill 1700 soldiers. I was Targeted for attack because of Abuses of Power, and extreme discrimination to my disability, a neurological nerve disorder all over my body, heart and lungs. From my fingers to my toes and brain itself, even affecting my digestion. I have experienced extreme evil, the very worse of human nature, and I have responded with lawsuits and criminal charges to those responsible for this horrific crimes against humanity. Immediately following the first lawsuit in California, retaliation from the FBI daily, and got even worse when I served Christopher Wray my Torture paperwork, in January 2025 he offered me money at first, then turned on me and ordered me to be Tortured to my death for Terrorism. The FBI are powerful, and an army after 1 disabled defenseless man. I have filed emergency motions to the courts hoping for rescue efforts. But keep getting ignored by the court systems enabling the FBI to further Torture me and retaliate even more. My first priority is to seek help and end this madness, the FBI and DOJ are truly out of control, and get my restraining order and protect myself from these criminals from further daily attacks. I am facing corruption and conspiracy to murder me within the legal system, the weaponization of the entire legal system against me and must criminally charge all those responsible and to bring them to justice. I will make no distinction between the FBI Terrorists who committed these acts and the DOJ who harbor them. I appreciate so very much the members of Congress for standing strong behind serious human rights violations and setting up our legal systems to check on government corruption. I am joined with all those who want peace and security in America and the world. I am one man combatting Terrorism and FBI and DOJ conspiracy to murder me. My security and the security of my family has been threatened and abused for so long, I don't remember what it feels like to not be Tortured. I prey that one day I will be remedied by a power greater than any of us. God has not yet stopped my heart to save me despite daily attacks to my heart and lungs making me overdose daily on Chemical Weapons. This is a day when all Americans will unite and stand for justice and peace. America has stood down many enemies before, but Americas biggest enemy is within itself in the form of abuses, corruption and conspiracy. I will always fight against Terrorism no matter what the form. None of us will ever forget this case, yet we go forward to defend American Freedom, and all that is good and just in our world. I am a proud veteran of the United States Navy with an honorable discharge, I am a proud American and will never stop fighting for my American Freedom, like our forefathers and all our military members that have died for our life, liberty and American Rights, Freedoms, and Values. To be honorable when the time arises, to be responsible with our daily lives, and be completely honest with ourselves and others, and in the best case, end the suffering of others when you can help. Greatness is not building wealth and a kingdom for yourself. The great people of our past were measured by how much they did everything for others. 203

204//      These people have gone absolutely insane. Just like the Muslims crashing the airplanes into the Twin Towers for "ALLAH". They believed in ALLAH so much that they gave their own lives and all thousands of the 9-11 Twin Towers victims. This is the power of belief, that fuels people with severe mental illnesses. And they have no accountability for their actions, and no insight as to what they did was even wrong. They believe in it so much, that they give their lives

for what they believe in, these severe mental illnesses are called "PSYCHOPATHY". True insanity of the FBI and DOJ. Believing that Torture and Murder is (1) for the benefit of the United States (2) they are doing an excellent service to their country (3) it doesn't matter the laws they break because it's for the good of "public safety" (4) that I deserve to be killed for having Turrets Syndrome for "public safety" (5) I am a Terrorist and FBI Americas most wanted criminal when I have no criminal record, I never committed any crimes, and this whole case doesn't even have a crime related to it. NO CRIMINAL ACTIVITY BY ME WHATSOEVER. I must make it clear that every single FBI and DOJ and DEA on my case is being criminally charged the same as the other one. Everybody gets charged the exact same. Everybody dating back to March 2022. 204

205//          The fucking FBI and DOJ are truly fucking demented and delusional. Severe Mental Illnesses caused by their work. The FBI and DOJ believe that I'm a Terrorist for having Turrets Syndrome so much that they are willing to give their lives to it. And they enjoy my suffering. They literally thrive off my pain day after day as I beg the courts to save my life from these psychopaths. They believe so much that what they are doing is for the benefit of their country, the more I suffer the more they love it. All of them together, feed off my suffering and pain. 205

206//          The DOJ and FBI are a textbook case of insecurity disguised as control. Patterns are predictable, motives are shallow. Not profound but pathetic. No one is impressed, no one thinks or believes what the FBI believe, that this is done for any sort of "public safety". This was orchestrated like they thought they were god. Premeditated Torture until my short life is over. Now look at them. Sabotaging all my emails and phone calls to lawyers for help, over 1000 emails across the country. All help from the news, my phone would completely stop working. Phone for any help, my phone would shut off. Looked at how to make Restraining Order motions, my internet would stop working every time. Studying for many years telling the FBI every single day how ridiculously sued they would be soon. While the FBI Tortured me, I vowed to god they would be sued every single day all night and all day long for 1600 days consecutive. They spent years preparing and Torturing me while I studied to sue them. They sabotage all my paperwork after I filed my paperwork online at the courthouse. Lie about me to everybody to manipulate everybody behind my back, Fraud Upon the Courts, Legal Fraud, and Violent Interference with my rights to make Complaints and be heard in Court by the Judges. 3 lawsuits, over 800 pages filed, over 60 documents I have filed trying to get 1 hearing for a Restraining Order from being Tortured to death with Chemical Weapons. The FBI keep deleting all my work that I work hard to do. All my emails I have all my work stored in and delete things from my phone all the time, on a weekly basis. They have sabotaged all my court cases and manipulated all my motions and changed everything I have filed to make me look like an idiot. Completely destroyed all my cases in Pacer online. They changed the Federal civil procedures laws online 4(I). They changed online the ratifications to the Convention Against Torture, 1984. The truth is that they are dumb as they come. Intentional false accusations just like the DOJ in the case Brady v Maryland, 1963. Withholding information from the courts of Brady innocence to have him

sentenced to the death sentence. And the FBI in case Elhady v Kable, 2019. "False accusations of 19 Muslim Terrorists". Low, sloppy, weak and dirty. Don't ever try to convince others that what you're doing is for "public safety" when reality is just Hate Crimes, motivated by my disability being done intentionally under the false guise of National Security. False guise of Terrorism. Everybody sees through their bullshit, you want the truth? Here's the one they will hate the most, if the DOJ and FBI would have taken accountability for the first lawsuit for just $500 million dollars Monetary Damages. Instead they decided to have me Tortured the worse death known to mankind until my short life was over. The retaliation to making a Torture Complaint. And Conspiracy to Murder, now costs $3.72 Trillion Punitive Damages. This is classic coward behavior, and refusal of accountability and bias-motivated criminal behavior called "psychopathy", War Crimes, FBI Terrorism by law. With the use of Chemical weapons, Nerve Weapons of Mass Destruction (morally hideous, killed 1700 people at once) on an American of disability, 100% bias- motivated and driven. Christopher Wray made a confession to everything. Retaliation based on Internal Political Instability at the time. January 2025, the "purging" of the DOJ and FBI for corruption and Conspiracy. The last thing they needed was a fucking Torture lawsuit dead center at the time of the "purges". Cover-up by murdering me. Instead of stopping torturing me and covering it up. That would have been ok, it's just a lawsuit then if they would have stopped the Torture immediately and then covered it up. But to cover up by murdering me is not OK. Evolution of events to 3 lawsuits and desperate attempts to save my own life from the FBI. Desperate attempts at getting a Restraining Order to save my own life. Just for my cases to be sabotaged after I file all my paperwork online. On Pacer. The Judges think I'm a retarded crazy person that came down in my space ship and I eat brains and hunt little kids to eat their brains just because I have Turrets Syndrome. These lawsuits still saved my life because it got "more eyes" on the case. They are not going to murder me in front of others. But if I ever stop filing lawsuits and nobody is looking again, just like in January- April 2025 I'm fucking dead. I was in the emergency room in California with 2 ambulance rides to the hospital for bleeding to death from the FBI poisoning. They sold me fake airplane tickets, train tickets I missed because they made me bleed to death. Tortured and attempted murder on the airplane to Washington DC with VX Nerve Agents. You touch it and it kills you. 10mg on the skin kills you. Not only did I overhear the FBI talking about it, but I saw who they were as well in the airplane. I did not make any issues about it whatsoever. When a person is truly tortured there's no anger or revenge. Just want to get as far away from it as possible and try to forget about it. I touched it and I had Cardiac Arrest. I was not going to survive this Torture until I came to St Croix and they realized they cat Torture me like California and Washington DC because I was in the emergency room the whole time I was in Washington DC with 6 ambulances to the emergency room in 15 days. 15 out of 18 days spent in the emergency room on morphine for the pain. But the morphine never even helped. I was too paralyzed and the excruciating pain of it. Couldn't even walk or sit anywhere. When it was too much and I was completely paralyzed and in excruciating agony and pain I knew I had to call the ambulance again to come save me. So they Tortured me just enough to not call the ambulance after my first 2 nights on St Croix in the emergency room. I filed my 2nd lawsuit within 1 week of being in St Croix. The FBI thinks they are smarter than everyone and can manipulate everybody around them, when the truth is everyone sees right through them and see the truth. A 6th grader can see the truth in this case. 206

207// The money is your fucking problem, not mine. You wanted to save $500 million by conspiracy to murder instead of doing the right thing. Now this Conspiracy to Murder costing $13,270,501,250,000. Christopher Wray confessed to it. Fucking retard. That's called "fishing in a barrel". 207

208// The Criminal Negligence of all the complaints I made to the FBI, 15 phone calls to the FBI complaint number. I recorded the dates and times in 2022. 44 administrative claims to the FBI Los Angeles Legal Unit. all the 3 lawsuits and 60 motions, over 800 pages filed at the courts to the point of Intentional Conspiracy to Murder me. To completely intentionally block me from getting my Restraining Order. 208

209// This case creates a culture where anyone who is a victim of abuse and Hate Crimes feels more comfortable coming forward knowing that the type of behavior isn't going to be acceptable any longer. 209

210// Look at the way I treat and have always treated other human beings. Everybody who ever worked with me loved me. The women I dated were always respected, things just didn't work out because I was being drugged. Look at the way you treat human beings. Just because I'm not "FBI" doesn't make people less of people. 210

211// When Elon Musk get sued for raping a woman for 631 days straight and does weird shit like dress her and marry her in his basement. Then cages her. And rapes her every day. Weird shit. She is not "capitalizing from his money". that's just getting sued for doing weird shit. That sounds like fucking heaven actually. 211

212// You're all fucking lucky I completely understand the circumstances no matter how fucking stupid they are, but not your mentality. I'm not in any fucking way charging you people. Tort Liability will pay for your stupidity. You're intelligent people doing stupid shit. For no fucking god damn reason whatsoever. 212

213// The FBI decided to be "the feelings police" and "the body police" with me. That's very feminine thing to do to me. Literally insane transgender police after me. Very sick and Disturbing Sexual abuses and hormones poisoning. Deciding for themselves that my emotions are illegal and going to the gym was illegal. My hormones are illegal and natural testosterone is illegal. Attacking my testicles. And making me completely dysfunctional. This is weird shit. The FBI are definitely sitting around in a "round table" dreaming up the weirdest shit they could ever do to their American. Citizens.

They deserve more than lawsuits for their incompetence. Words can't justify the level of stupidity they have conducted. More stupid than a 6 year old retarded child on a leash. 213

214//          1600 days straight of weird shit Torture with chemical weapons and experiments with my turrets syndrome and mind reading. That's fucked up shit. That's just getting sued for fucked up shit. the only thing you didn't do was literally marry me in the basement. But raped my mind and enslaved my brain. Tortured my brain, heart and lungs. Spinal cord, muscles, bones, cartilage, spinal discs. Sexuality, hormonal torture and sexual aggravated mayhem. Completely dysfunctional, my natural testosterone is destroyed. Testicular abuse, sexual abuse. Neurological aggravated mayhem. Nerve torture. Electrolysis to the brain and nerve vertebrae paralyzing me. I am definitely 60% paralyzed, damages to my nerves in my right leg, feet, all the way up my spinal cord into my brain and major brain damages. Being raped and marrying Elon Musk in his basement for 631 days sounds like heaven on earth to me. Words will never do justice to my experience. There's no possible way to describe being attacked with chemical weapons, other than poisoning and venom. Which it is exactly. This doesn't even come close to the experiences 24 hours per day in my sleep and awake all day long. The seizuring of the brain. You guys did an excellent job on the weirdest fucking shit anyone could ever do to a human being. Disability motivated crimes. Literally hate crimes. 214

215//          "Shall not dismiss my case just because it's against the United States". 5 USC 702. Read 5 USC 706 as well. Just in case you need a guide on what a Judge is supposed to do. Which is basically "act normal". This fraudulent behavior is expected from the FBI but not the DOJ and Judges.  I'm fucking sick and tired of "nothing is normal". 215

216//          It's fucking time things get fucking normal really fucking quickly. You're making things abnormal. Not me. I'm the one begging for normality. This is fucking insane. You fucked up. Fucking take accountability like a fucking man. Own your mistakes, don't fucking run from them. Until you admit to yourself you fucked up, things will never change. Your lack of insight on who the Terrorist in this case really actually is. 216

217//          There was a confession by Christopher Wray to ordering my Torture for Terrorism in January 2025. And it almost killed me in California. What more do you Judges want than a fucking confession from the Defendant to listen to me in court. And to be heard for being Tortured and First Degree Attempted Murder. 217

218//          What fucking more than a confession do the Judges want so that you give me my Restraining Order. You must now pay another $5 Trillion Dollars until the day I get my Restraining Order. Every single Friday will be another $5 Trillion Dollars until I get my Restraining Order. 218

219//          Worse than being shot with bullets, worse than breaking all my teeth, worse than fracturing my skull with a concussion  24 hours per day. Worse than breaking bones m. Makes breaking bones feel like mosquito bite. The suffering I walk away from, the pain will be forgotten, but the experiments with my turrets syndrome will die with me. I have traumatic stress from testosterone and being drugged. Even with my sexual dysfunction and my natural testosterone being non existent. I will never take testosterone replacements due to the estrogen conversion I experienced for 23 years. This is a true nightmare for a man. Even bigger nightmare is the hormones to eat away my muscles. This is called muscular dystrophy. Eat away my cartilage and degeneration of my spinal discs. My knees, my hips. The demineralization of my bones. Fractures in my bones from nothing. My organs never functioning right, the extreme weight gain, 80 pounds in just a couple years, then lost 10 pounds. The complete destruction of my body because my body is "illegal". It's a "threat" for me to go to the gym. I keep trying to just look good for women to date better looking women. The FBI keep destroying my body. With bad testosterones, illegal, inhumane testosterones. There's hundreds of types of bad and inhumane testosterones. Not approved for humans to use, literally a poison and biological substance. There's about 70 types of testosterones safe for human use. The testosterones used on me are far from pharmaceutical grade and poisonous. My body being eaten from the inside and there's nothing I can do except not worry about it and get my restraining order. Nerve Agents are venomous, so poisonous that one drop kills 10 men. So toxic that it's a toxin in the Biological and Toxins Weapons Convention, it's a Chemical Weapon, on the Chemical Weapons Convention. Hideous Chemical and a "Weapon of Mass Destruction". Used to kill 1700 men in the past. It causes brain seizuring immediately and never ends, my brain has been seizuring consecutively for 2030 days. A constant state of concussion 24 hours per day while being experimented on by these evil and demented people. The true evil side of humanity.  Because of the FBI. Body convulsions in my sleep are sometimes the most painful experiences I have ever woken up to. The cardiac arrest I wake up to every single day and the torture to my heart intentionally attacking my heart with nerve agents and electrolysis. The VX Nerve agents in Bakersfield all over my house. It paralyzes you, hugs your heart and squeezes the worse pain known to mankind. The fear of death is worse than the pain knowing when your heart stops one time, you're dead. 1/3 of your whole body is paralyzed and you feel the nerve agents move through your body from your legs, to your fingers and then from the left side of your heart to the right side and then suddenly squeeze your heart. 10mg on the skin kills you. The VX Gassing in my bedrooms everywhere. The ppm of gasses is uncontrolled. It liquifies in your lungs and shuts down your central nervous systems. The pain is so excruciating the most inhumane pain known to mankind, the FBI must freeze and numb my whole head and brain to not die just from the brain pain. This numbs my body for the pain to my whole central nervous systems. And my heart as well. As the FBI attacks my heart every single day, for about 12 hours every single day. The FBI administers multiple times lethal doses of nerve agents to me every single day to intentionally Torture me. I keep filing this case to be 1300 counts First Degree Attempted Murder but nobody gives a shit just because I have a disability and everybody thinks it's cool and funny to do this to people with disabilities. No fucking FBI are going after trying to murder you fucking niggers for your fucking nigger skin. 219

220//    Everything on the Chemical Weapons Convention is a Weapon of Mass Destruction. 220

221//    You bunch of discriminating mother fuckers. Don't talk to me about fucking discrimination for being Tortured to death for the way I was fucking born.  Fuck you fucking niggers. Fucking discriminating on me and murdering me for it. You fucking pieces of shit and you smell like a piece of shit and you look like a piece of shit too. 221

222//    This Torture is morally hideous. And everybody just lets the FBI do it to me. While I'm begging for help from the Courts. Because I'm just a defenseless man with a disability. 222

223//    The last black hanging in Florida was the exact same case as mine. I don't want to be a fucking statistic like him. Or in Jacksonville, Texas in 1998 when a black man was tied up and dragged to death behind a truck with big letters on the back window saying "REDNECK". I was in that town working when it happened and saw the blood on the truck.  I don't want to be a fucking statistic. These are fucking hate crimes,  Just like my case. 223

224//    Psychopaths have no "insight" that what they are doing is wrong. The FBI and DOJ belief that Torturing me for my disability, literally murdering me is "law enforcement" and "saving the United States from me" and "public safety" and "serving justice" and "it's a threat for me to live an active and healthy lifestyle" and "going to the gym is a threat" and "they must destroy my body". Just like the Muslims commitment to ALLAH before they flew the airplanes into the Twin Towers in 9-11, 2001. 224

225//    The FBI are cold blooded murderers, nor caring about people's feelings in whom they make suffer and pain. Innocent or guilty, doesn't matter to them. I don't expect the FBI to know anything about empathy, honesty, love and respect to human beings. The FBI have more than proved the "good people" they are. I have experienced exactly the cold blooded "good people" the FBI are. I'm amazed they don't eat their young. Savages and animals behave the way the FBI have behaved in my case. This demonstration of cold blooded Torture to an innocent man is truly disgusting and outrageous. Not only that, but "framing" me to be something I am not intentionally to have me murdered. These demonstrated actions are truly outrageous and for this, the United States will be paying the full amounts of $3.72 Trillion For the actions of the FBI have demonstrated. The DOJ was no better. The Judges are the most disappointing out of everybody in this whole case. It's psychological torture when you expect excellence from Judges and get treated worse

than a dog that attacked their baby in the streets by the Judges. For no reason whatsoever, this demonstrated attack to me has cost me 68 months of my life, 23 years total of my life. But since the filings of my lawsuits, I found out how dangerous I truly am and how threatening I truly am with powerful words put together in the form of lawsuits. It's not the powerful words that are threatening, it's the truth on paper that is threatening and dangerous to the FBI, DOJ and I have been exiled from humanity for writing the truth on paper and begging for the help of Judges in the District Court. God forbid people know the truth!! Everything must be done behind his back and with no due process to defend himself so that he can be lied about!!! God forbid the truth on paper! The evil paper with the truth is obviously Terrorism when filed at the District Court. I have become the FBI American most wanted criminal, writing the truth on paper and filing it in the District Courts. Begging for help from these cold blooded savages before I become like Henry Gilbert. I envy his death because he was only Tortured for a few days before his death. I envy his crushed skull, I envy his broken ribs and his broken legs. I was beaten a couple times like Henry Gilbert in handcuffs, the broken bones are like mosquito bites compared to the attack of chemical weapons to the Central Nervous Systems that causes so much straight pain to the brain that it causes brain trauma and brain damage. My fractured skull and busting out 5 teeth from the past felt like a mosquito bite compared to this morally hideous Torture with these Weapons of Mass Destruction. Sounds like heaven on earth to me rather than being poisoned with Chemical Weapons, and other Biological and Toxic Chemicals the FBI uses on me for 68 months consecutive, much more than lethal doses daily of Chemical Weapons for the cold blooded Torture of an innocent American of disability, just for being born with a disability. The fucking FBI don't feel what I feel, just see my levels of pain on a screen, but after the first beating in handcuffs, and all the heart attacks and Cardiac arrests from the first year I have endured, toughened me up for the suffering and pain I endured the next 5 years, knowing that if I'm not unconscious and in a coma, then I'm still alive and if I can still limp and walk, then I'm still alive and there's a chance I will survive this cold blooded brutality and savage attack upon me. Chemical Weapons are poisons that hurt more than bullets internally and the death is the same, but more gruesome and morally hideous. 225

226//        The legal element for Terrorism is "use of a Chemical Weapon". 226

227//        The DOJ and FBI psychopathy of Torturing and Murdering me for my disability and no crimes ever committed, no criminal record whatsoever, under the false guise of National Security. 227

228//        This case is 100% bias-driven hate crimes to my Turrets Syndrome. I expected more from the black Judges when it comes to a discrimination case. How many times do you want to be called nigger to open your fucking eyes. Names hurt sometimes, you feel a "righteous indignation" inside of you. Try being Tortured to death by the FBI for being the way

you were born. Everybody just laughing at you when you're begging for help. That fire of righteous indignation will burn strong and forever within me. 228

229//       You fucking piece of shit Black Judges are just as bad towards me as the police were to Henry "Peg" Gilbert in May 1947. Saying I deserve to be locked up just because I have Turrets Syndrome. Exact words from Emile Henderson. Then the same repetition from Wilma A Lewis. Whom are also being criminally charged, but a resolution for minimum paid 6 months in a mental hospital can be arranged before returning to work. Just like the FBI, DEA, DOJ and everyone else in this case. Gus Davidson was driving and hit a calf by accident, and he was threatened at by the farmer. Gus Davidson then shot the white farmer and hid in Henry Gilbert's house. The white mobs and everybody were looking for them. Henry Gilbert was brutally beaten, skull crushed, broken ribs and legs. The pain I endured was much greater pain than Henry Gilbert experienced, Nerve Agents and electrolysis to the central nervous systems making a broken bone feel like a mosquito bite. The brain pain and torture was like nothing in this world, the nerve vertebrae was unlike any natural thing in this world, the most painful pain known to mankind straight to the brain causing brain trauma and brain damages from the pain and traumatic shock and Nerve Agents. I was praying for a humane jail. Begging the FBI to just arrest me and put me in jail for 5 years if they wanted to. Praying for death but always too chicken shit to kill myself no matter how much I was Tortured. I've tried too many times while being Tortured. Now I never even think about suicide no matter how bad it gets. I know for a fact I'm too chicken shit to do it. The chief of Harris County Police who took the blame for killing Henry Gilbert stated that he killed him out of "self defense", that he picked up a chair and attacked him and it was necessary to kill him. This sends chills down my spine because poisons kill the same as bullets do, but hurt more internally. What the FBI does to me every single day is worse than being shot by bullets. The FBI say this is for "public safety" what the FBI does to me. No investigation was conducted into what the Police Chief had said happened to Henry Gilbert. In my case, the investigators that investigate are literally the ones Torturing me to my death. Laughing at me trying to be heard in court. As they change my paperwork after I file all my documents online, then manipulating the Judges behind my back. Henry Gilbert was brutally, unjustly murdered because they had the will and wisdom to build something in a time that because of your color, you were not supposed to be able to have all this. Their farm and everything they had. This was a painful moment for their whole family. In my case, the suffering of my children, my sister committing suicide after my father died, when I could not help her because I could not work and help her even though I had promised I would take care of her. I felt I killed her myself. My children suffered without their father, my whole family suffered through this whole Torture. The pain and the suffering are completely different from one another. Where the suffering is worse than pain for 68 months consecutively. Suffering and pain is a lifestyle, while I beg these fucking piece of shit Judges to help me. I get the same discrimination from the Judges and FBI as Henry Gilbert from the Police in 1947. I admit to being lucky to still being alive. Many months I never thought I would be alive today. Thank god I made these lawsuits and filed them. The FBI won't murder me with other people looking. In 1947, when the White Sheriff thought a black man should be eliminated it was

possible and done. Obviously if the FBI Director feels I should be eliminated for my Turrets Syndrome, "abnormal mental activity", it's possible and done across the Country, not just in Ventura, CA. Not just any death, but the most inhumane death known to mankind. Gus Davidson, 1947 ran from the FBI because he knew he was to be hung. He was caught and brought back for trial. Otis Moss Jr, said the white prosecutors and Gus Davidson white defense attorneys used the word nigger just as much as one another. He thinks the defense attorney called Gus Davidson nigger more than the prosecutor did. In my case, everybody around me never stop calling me "Crazy" just for having Turrets Syndrome. Not only that but Tortured me for 68 months for "He's Crazy" and everybody believes I should be murdered in 2025, not 1947. The word "Crazy" burns through my soul worse than nigger ever has for the Judges. The man who said this about the prosecutors, Otis Moss Jr, was sitting in the colored section of the courtroom, "a section just for the niggers above the white section of the courtroom", watching the white jury condemn Gus Davidson with a verdict of "guilty without mercy". Georgia court said "Davidson must Die". This is the exact verdict that Christopher Wray condemned me with in January 2025. "Guilty of Terrorism Without Mercy" "Michalopoulos Must Die". Torture until his short life is over and we will call it "Terrorism". Through his own brilliance, Gus Davidson appealed to the Governor, whom commuted his sentence. Was Paroled in 1961. "A SACK OF BONES" was all that's left of Henry Gilbert after the County Sheriff was through, AND YES, THE UNITED STATES OF AMERICA HAD THEIR WAY WITH HENRY GILBERT. THE UNITED STATES LITERALLY BUTCHERED HENRY GILBERT In 1947, the criminal justice system ultimately failed. And those words are hollow and empty, if a persons heart is not changed. And the darkness of the failures of our Justice System can only be changed with accountability, not to beat yourselves up. But to own your mistakes and make sure these things never happen again, instead of a "Conspiracy Cover Up" and murder me. The Henry Gilbert case had no warrants of any sort and no Due Process whatsoever and the FBI identified that m. My whole case has no warrants whatsoever and no Due Process whatsoever. My case is the exact same case as Henry Gilbert, and my children will suffer for the rest of their lives as Henry Gilbert's children suffered. My family will always be broken, as I attempt to piece together my life once again, just happy to have survived. The Henry Gilbert case all started by a cow that walked onto a road and he hit the cow with a vehicle by accident. My whole case and Torture started from me making a claim at the bank for fraud when my ex girlfriend stole $10,000 from my bank account. In January 2020 They started mind reading me and found my Turrets Syndrome. I didn't even do anything wrong. Had me Tortured for life for "He's Crazy" due to "Abnormal Mental Activity". Which is my Turrets Syndrome in my brain. 100% bias-motivated Torture and 1300 counts of First Degree Attempted Murder with Chemical Weapons by the FBI alone. Since March 2022 when I moved to California. There's nothing that can be done to repay for what has been done to me for such an extraordinary amount of time. I worked hard to serve my Country, an Honorable Discharge from the U.S. Navy. I served my community, extremely hard worker and was a loving father and family man. But the "American Dream" failed me. The American rights and freedoms our forefathers and military bled and died for ultimately failed me when the UNITED STATES OF AMERICA HAD THEIR WAY WITH ME. The FBI is an army of hundreds of thousands, breaking 100 laws and human rights gross violations and abuses to go after one defenseless man of disability that breaks no laws and never wants nothing bad upon nobody. When I say my pain is very real, the nightmares of the experimentations with my Turrets Syndrome will die with me. The

PTSD will last my whole life. These injustices are at every single level among the DOJ and FBI from the Judges, to US Attorney Generals, FBI Directors and the FBI agents, mind readers on my case tormenting me every single day with Chemical Weapons. I have suffered enough. My children and family have all suffered enough. And these piece of shit Black Judges still will not be impartial, responsible and honest. To the Judges, it's only discrimination when it's to the skin, and feel it's OK to conspire to murder me because of my disability. This fucking case is retarded. You're all fucking out of control. Nobody is Torturing the Black Judges for their fucking skin. Don't talk to me about fucking discrimination. My question to god will always be "CAN YOU UN-TORTURE ME", with all my brain damages, body damages, and central nervous systems trauma. Traumatic Stress, all my sexual, hormonal deficiencies, dysfunction and my long recovery ahead of me. 229

230//        The Judges, jury, lawyers and prosecutors believed in 1947 that there should be a "colored section" for niggers in the courtroom. For "public safety". And what was done to Henry Gilbert was done for "public safety". This was all due to a serious lack of mental hospitals in 1947. 230

231//        Your belief and my belief of who requires mental health medication, serious treatment for severe mental health illness or even the definition of severe mental health illness are obviously different. Who's delusional and criminally insane, Stefan Michalopoulos and Henry Gilbert or the United States having their way with us. 231

232//        This delusional criminal insanity is expected by the FBI. They get weird fucking ideas all the time with no insight on how fucking weird they are. The DOJ duty and responsibility is to keep their agencies in check. That's safeguard number 1. The Judges to quickly eliminate any sort of stupidity, deviation from society norms gone too far. That's safeguard number 2. 232

233//        The FBI and DOJ glorify ego and performance. The characteristics of their true inherent dignity, with no worth of the human person proves more than how they treat those people they can exploit. Especially those American citizens with disabilities. These people thrive on crossing boundaries, on crossing the lines they interrupt. They insult with a grin, act dismissively to assert control. And are always looking to exploit weaknesses, and we are just expected to grin and bear it. I am constantly for 23 years being criminally harassed by these toxic people, not anymore when you've had enough of being disrespected. 233

234// FBI Director openly admitted to "Ordering me to be Tortured for Terrorism". And how it was the "Internal Political Instability" at the time of the FBI and DOJ "Purging" in January 2025. How it's a bad time for a corruption Torture lawsuit. 234

235// Are you fucking Judges going to fucking smarten up yet and give me my restraining order. Next week will be another $5 Trillion dollars. I believe the total amount to date today is $3.72 Trillion Next week is another $5 Trillion dollars for failing to give me my Restraining Order. 235

236// This whole case is a fraud write-off. Any fraud, the case is forfeited to the other party. Pacer fraud. Judge Fraud Upon the Court, in writing and filed intentional fraudulent dismissing my second case without any hearing as required. After I won my lawsuit by Default Judgement. I was just waiting on a hearing date for my relief, restraining order and money. Also legal fraud, failure to comply ministerial laws CAT, 1984. DOJ and Judges Legal Fraud. 3 rd lawsuit fraud, Pacer docket manipulation with the dates, also changing all my lawsuit documents and all my filed papers. That's why everybody thinks this is a car accident lawsuit. Not a Torture lawsuit. This whole case is absolutely garbage. Everything I filed was manipulated to make me look retarded. Since the beginning in October 02, 2024. Getting nowhere due to the fact the FBI just manipulated all my filed paperwork after I filed it. Changed everything in my computers. Deleted all my emails, deleted all my research and screen shots. Stole paperwork from my bedroom in Bakersfield, replaced paperwork with fake paperwork in the kitchen of my house in St Croix. Blocked all my calls and emails to get lawyers. Over 1000 emails and phone calls nation wide. Lying to the Judges I am an extraterrestrial came down in my spaceship and I eat brains and kidnap 10 year olds to eat their brains too. 236

237// This case is 100% accurate. It's impossible to even file a false claim against the United States at the District Court level. The Administrative claim process to the agencies FBI Los Angeles Legal Unit eliminated false claims. To prevent flood of false claims in the District Court. The Agency (1) gave me permission to sue the United States (2) gave me the exact start date of this whole case March 2003 (3) guaranteed me I had the correct agency. Not because they are stupid, but this is FTCA procedures. They investigated my case and within 2 weeks the FBI Los Angeles Legal Unit mailed me my permission to sue the United States, did not want to settle at that point thinking they could fight the case in court. Settlement can happen at this point until the Judgement. 237

238// I keep filing everything about this case. The FBI keeps deleting everything I file after I file it at the courts on pacer. Modifying all my paperwork and documents. All my cases are garbage. All my cases are 100% manipulated. 3 lawsuits are 100% garbage and then they block me from seeing the Judges. 238

239// Block me from defending myself against the FBI 100% intentional false accusations. 239

240// My emails got deleted, everything in my photos and screenshots get deleted. 240

241// Christopher Wray admitted to ordering to torture me. I FUCKING GOD DAMN PROMISE MY NEXT LAWSUIT WILL BE FOR THE GRIEVING FAMILY OF HENRY GILBERT. For the United States not only brutally murdering Henry Gilbert, but they BUTCHERED HIS BODY, and nothing but a sack of bones was given to the grieving family. THE NEXT UNITED STATES LAWSUIT FOR $5 TRILLION DOLLARS. (1) The statute of limitations does not apply for this case. Butchering a black man is psychotic (2) the statute of limitations for the FTCA is 2 years from the time of the incident or from the time you learned it to be possible to sue for it. This was a cover up case so the statute of limitations is different. (3) in Torture laws, the family gets the compensation in case of death, there no statute of limitations for time in this matter, applies jurisdiction and subject matter jurisdiction into any U.S. District Court. 241

242// THE UNITED STATES HAD THEIR WAY WITH HENRY GILBERT AS THEY ARE HAVING THEIR WAY WITH ME, BUT I'M FIGHTING TO NOT BECOME LIKE HENRY GILBERT, NOT YET. 242

243// A chopped up, butchered body, sack of bones given to my family. Because that's where the evolution of events of this case is leading. 243

244// After I'm done with the United States for my case, they are next. These Hate Crimes must be addressed or else they will always be repeated. My lawsuits will build a culture that this lawlessness by the FBI and law enforcement will have consequences. 244

245// THIS FUCKIG COURT HAS GONE STUPID. THE JUDGES ARE JUST AS BAD AS THE FBI AND DOJ. I KNOW ALL OF YOU REALLY LIKE IT, BUT YOUR METH AND HEROINE IS REALLY BAD. PUT THE FUCKING CRACK PIPES DOWN FOR FUCK SAKES. 245

FOR SURE NONE OF YOU ARE FUCKING SOBER WHATSOEVER. 246

LAW ENFORCEMENT AND THE COURT SYSTEM OBVIOUSLY HAS NOT CHANGED ANY SINCE 1947 REGARDING HATE CRIMES. I'M AMAZED THIS COURT DOESN'T HAVE A SECTION FOR THE NIGGERS. 247

BECAUSE OBVIOUSLY IF A MAN HAS A DISABILITY, HE HAS NO RIGHT TO THE COURT SYSTEM WHATSOEVER. NO FUNDAMENTAL RIGHTS AND FREEDOMS WHATSOEVER. 248

FUCK THOSE RETARDED PEOPLE WITH DISABILITIES. THEY DON'T DESERVE THE SAME TREATMENT AS NORMAL PEOPLE. 245

THEY DESERVE TO BE TORTURED UNTIL THE END OF THEIR SHORT LIFE. 250

The United States better smarten up about what their law enforcement does "under color of law", which is "within the scope of their employment". These lawsuits will keep coming. They are never going to stop until you give me my fucking restraining order. This is a Conspiracy to Murder for fuck sakes. 251

The Terrorist Watchlist is 100% discrimination. It was inevitable for the FBI to take it too far eventually. This was all expected to happen one day. This is what happens when there's a deviation from society norms, our Constitution and American laws. 252

The FBI has erased from me all evidence of the first 2 cases so that they can completely change the first 2 cases. And the third case as well, they literally changed my paperwork at home for modified paperwork. This whole fucking case is a Fraud write off. 253

The courts are enabling this FBI behavior. You're all fucking with the United States money. Ask the taxpayers what they think about this case. 254

**Keep calling me CRAZY because of my disability you fucking niggers.** 255

What part of "I'm fucking dead if the Judge doesn't give me my Restraining Order" doesn't everybody understand. What part of this is not understood. The Judges will pay another $5 Trillion dollars today. And next week let's see if the Judges smarten up and give me my Restraining Order, because it's $5 Trillion Dollars per week until the Judges give me my Restraining Order.  Don't forget that you all are also being sued for $10 billion dollars per day as well. That's $155,000 per second for being fucking retarded. 256

I don't know how any one of you feels any microscopic amount of intelligence when you go home from work about this case. 257

All this to just "call me CRAZY" behind my back, Without even any sort of professional diagnosis from anybody. You're all stupid as they come. How in the fuck have all of you survived this long? How do you stand up straight and walk with your level of stupidity. It's a great thing the United States entrusted you people with extraordinary discretionary powers to make them chase lawsuits. You all have to change your trouble making mentality. When you stop going out there looking for trouble with people that don't want no trouble, you'll stop being sued ridiculously. 258

The FBI almost stopped looking for trouble with black people. Now they are learning their lesson with causing trouble with disabled people as well. 259

The most ridiculous thing about this whole case, the FBI requires this mind reading technology to discriminate upon me, because without this mind reading technology, nobody even knows I have a disability. The FBI literally must drug my brain with poisonous chemical weapons to do things they say my brain does. 260

Stop fucking around with disabled people. Until the FBI has jurisdiction over this case, and has a crime to investigate. You will be sued ridiculously for the harassment. 261

You Judges don't know the person that I am, but set aside that I've been destroyed by 68 months of Torture, I love who and what I am and hate who and what the FBI troublemakers are and why they want to destroy me. 262

I have a long road of recovery ahead of me. At least 5 years of intense rehabilitation and medical attention. Like being hit by a speeding truck. Poisons and Chemical Weapons eat you alive from the inside out. 263

This is a court conspiracy to murder me. Give me my fucking Restraining Order immediately. 264

The FBI are fucking retaliating on me again and these Judges are fucking useless. Give me my restraining order right fucking now. Here's another $5 Trillion dollars and another $5 Trillion dollars per week until you give me my fucking restraining order. 265

The FBI are retaliating on me again and everybody is just sitting around laughing at me begging for help from the Judges. You enjoy being useless fucking Judges? Keep fucking ignoring me you fucking pieces of shit Judges. Conspiracy to fucking Murder you coward mother fuckers. Fucking pay then. You think this is a fucking joke. Fucking laugh now you fucking coward. Your kindergarten attitude and immaturity is unacceptable and unwarranted. Give me my fucking restraining order for the biggest criminal harassment case in American history. 266

How fucking sickening, morally hideous is this fucking case. 267

Unwarranted, grossly disproportionate, unjustifiable assault and abuse, Experimentations with Disabled person, Criminal Negligence, Criminal Harassment, Conspiracy, FBI Terrorism, Hate Crimes, Chemical Warfare, War Crimes, 1600 counts First Degree Attempted Murder, Poisoning, Cruel and Unusual Punishment. Mind Reading, Criminal Equal Protection Clause, Criminal Warrant Clause, Criminal Reasonableness Clause, Criminal Federal Clause, Criminal Substantive Due Process Clause, Criminal Violent interference Procedural Due Process Clause Jurisprudence. I have not received my restraining order yet, been 17 months, 60 filed motions and documents, and 3 lawsuits trying to get my rights respected, while being Tortured and daily First Degree Attempted Murder with Chemical Nerve Weapons. And no

restraining order from "Torture until my short life is over" and Conspiracy to Murder. This Conspiracy to Murder is the reason I have not received the restraining order against this Conspiracy to Murder. 268

269//        The FBI and DOJ are at the point of sabotaging my whole case on the internet. On Pacer everything I have filed and my 3 previous cases are all sabotaged. Everything I am filing is useless garbage now. The Judges still refuse me my safety from the FBI. Completely sabotaging my case and sabotaging me to the Judges. 269

170//        FBI, DOJ and Judges "Failure to protect me from Torture" and issue me my restraining order. My "right to judicial protection", Article 25. American Convention on Human Rights, 1969. States. Restraining orders are for law enforcement as well. Convention Against Torture, 1984. Article 13. Protection from all ill-treatment. 270

171//        The Judges are acting like drunk high school girls, allowing themselves to be lied to by the defendant and manipulated behind my back. This is 100% Police Perjury behind my back. AKA "Testalying" to convict a person. Let's keep doing this and see how many lawsuits it takes for the Judges and DOJ to follow the American Directive Convention Against Torture, 1984. Signed in New York City. A ministerial law. 271

272//        The FBI, DOJ and Judges are absolutely out of their minds. Completely out of control. When did American District Judges become such shameful, corrupt criminals. There are many other Terrorism District Court cases against the FBI. Why is mine any different. 272

273//        I am helpless without seeing my Judges. The FBI are manipulating the whole case behind my back. Literally lying about me being an extraterrestrial that came down in my spaceship and I eat brains. I hunt little girls and eat their brains. And the fucking Judges believes the FBI even though they have never arrested me in 23 years for anything and I have absolutely no fucking criminal record whatsoever. Why in the living fuck are the Judges allowing themselves to be manipulated by the FBI like drunk high school girls and the FBI wants to sleep with them. Put the fucking crack pipes down everybody and see the fucking truth. 273

274//        A woman lawyer in Cold Lake, Alberta. Canada, was my lawyer for my abusive relationship with my ex wife. (I lived and worked there for 7 years). Ex wife  had called the police and said I hit her when I did not. The lawyer had

my charges dropped. She later became the Judge in the town. The Canadian Security and Intelligence Service (the equivalent American DOJ and FBI combined) and Special Prosecutors (drove in from 3 hours away) were trying to falsely accuse me of something I did not do. That woman Judge told them to their faces in court "you're making a mockery out of my courtroom". She then had the charges dropped right in front of their faces. 274

275// Why did the Judge say "you're making a mockery out of my courtroom"? Because they weee making a mockery out of her courtroom and she did not let it happen. Not in her fucking courtroom. That's a real fucking Judge. 275

276// Easy to falsely accuse me behind my back, but reality in the courtroom. 276

277// I was in a gas station in Wisconsin years ago, and my keys got locked in my car. The gas station lady called the police and sheriff. Within 15 minutes, the police showed up with a kit to break into my car and opened my vehicle for free. Told me to have a good day. The FBI have their priorities mixed up, their purpose mixed up somewhere. 277

278// My painful words speak life and a loud cry for help from the Judges. To end this Torture nightmare and put a check and balance government corruption and conspiracy. To use the legal system provided by our great free country. Because without Due Process, America is no free country at all. 278

279// Everything that happened in this whole case for 23 years to me. Happened only due to FBI deviation from American Laws and our American Constitution. There's laws for everything the FBI are accusing me of. The question in this whole lawsuit is: "if you are accusing Stefan of anything, why were the laws not followed". "Where are the warrants". "Where are the Criminal Charges against Stefan". Looks to me like he is 100% innocent. No criminal record whatsoever. In America, even if Stefan killed a man in front of a police station, he is innocent until proved guilty in a court of law. Looks to me like this case is personal. Opinions of the FBI based on his disability. 279

280// How do all of you not expect ridiculous lawsuits. 280

281// My new toy "princess" will be China's microwave satellite destroyer. Does absolutely nothing except send the strongest fucking microwave into the air from my house. When I get pissed off enough, deploy princess. And go fuck

yourself. The FBI can keep their bed bugs away from me and fucking stink sprays to make me smell bad. When I build my house they will be far away from me with their substances and criminal harassment. Princess is my own peace of mind. I'm sick and tired of harassment and traumatized from the level of harassment. The meaning of being American is to enjoy the rights and freedoms our democratic society provides, and the opportunity our functioning government provides, which separates the percentage of poverty from other countries with more resources and much less population. I'm not having being American taken from me any more. I've had enough. There's nothing more American than princess. Rights and freedoms are enjoyed, it's an act of enjoyment. Without them, you're not having a very good fucking time and kill for them again. I admit I've passed that killing point for my life on January 24, 2026. When I got traumatized from this case. I'll fucking easily kill and burn all your bodies and enjoy it. I'll shoot 58 bullets into all your heads each. Until you have no head on your bodies. Because 43 bullets is not enough. Righteous indignation is powerful, but I passed that many years ago, Traumatic Stress is real, you just don't respect it that's all because you have no idea what traumatic stress really is. the Judges are all failing the system, due to neural-data technology and require to be a written analysis because of the neural-data discrimination I will be talking about. Both myself and Trump were victims to this neural-data discrimination as well. By far the 2 most harassed people by FBI and I'm sending a letter to the Guinness Book of World Records for the 2 of us for FBI harassment.  281

# Relief Sought and Injunctive Relief:

RELIEF #1//　　　　　$3.72 Trillion Monetary, Pecuniary, Non-Pecuniary and Punitive Damages. Yes, Punitive Damages are allowed in the FTCA Act, 1946 for all intentional Tort Liability. Never for unintentional Negligence of laws causing injury. Intentional misconduct is the factor in my case. The FBI has literally reinvented the term "morally hideous and disturbing" shit to do to people. Criminal Negligence, not just Gross Negligence or Negligence and Criminal Harassment, not just Harassment. This Torture and illegally defraud theft of information and manipulation. Physical, Psychological and Mental Torture, Mental Slavery, Attempted Extrajudicial Killings. Poisoning and toxic biological substances, and chemical nerve torturing. Neurological Aggravated Mayhem. This Torture was too disturbing and sexual cruelty. HPSCI will explain this phenomenon. $1 billion per hour. Non fucking negotiable upon HPSCI Investigation on how fucking sick and disturbing this was. There's no limit on the amount of money for this to be done to any innocent American intentionally for Trump retaliation purposes. If I was to kill Trump, I couldn't claim self defense at this point. Then get a Medal of Honor. Relief #1.

RELIEF #2//　　　　　Court Order for Adam Schiff to compel Bondi to return all my neural-data information and regulation of neural-data technology. Return my paperwork immediately because she is going to jail anyways. Tell her

never to pray to god or anybody. Who the fuck is she praying to? All my laws and regulation information that is literally her job she stole from me to use "as her own" and I am outraged. Bondi stole all my emails, notes from my phone, voice recordings, all my messages and Trump Communications. Bondi committed "Pacer Fraud" and changed all my cases on "Pacer" for the past 450 days. Most recently a couple months ago, Bondi stole and deleted all my neural-data technology work for the regulation and laws for the FBI and DEA to make their operations 10X more efficient and practical. Bondi requires to return all my stolen information especially my personal writing, and neural-data regulation writing or else this will cost another $1.5 Trillion Dollars. This is US Attorney General theft of information intended for me to take to Congress about the FBI and DEA Operations. This is the most serious theft of information any U.S. Attorney General has ever done. Bondi even stole all my Angel personal writing, and my journal writing. I am fucking outraged at this fucking retard of a woman cunt. Relief #2.

RELIEF #3//           Court Ruling to Adam Schiff for Angel Discrimination. I am being forced to be a closet Angel and killed for the way I was born. There are many others and they walk among us. I don't understand where people worship Angels but I'm a reality Angel and they want me dead for it. Even singing Angels like Volbeat. Reality of Messengers is different than what people think. Same with being gay. I had a gay roommate in the Navy in Sicily and he told me "guys turn me on and girls don't". The reality of Angels aligns with this statement in opening eyes to what reality really is. Angels and reality are not religion, the differences being Muslims, Buddhism, Christianity and all other religions are just different rituals followed by those that chose to live by those rituals and have the exact same god called by different names like Allah which means the exact same god as Christianity in Islamic. Federal Government Schizophrenic bullshit is costing me my life from Schizophrenic discrimination. Relief #3.

RELIEF #4//           Court Riling to Adam Schiff Criminal Procedures to be used for all Federal Operations. It's a requirement. Federal Immigration laws are enforced only with Criminal Procedures. Or else they are not enforcing laws whatsoever without the laws in the Warrant to enforce. This is called "Jurisdiction". Miranda v Arizona, 1966 must also be respected. Fucking respect it. Trump is retaliating on everyone for stating his power limitations, Adam Schiff must enforce the Discretionary Function Exemption 28 USC 2680a on Donald Trump to adhere to American laws. Donald Trump is illegally retaliating Congress criminal charges and Judges firings, criminal charges and lawsuits to Judges, and Ordering Agency Extrajudicial murdering innocent Americans. Trump has 300 lawsuits against him, mine is the only one he has to worry about literally going to jail, not just impeachment like Nixon Resigning from 93rd Congress. Make sure you study the Watergate Scandal and "Saturday Night Massacre". Relief #4.

RELIEF #5//           Court Ruling to Adam Schiff, HPCSI Investigation into the Fraud Forfeited Federal Agency Conspiracy to Deprivation of Rights for $18,370,501,250,000. Based on the merits of this Fraud Investigation, write a check

immediately to my name. Thanks. Maybe next time tell the Judges to give me $50,000 and I'll appeal the amounts instead of committing ultimate failure of obvious Fraudulent illegal activity. This case I'm filing is strictly a civil suit. The criminal charges will be a U.S. Supreme Court Ruling. Case No. 25-7002. Senator Adam Schiff Ultimate Failure and intentional dereliction of ministerial duty causing injuries to thousands of Victims. Relief #5.

RELIEF #6//            Court Ruling to Adam Schiff, Court Ruling to remove my name from all the Federal lists international and domestic for "suspected terrorist" and "Terrorism" and "Targeting", I was made an International Target "for life" because I slept with a beautiful woman in March 2003, her boyfriend on base hated me and fucked my life forever. "For life" means "until it kills me". These Terrorism Lists are being abused by federal Agents and Trump Administration making a mockery out of Counterterrorism. Common Law and legal precedent of 1868 equivalent to District Judge Anthony Trenga, Case "Elhady v Kable", September 4, 2019. Procedurally First Amendment Activities are Federally protected for all of us Victims. This is a discriminatory action by the DHS, FBI and the Administration. Protected by the Patriot Act, 2001 and DHS Act. Including "acts in self defense" are not Terrorism. The lawless Agency Actions are. These fucking people are making a mockery of Counterterrorism. It's not funded by the United States for retaliation purposes. Relief #6.

RELIEF #7//            Court Ruling to Adam Schiff, Bias-Motivated Hate Crimes 18 USC 241,242,249. All 73,000 Immigrants that had their Green Cards Applications cancelled (asylum applicants) by Trump require to be "grandfathered" into the new Ex Post Facto Laws. There's the "fair warning standard" American Convention on Human Rights, 1969. Racism comes in many forms, like Antisemitism is racism and towards Muslims and Foreign National Aliens as well. What this Administration is doing is bluntly "committing crimes" and being obvious about it for no reason or explanation. Then "shoving it in peoples faces" like "you can't do nothing about it". Not knowing the limitations of their discretionary powers to American laws. USING RETALIATION AND COERCION TO CONGRESS, JUDGES AND ESPECIALLY INNOCENT AMERICANS. When they don't have that Discretionary Authority that ends with ministerial laws and duty the same as the Federal Immunity of the "purges" that got fired. Same Federal Immunity the Immigrants have when Trump cancelled their immigration asylum applications and made 73,000 Foreign Nationals "overstayers" to be kicked out of the Country with Ex Post Facto Laws. The Immigrants require "fair warning standards". And Immigrants have the exact same Federal Immunity (Federal Clause), Same Federal Immunity Freedom from Ex Post Facto Laws as Trump that made them. I have tried my best to explain this to Donald Trump and helped him with his $230 million neural-data lawsuit even though he got 91 criminal charges in his 8 months of neural-data. But when he ordered my Extrajudicial Killing recently, I promised him a bullet in the head and to be hung like Epstein. Not sure how I'll accomplish both of them. Death by Nerve Agents "silent killer" is boring and makes no statement whatsoever. Trump's Conduct is a direct violation of Fourteenth

Amendment "Meaning of Being American", Equal Rights Protection Clause Jurisprudence. 42 USC 1983. Also direct Violation of Aliens and Deportation of the Procedural Due Process Clause. Relief #7.

RELIEF #8//          Court Ruling to Adam Schiff on Immigration Operations according to Procedural Due Process Clause ministerial Duty for aliens and deportation (1) enforce the procedural due process clause for aliens and deportation (2) enforce the criminal procedures act starting with Federal Rule of Criminal Procedure 41 you fucking asshole (3) for a National Apology to the Federal ICE Agents that were intentionally made to break laws and conduct National Trailer Trash. There's something called evidence when arresting any person. Evidence is tied to Warrants not any person. and how can there be a deportation without the evidence of a criminal offense which is a violation against the state. Immigration laws violations are a violation against the state. Humiliation of the Federal Agencies and their Agents. Caused a catastrophe of violence. Adam Schiff Ultimate Failure to Aid and Support this National Trailer Trash and causing all these deaths and national Violence. Over 20 attempts in 155 days trying to meet with this fucking person while getting destroyed by Trump Federal Agencies. Literally WW3 with chemical warfare for me to prevent deaths and violence. The ICE Agents actions and all incidents fall exactly within the elements of a Monell Claim, Civil Rights Act, 1964 excessive force. And I'm using it for Civil Rights Act, 1871 for Intrusion as well. A violation of Liberty. Relief #8.

RELIEF #9//          Court Order for Adam Schiff to do his job. Intentional dereliction of ministerial duty. The enforcement of the following. Fucking do your job you useless cunt. Adam Schiff and all of Oversight Committee and Judiciary Committee. You seek your successful career, to be the man you are in the position you are is to be the leader. Yes it has advantages to be the National leaders. But sometimes it also means as the leader, you have responsibilities. If you cannot cope with those responsibilities, stop looking to become the leader, the person you want to be but you are not, if you only want to chose "half of it". What means to be Congress or Senators. You want to have the advantages that go hand in hand with it. No... it's not working like this. Things don't work like that. You must take "the full package", man up to your responsibilities or quit because America does not want you. ICE Warrants for all detainments are for the guilty ones, even sidewalks and cars. And procedure due process clause are for guilty people. The criminal procedures act and the Fourth Amendment are for guilty people. Miranda v Arizona, 1966 rights are for all persons on American soil. The constitution is for all persons on American soil. Relief #9.

RELIEF #10//          Adam Schiff Court Order for the Criminal Investigation for the Federal ICE Agents for Bias-Motivated Hate Crimes 18 USC 249 to all the Warrantless Shooting Victims. Who Acted in their "Right to Self Defense" against ICE Agents and got murdered, and attempted murder shootings the ones that did not die. And the baby that "stopped breathing" when the ICE Agent killed and murdered that baby without a warrant. These are all fucking cover ups

by Bondi and that cunt will never stop me from putting this mother fucker in jail who murdered this baby. HPSCI Investigations must be conducted, not investigation is literally Conspiracy to Murder. 18 USC 1113, 18 USC 1117. 18 USC 241,242. Relief #10.

RELIEF #11//        Trump Administration is already not following 1000 court orders. This Court Order is to Adam Schiff to do his fucking job for once. Oversight and Judiciary Committee of these Federal Agencies is like being a babysitter for children. Sometimes you gotta tell them "you can't hit thy neighbor and injure people". The Warrant is a babysitter as well from Law Enforcement "WIERD FUCKING IDEAS ALL THE TIME". A legal safeguard to prevent all this fucking violence. Relief #11.

RELIEF #12//        Court Order for Kashyap Patel and Pamela Bondi and my personal own DEA Drug History Records so that we can all compare and the Nation will see how they are drug addicts. They call me a drug addict when they are both 40X worse than I have ever been my entire life. I will get their records and my personal own to show the Nation. I am the exact same age as Kashyap Patel, nothing separates me from this unemployed lawyer who sucked dick for his job. Calls me a drug addict, and I have the "federal right to reply". And demand his DEA drug addiction record from New York that FBI Civilian Police on USVI St Croix easily confirmed, July 2025. Go fuck yourself in front of the nation. I want this televised. Relief #12.

RELIEF #13//        The DOJ Office of Inspector General was founded for the Watergate Scandal, and investigation of U.S. Attorney General. Why does Bondi have control of denying investigations into herself when John Mitchell, Nixon US Attorney General rotted in jail for orchestrating the Watergate Scandal. If Bondi will not investigate, then fucking fire the cunt. She does not have the power to not investigate anything. Why do you tolerate this bitch. If she does not do her job, how is she not useless. Find someone better to do this extremely important job rather than some corrupt bitch picking and choosing Selective Justice as her personal goal. If you can tell me this cunt is governing the governed and not serving Trump personal interests I'll drop all my lawsuits completely. Relief #13.

RELIEF #14//        Tell me how these people are not a cancer to our functioning government. Useless Oversight is no better. These people's jobs are to adhere to laws and operate within the legal framework, "not anything to win". What are these people winning? Who are they against? Who's the enemy and why? When they are not doing their jobs and intentionally breaking laws, how is this not personal? No warrants and no criminal procedures? How is this not personal? Calling all victims terrorists after they get injured? How is this not a fucking outrage mockery of Counterterrorism? The

importance being "nobody wants 9-11 to happen again. Or school shootings and reality Terrorism". THESE PEOPLE ARE SERIOUS FUCKING DELUSIONAL SCHIZOPHRENICS. Take all of us victims off the Terrorist lists. Relief #14.

RELIEF #15//          These Federal Agencies are not enforcing any laws unless the laws are on a warrant. Evidence is tied to warrants including Immigration Laws Violations. To be deported. "I have a federal warrant" and lying does not count for anything. The 4 check mark and fake signature piece of paper without the name of the person even on it does not count either as a detainment and arrest warrant. Chicken scratch and trailer trash out there. Federal laws violations gives the Federal Agency Jurisdiction into this case. Probable cause of this law violation. Not reasonable suspicion. There's a huge difference. Without this they are not enforcing any laws and ICE Officers deserve for everyone to act against them in self defense and literally the ICE Officers deserve to be attacked as self defense. Criminal Procedures must be adhered to including Federal Rule of Criminal Procedure 41. Fucking use it, what's their problem with adhering to American law. Haven't any of you ever seen a fucking real warrant affidavit before? You're all fucked on crack. Relief #15.

RELIEF #16//          Bottom line is I blame my last 450 days of Torturing on the "transfer of power" between the Democrats who wanted to take accountability for my case and Trump. They were fighting internally and left the Whitehouse in January 2025 without saying one word to Trump about Transfer of Power. Trump took over with his own agenda of "purges". And my case there's no way Trump at the time was going to take accountability for any lawsuit for $500 million. Internal political instability at the time. Then committed legal fraud, court fraud, and fraud upon the courts because I was a pro se litigant with neural data operations and their advantages over me. Committed police perjury to convict me of Extrajudicial Conviction of Terrorism lied under Oath during the January 2025 Oversight and Judiciary Committee hearing. Lied to all the Judges in all my cases under the false guise of "terrorism" for all the Judges to agree to 5 USC 702, and direct complete violation of 5 USC 706. Administrative Procedures Act. They could have at the least stopped the conduct but forced me to advocate to save my life for 450 days repeatedly with continuing violations doctrine. Took 5 USC 706 and the Judicial Code of Conduct and took a shit on it for 450 days until today. The United States can lie all they want outside a courtroom behind my back but not in a courtroom to my face to defend myself against their false accusations. This must be the evolutionarily corrupt system Trump Administration turned our District Courts into since United States v Torres, 1984. You need to study this case and all my cases mentioned. Too much to write and no point in me rewriting what you can just look up for yourself. Relief #16.

RELIEF #17//          This case obviously requires a sober fucking Judge that does not smoke crack. I have extreme Traumatic Stress from this Agency maltreatment.  Court order for Adam Schiff and Congress to never fuck with me again. 18 USC 2340 (2a,b,c) states that even the threat of drugging me in the future is Torture. You will never understand this

unless you have the level of traumatic stress that I have from your substances that I'm allergic to also. Not only this but the levels of Torment I have endured and poison, pain and suffering of chemical weapons continuously in the United States for 51 months now straight with no break from it. MR ADAM SCHIFF. IF I GET HARASSED IN THE FUTURE BE READY FOR YOUR DEATH. I FUCKING SWEAR TO CHRIST I WILL FUCKING KILL YOU IF THESE FUCKING AGENCIES FUCK WITH ME IN THE FUTURE. BE ASSURED YOU'RE FUCKING DEAD. You're probably not the only dead one, there will be many more dead from Congress and Agencies. I'll kill you all for it including the next President for fucking with me without Warrants. Kill me and I'm a fucking amAngel, I'll kill you then. Literally take your soul from your living body. Figure out whatever you must for this to happen. Then go fuck yourself. One thing I've learned about you cockroach stupid bitches is that you'll never fucking learn your lesson until there's extreme consequences. And this is the exact fucking nuclear weapons problem we have in this world. Relief #17.

RELIEF #18//          Court Order for Adam Schiff. I have repeatedly stressed to stop sexually assaulting me with the technology, nerve agents, electric frequencies and voltages,  and electrical pulses to my testicles, penis and prostate. This is an hourly outrage for the past 90 days. This was an extremely bad idea by FBI and DOJ Investigators on my case to sexually cruelty and sexual assaulting me. It's the elements of rape laws. Today is March 31, 2026. If they are still sexually abusing me on April 1, 2026. I am seriously criminally charging all of them for rape and sexual assault, sexual abuse. Rhis has nothing to do with Donald Trump orders for extrajudicial killing. This is entirely personal raping me day and night. I fucking outrage 20 times per day to leave my penis and testicles alone. These feminine transgender mother fuckers deserve the death sentence. "Sick, disturbing, psychopath Torturing" doesn't even begin to describe this case. Words will never justify this experience of the weirdest shit to ever be done to any fucking human in history. Relief #18.

Fuck all of you that have a problem with Angels. I'm the only one advocating for the cover ups of the 5 Capitol Police Deaths and the 1900 purges families whose kids will write me letters for being fucking awesome. I'll never get the chance to meet any of the purges but I might because my door is always open to good people. I expect a well written letter to get to me somehow from them and their families. Literally while being Chemical Nerve Agents Tortured and killed by Agencies. **I have a new case I have adopted calling these "stupid bitches" on their bullshit of the DOJ Investigators fired for the Renee Good case. We are all victims of their pathological lying. Never did Renee Good get investigated for Domestic Terrorism nor did they have any such warrants for it. Like the 1900 purged FBI and DOJ had warrants for their investigations. They got "caught up in another lie and cover up", when shit goes down they get thrown under the bus. I have only one thing to say to all the 1900 "Purges" is Hebrews 13:2. Also I found some words on a statue and I love what I did with them, if I ever had something to say to the Purges, this is it::**

**"Say to the American families and Federal Workers who were Victim to these ad-hominem laws the same as all the rest of us from these cover ups in this Trump Administration. I have kept the faith I expect that they will keep the faith. They must carry on, say to them that an American is not a good citizen unless he upholds the Constitution and**

Institutions of our country and a poor citizen of our country if he upholds the Institutions of our country and forgets the obligations of his trade associations."

"So long as we have held fast to voluntary principles and have been actuated and inspired by the spirit of service. We have sustained our forward progress and we have made our law enforcement community something to be respected and accorded a place in the councils of our nation. Where we have blundered into trying to a force a policy or decision, even through wise and right. We have impeded, if not interrupted the realization of our own aims."

"No lasting gain has ever come from compulsion if we seek to force. We but tear apart that which United is Invincible, in its own context an informed nation being more powerful than any army in the world. There is no way whereby the Federal Agencies may be assured sustained progress in determining its policies and its plans other than sincere Democratic Deliberation until a Unanimous Decision is reached. This may seem a cumbrous, slow method to the impatient but the impatient are more concerned for immediate triumph than for the education of constructive development."

***I am truly going to cost the United States Billions and Trillions of dollars in lawsuits for many victims of ICE and immigration operations. The good guy like their Angel. Yes, I'm a walking fucking Ebola virus to the lawlessness of the Federal Government. You're all just going to have to accept it and maybe try not breaking laws because that's the only way to sue the Federal Government, is deviation from ministerial laws. Just wondering if Adam Schiff feels like he was set up for this lawsuit by Trump, his circus monkeys and his Federal Agencies pathological lying. We all got set up by this immaturity. Fix your dysfunctional bullshit injuring people, pay the fucking lawsuit now and go fuck yourself. *** True Law Enforcement was hurt by it, was humbled by it. Pain and suffering and blood brought about our American Laws to ensure our elements of Democracy. It's that feeling where you've been hurt by something so much that you'll die to prevent it from happening to anyone else. Literally take a bullet for others wellbeing so that they never go through anything close to what happened to you. The United States in the past 300 years with their progressive developments since the first Congress have come a long way with our political system of the democrats and republicans to keep check on each other and prevent an erosion of standards caused by "one person" like Hitler, many kings in the past, Kim Jung Um (with his pleasure squad of high school girls, 25 per year scouted by his regime). And many more like Trump. This is all expected from Trump, Tolerating lawlessness is not expected from Congress, Senate and Judges. That's what's causing this erosion of standards across America, not Trump, but lawlessness being Tolerated. Like allowing your wife to cheat on you, that just enables it. Unless you man up, you'll be taken advantage of, your family will suffer and those around you will suffer at the hands of abusive people. "Selective Law Enforcement" is Corruption and Conspiracy, aiding and abetting. Smarten the fuck up. ***

April 02, 2026.

93 | P a g e